# EXHIBIT A

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Direct Dial: (470) 531-4760
FAX (404) 562-6909/6910
Website: www.eeoc.gov

EEOC Charge No. 410-2022-00066

Tara Kulwicki Charging Party
[redacted]

Wellstar Health System Respondent
805 Sandy Plains Road
Marietta, GA 30066

## DETERMINATION

I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. (Title VII). Timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party alleges that Respondent discriminated against her on the basis of her sex (female-sexual orientation, and sex-stereotyping), in violation of Title VII. Charging Party also alleges that Respondent discriminated against a class of women on the basis of their sex (female-sexual orientation, and sex-stereotyping).

Respondent denies the allegations.

The evidence revealed that Charging Party was hired by Respondent as a Registered Nurse on February 19, 2019. On July 27, 2021, Charging Party was notified by Respondent's health plan that she was denied reproductive healthcare assistance because she did not meet the criteria under the plan's definition of infertility. Under Respondent's health plan, infertility is defined as being for a woman who is under 35 years of age; one year or more of timed, unprotected coitus or 12 cycles of artificial insemination; or for a woman who is 35 years of age or older, six months or more of timed, unprotected coitus, or six cycles of artificial insemination. Based on the criteria, Charging Party does not and cannot meet the criteria of six months or more of timed, unprotected coitus without paying for a series of Intrauterine Insemination treatments. Women in heterosexual relationships can meet the policy's criterion for infertility without incurring out-of-pocket expenses for artificial insemination. However, women who do not conform to traditional stereotypes associated with reproduction, including, for example, lesbians, cannot. This category of women must pay for what is made available to other women for free. The evidence thus established that Respondent's health care policy discriminates against lesbian employees on the basis of sex (female-sexual orientation and sex-stereotyping).

Based upon the evidence and the record as a whole, there is reasonable cause to conclude that Charging Party was denied benefits because of her sex, in violation of Title VII.

The Commission's investigation further shows there is reasonable cause to conclude that a class of lesbian employees—and other women failing to conform to traditional stereotypes associated with female reproduction—were subjected to discrimination based on their sex, in violation of Title VII, as amended.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation (i.e., settlement). Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. **If you wish to participate in conciliation, please email Investigator Ananda Harris (ananda.harris@eeoc.gov) within 10 days from the date of this LOD.** When Respondent declines to enter into conciliation discussions, or when the Commission's representative for any reason is unable to secure a settlement acceptable to the Commission, the Commission shall so inform the parties in writing and advise them of the court enforcement alternative available to Charging Party, aggrieved persons, and the Commission. The confidentiality provisions of the statute and Commission Regulations apply to information discussed or given during conciliation.

You are hereby reminded that Federal Law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in the Commission's investigation is also prohibited. The protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

02/09/2024
Date

Darrell E. Graham
Director
Atlanta District Office