# EXHIBIT B

Wellstar
HEALTH SYSTEM

# Wellstar Employee Medical Plan

## Summary Plan Description

# Your Wellstar Employee Medical Plan Guide

Your total wellbeing, including physical and mental health is important to you and to Wellstar Health System, Inc. (also referred to as "Wellstar" or the "Company"). That's why Wellstar provides you and your family with access to high-quality, cost-effective health care coverage and to the resources you need to stay healthy.

The WellStar Employee Medical Plan (the "Plan") is self-insured and is provided under contracts with service providers, including the Wellstar network of providers and facilities. The Plan is built on the principle of a shared commitment to health. Wellstar provides valuable benefits, funding, and a suite of features designed to help you obtain and pay for the treatment you need, manage your health care expenses, and, most importantly, take care of yourself and your family members.

In addition to providing coverage in the event of illness, the Plan offers full coverage for eligible preventive care, prescription drug coverage, along with the Wellbeing 365 Program to help you and your family stay healthy.

Your commitment is required, too. Your role is to take responsibility for the controllable aspects of your health and your spending on health care. You can do this by staying informed about healthy lifestyle choices, getting preventive care, carefully selecting your doctors and hospitals, and understanding your treatment options and their costs before receiving services.

### *Questions?*

*If you still have questions after reviewing this guide, there are a number of resources that can provide answers. As a first stop, consult the Contacts section on page 116.*

***Your Wellstar Employee Medical Plan Guide***

*This guide is the Summary Plan Description (SPD) for the WellStar Employee Medical Plan. The U.S. Department of Labor requires Wellstar to routinely provide benefit plan summaries to plan participants.*

*Please retain this information for your records.*

*This document does not include all of the details contained in the applicable plan documents. If there is a discrepancy between the applicable plan documents and this document, the plan documents will control.*

| Table of Contents | Page |
|---|---|

***Your Wellstar Employee Medical Plan Guide*** ........ ***0***
***About This Guide*** ........ ***7***
***No Assignment of Benefits*** ........ ***7***
***Right to Amend*** ........ ***8***
***Not a Contract of Employment*** ........ ***8***
***Eligibility and Enrollment*** ........ ***9***
***Who's Eligible?*** ........ ***9***
Who's Not Eligible ........ 9
When You Become Eligible ........ 10
Eligible Dependents ........ 10
*Spouse* ........ *11*
*Dependent Children* ........ *11*
*Disabled Dependent Children After Age 26* ........ *11*
Qualified Medical Child Support Orders ........ 11
***Enrolling*** ........ ***11***
Medical Plan Options ........ 12
Coverage Levels ........ 12
Cost of Coverage ........ 13
*Tobacco User Status* ........ *13*
How to Enroll ........ 13
*Enrolling During Open Enrollment* ........ *13*
If You Do *Not* Enroll ........ 14
When Coverage Begins ........ 15
***What Happens If…*** ........ ***16***
You Get Married ........ 16
You Divorce or Become Legally Separated ........ 17
You Become a Parent ........ 17
A Covered Dependent Becomes Ineligible ........ 17
Your Qualified Employment Status Changes ........ 17
You and/or Your Dependents Lose Coverage from Another Source ........ 18

You and/or Your Dependents Gain Coverage from Another Source ..... 18
You Go on an Approved Paid Leave ..... 18
You Become Disabled ..... 18
You Become Eligible for Medicare ..... 19
You Go On Unpaid Leave ..... 19
You Leave Wellstar ..... 19
You Die ..... 19
***Medical Coverage* ..... *20***
***Medical Options at a Glance* ..... *20***
***How the Plan Works* ..... *22***
Member ID Cards ..... 22
In-Network Benefits ..... 233
Out-of-Network Benefits ..... 23
If You Live or Move Outside the Network Area ..... 244
***Paying for Your Care* ..... *24***
Deductible ..... 24
Coinsurance ..... 255
Annual Medical Out-of-Pocket Maximum ..... 25
***Other Plan Features* ..... *25***
Precertification ..... 26
If You Need Emergency Care ..... 27
Case Management ..... 27
Tools and Resources ..... 28
***Benefits Covered by the Plan* ..... *28***
WellShare Premium Plan Option ..... 28
WellShare Select Plan Option ..... 32
Minimum Basic Plan Option ..... 36
***Health Savings Account (HSA)* ..... *39***
Important HSA Rules ..... 39
How It Works ..... 40
HSA Contributions ..... 41

Eligible Expenses ........ 41
***Health Reimbursement Account (HRA)........ 41***
How It Works ........ 41
HRA Contributions........ 42
Eligible Expenses ........ 42
***Covered Service Descriptions........ 42***
Alternatives to Hospital Stays........ 42
Clinical Trials ........ 47
Diagnostic and Preoperative Testing ........ 48
Durable Medical and Surgical Equipment (DME)........ 49
Gender Reassignment (Sex Change) Surgery ........ 50
Hospital Expenses........ 50
Obesity Treatment ........ 52
*Bariatric Surgery ........ 52*
*Non-Surgical Obesity Treatment ........ 53*
Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)........ 53
Physician Services........ 54
Pregnancy-Related Expenses ........ 55
Preventive Care ........ 55
Prosthetic Devices........ 60
Reconstructive or Cosmetic Surgery and Supplies ........ 62
Short-Term Rehabilitation Therapy Services ........ 62
Specialized Care ........ 64
Spinal Manipulation Treatment........ 65
Transplant Services........ 66
Treatment of Infertility........ 68
Treatment of Mental Disorders and Substance Abuse........ 70
*Treatment of Mental Disorders ........ 70*
*Treatment of Substance Abuse........ 71*
***Other Covered Health Care Expenses........ 72***
Ambulance Service........ 72
*Air or Water Ambulance........ 72*

**Ground Ambulance**........72
Autism Spectrum Disorder........73
***Medical Benefits Not Covered........73***
***Prescription Drugs........81***
How the Pharmacy Program Works........82
*Locating a Network Pharmacy........83*
*Wellstar Pharmacy Network Benefits........83*
*Retail Pharmacy Benefits........83*
*Mail Order Pharmacy Benefits........83*
*Emergency Prescriptions........83*
*Specialty Care Drugs........83*
*Select Preventive Drugs Available for Free........84*
What the Prescription Drug Benefit Covers........84
Precertification........87
Pharmacy Benefit Limitations........87
Pharmacy Benefit Exclusions........88
***When Coverage Ends........92***
*When Dependent Coverage Ends........92*
***Continuing Coverage Under COBRA........93***
Qualifying Events........93
Giving Notice of a Qualifying Event........94
Choosing COBRA Coverage........95
Coverage During the Continuation Period........95
COBRA Coverage Costs........966
How Continued Coverage Could End........96
***If You Are Covered by More Than One Medical Plan........96***
Non-Duplication of Benefits........97
Determining Primary Coverage........97
*Coordination with Medicare........97*
Right of Recovery........98
*Acts of Third Parties........98*
*Right of Reimbursement........100*
*Recovery of Overpayment........100*

*Misstatements and Misrepresentations* ..... *100*

***Health Care Claims and Appeals* ..... *101***

Appealing a Denied Claim for Benefits ..... 101

*Health Claims – Standard Appeals* ..... *101*

*Health Claims – Voluntary Appeals* ..... *103*

***Administrative Information* ..... *107***

***General Information* ..... *108***

***Your Rights Under ERISA* ..... *109***

Enforce Your Rights ..... 109

About Plan Fiduciaries ..... 110

Prudent Actions by Plan Fiduciaries ..... 110

*Health Care and Insurance Plans* ..... *110*

Assistance with Your Questions ..... 110

***Defined Terms* ..... *111***

***Contacts* ..... *116***

# About This Guide

This guide serves as the Summary Plan Description (SPD) for the WellStar Employee Medical Plan, effective as of January 1, 2020. An SPD is a legally required document that provides a comprehensive description of benefit plans and their provisions.

The WellStar Employee Medical Plan (the Plan or Medical Plan) is available to eligible full-time and part-time team members of Wellstar Health System, Inc. This information does not include all of the details contained in official plan documents. If there is any discrepancy between this information and the governing documents, the governing documents will control. Wellstar expressly reserves the right to amend, modify, reduce, change or terminate its benefits and plans at any time. The Wellstar Employee Medical Plan does not create a contract or guarantee of employment between Wellstar and any individual.

**Please Note:** No person or group (other than the Plan Administrator for the Wellstar Employee Medical Plan) has any authority to interpret the Plan (or official plan documents) or to make any promises to you about them. The Plan Administrator has complete authority in his or her absolute discretion to construe and interpret the terms of the Plan and any underlying insurance policies and/or contracts, including the eligibility to participate in the Plan, and to make factual determinations.

# No Assignment of Benefits

Plan participants cannot assign, sell, transfer, pledge, borrow against, or otherwise promise any benefit payable under the Plan or the right to assert legal rights, including an administrative claim or lawsuit against any of the following:

- the Plan,
- the Plan Administrator,
- a Claims Administrator,
- any Plan fiduciary, or
- Wellstar and any Participating Employers, or their officers or employees.

For example, Plan participants may not assign their right to receive Plan benefits and legal rights relating to the Plan to any health care provider—such assignment is not permitted and is void. The Plan Administrator or Claims Administrator may make payment directly to the Plan participant or, at its discretion, make payment directly to a doctor, hospital, or other provider of care. When payment is made directly to a doctor, hospital or other provider of health care, such direct payments are solely at the discretion of the Plan Administrator or Claims Administrator—such payments do not create any enforceable assignment of benefits or the right to assert any legal rights or to bring any administrative claim or lawsuit by any doctor, hospital, or other provider of care against the Plan (or the Plan Administrator, Claims Administrator, or any Plan fiduciary, or Wellstar and Participating Employers, or officers, or employees thereof).

The Plan will, when required by law or applicable guidance, recognize an assignment of benefits to a state Medicaid program.

# Right to Amend

Wellstar Health System, Inc. expressly reserves the right to amend, modify (including cost of coverage), reduce or curtail benefits under, or terminate the Wellstar Health System, Inc. Flexible Benefit Plan and its component benefit plans, including, but not limited to, the Wellstar Employee Medical Plan, at any time for any reason.

Wellstar also reserves the right to amend the Wellstar Health System, Inc. Flexible Benefit Plan and its component benefit plans, including, but not limited to, the Wellstar Employee Medical Plan and their respective policies, to change the method of providing benefits, to curtail or reduce future benefits, or to terminate at any time for any reason, any or all of such plans described in this guide.

If you have any questions about this Plan, please contact the Wellstar Benefit Communication Support Line at 888-926-2992.

# Not a Contract of Employment

Neither this guide nor the benefits described in this guide create a contract or a guarantee of employment between Wellstar and any team member.

# Eligibility and Enrollment

This section describes the general guidelines for participating in the Wellstar Employee Medical Plan. Participating in the Wellstar Employee Medical Plan is optional—the choice is yours!

## Who's Eligible?

You are eligible to participate in the Wellstar Employee Medical Plan if you are:

- a regular, full-time team member regularly scheduled to work at least 64 hours per pay period;
- a weekend-option team member regularly scheduled to work at least 48 hours per pay period;
- an eligible part-time team member regularly scheduled to work at least 32 hours per pay period; or
- an ineligible part-time (PRN) team member who has worked an average of 30 hours per week during the first 12 months of employment, or during the subsequent measurement period as measured each November, and who is eligible for the next 12 months after the applicable administrative period.

## Who's Not Eligible

The following team members are not eligible to participate in the Plan:

- Team members regularly scheduled to work fewer than 32 hours per pay period, except team members classified as "weekend-option team members";
- Team members who are hired on a temporary basis, including team members hired to fill a job vacancy for a limited time, as designated by the Plan Administrator;
- Team members who are hired on a seasonal basis, including those hired to fill a job vacancy relating to or occurring during a particular season, as designated by the Plan Administrator;
- Leased team members;
- Team members in a team member unit covered by a collective bargaining agreement, unless such agreement provides for coverage under the Plan; and
- Nonresident aliens who receive no earned income from Wellstar that constitutes income from sources within the United States.

If you are not eligible for medical benefits under the rules described above (for example, because you are an ineligible part-time/PRN member), you may be eligible for Wellstar's medical benefits if Wellstar determines that you worked at least 30 hours per week during a measurement period as defined by the Affordable Care Act. You will be informed by Wellstar if you are eligible for medical benefits under this provision and given information about how to enroll.

# When You Become Eligible

Eligible team members can join the Plan on the first of the month after completing 30 days of continuous full-time and/or eligible part-time employment. You must satisfy the waiting period (30 days of continuous employment) before becoming eligible for the Plan. Here are the requirements to enroll:

- For new employees – you will need to enroll during the first 31 days of employment (beginning on your date of hire).
- For qualified life status events – you will need to enroll or make changes within 31 days of the effective date or the event date.
- For newly eligible employees – you will need to enroll or make changes within 31 days of your effective date.
- For new employees brought over during a merger or acquisition of another practice or facility – you will have coverage day 1 if you met the waiting period on the date of merger or acquisition.

# Eligible Dependents

In addition to covering yourself under the Plan, you can also cover your eligible dependents, but only under the same option you choose for yourself.

Your eligible dependents under the Plan include:

- Your lawful spouse who is not eligible for other employer-sponsored group medical coverage; and
- Your dependent children up to age 26.

**Please Note:** You may continue coverage beyond age 26 for an unmarried child who is unable to support himself or herself because of a mental or physical disability that began before age 26 and who depends fully on you for financial support. Contact the Wellstar Benefits Communication Support Line at 888-926-2992 for more information before your dependent turns 26.

### *Important Note on Dependent Eligibility*

*You are responsible for understanding the dependent eligibility rules and abiding by them. If you have dependents whom you wish to add as a newly hired team member, during Open Enrollment, or as a result of a qualified life status event, a verification process is required. In general, this process includes providing written proof of eligibility for each enrolled dependent and meeting verification deadlines and document requirements by Wellstar's outside audit firm. Documentation requests are mailed to your home address, so please ensure your information is correct in Lawson Self-Service. If you do not submit the information during the required timeframe requested by the dependent verification audit firm, your covered dependents will be removed from the medical plan (as well as dental and vision coverage).*

*If you are enrolling a spouse on the Plan, you will be required to certify that he/she does not have access to employer sponsored group medical coverage. Your spouse cannot be covered under the Wellstar Employee Medical Plan if they have access to group medical coverage from another employer. If your spouse becomes eligible for other medical coverage, you must notify Wellstar within 31 days of their eligibility for other coverage. Spousal medical coverage under the Plan terminates at the end of the month, prior to the effective date of your spouse's new coverage.*

### Spouse

The term "spouse" refers to any person to whom you are legally married as recognized by U.S. federal law.

### Dependent Children

"Children" include the following:

- Your biological children;
- Your stepchildren;
- Your legally adopted children; children placed in your home for adoption; and
- Any children for whom you are responsible under court order or legal guardianship (foster and adoption).

### Disabled Dependent Children After Age 26

The Plan also covers dependent children who are fully mentally or physically disabled beyond age 26 if they:

- Are not able to earn their own living because of a mental or physical disability which started prior to age 26; and
- Depend chiefly on you for support and maintenance.

# Qualified Medical Child Support Orders

If the Wellstar Employee Medical Plan receives a judgment, decree, or order known as a Qualified Medical Child Support Order (QMCSO) requiring the Plan to provide health coverage to your child who is your dependent, the Plan will automatically change your benefits elections to provide coverage for the child. In the case of a child whom you are required to cover pursuant to a QMCSO, coverage will begin and end on the dates the QMCSO order specifies. The Plan will comply with any subsequent QMCSO authorizing changes to coverage or termination of coverage for your child. A description of the procedure Wellstar will follow to determine whether QMCSO is qualified is available upon request by contacting Wellstar Benefit Communication Support Line at 888-926-2992.

# Enrolling

Participation in the Plan is voluntary. You must enroll when you are first eligible in order to participate. When you enroll you will choose:

1. The option you want; and
2. The coverage level.

If you choose a coverage level other than team member-only coverage, you will also need to specify which of your eligible dependents you are enrolling. If you do not enroll within the 31-day window provided for enrollment and/or changes, new hire enrollment (within 31 days, beginning on your date of hire), or for qualified life status events and qualified employment status changes (within 31 days of becoming eligible or the event date), you will waive medical coverage for the Plan year.

You may change your coverage during Open Enrollment held each year (generally in the fall) for effect in the following year. If you do not make a change during Open Enrollment, your current Medical Plan elections will continue. If an active election is required, you will be notified before the start of the Open Enrollment period. You cannot change your elections during the Plan year unless you have a qualified life status event, where only your coverage level may change, not your plan option.

# Medical Plan Options

Aetna is the Plan Claims Administrator for the Wellstar Employee Medical Plan, which includes Mental Health/Substance Abuse and Pharmacy.

There are three medical plan options:

- WellShare Premium
- WellShare Select
- Minimum Basic

All three medical plan options:

- Cover the same types of services and use the Wellstar Employee Medical Plan provider network
- Offer the flexibility of in-network and out-of-network care and provide greater savings when you use an in-network provider
- Include prescription drug coverage that offers savings with generics, and select preventive drugs for free, when using the Wellstar Pharmacy Network
- Cover specific Affordable Care Act preventive drugs at no cost if using any in-network pharmacy.

The Plans differ in the amount you pay out of pocket for covered expenses (deductibles, coinsurance and out-of-pocket maximums). In addition, the per-pay period costs for coverage (the premiums) vary.

The WellShare Premium and WellShare Select plan options feature a Health Savings Account (HSA) with contributions from Wellstar to help offset your deductible. For team members who do not qualify for the HSA, a Health Reimbursement Account (HRA) will be provided.

# Coverage Levels

The coverage levels available in the Plan are:

- Team Member;
- Team Member + Spouse;
- Team Member + Child; or
- Family/ Team Member + Children.

If you are eligible for coverage and do not enroll, your eligible dependents cannot enroll in the Plan.

You are responsible for understanding the dependent eligibility rules and abiding by them (see "Important Note on Dependent Eligibility" on page 10).

### *An Important Note on Dependent Coverage*

*If your spouse is also employed by Wellstar, he or she can be covered as a team member* ***or*** *as your dependent, but not as both. If you want to cover your eligible children, you* ***or*** *your spouse (but not both of you) can choose to provide this coverage.*

# Cost of Coverage

You and Wellstar share the cost of coverage under each of the Plan options. You pay for coverage through payroll contributions with pre-tax dollars.

The amount you pay via payroll contributions depends on these factors:

- The Medical Plan option you choose (described under "Medical Plan Option" on page 12);
- The number and type of eligible dependents you cover (described under "Coverage Levels" on page 12); and
- Your and/or your covered spouse's tobacco user status (see "Tobacco User Status" on page 13).

You pay your share of the cost of the medical coverage you elect for yourself, your spouse and any dependents on a pre-tax basis. The level of premium contribution is determined by Wellstar and communicated to you during Open Enrollment each year and upon employment to an eligible position.

Keep in mind that you do not pay Social Security taxes on the pre-tax dollars you use to pay the premiums for coverage under the Plan. As a result, the earnings used to calculate your Social Security benefits at retirement will not include these contributions. This could result in a small reduction in the Social Security benefit you receive at retirement. However, your savings on current taxes under the Plan will normally be greater than any eventual reduction in Social Security benefits.

## Tobacco User Status

When enrolling in the Wellstar Employee Medical Plan for the first time or during a qualified life status event, you must certify tobacco status for you and your spouse. If you would like to enroll as a non-tobacco user, you will need to read the Non-Tobacco Disclaimer and certify your tobacco status under the "Tobacco Question" section of the MyBenefits Portal to receive the lower premium.

If you certify as a tobacco user, you will have higher team member medical plan contributions. For 2020, the tobacco surcharge will be $24 per pay period per adult member (does not include adult children). The maximum tobacco surcharge per household will be $48 per pay period.

# How to Enroll

Participation in the Plan is optional.

If you want to enroll, the process varies, depending on whether you are a:

- Current, eligible team member, enrolling during Open Enrollment;
- Newly hired team member; or
- Current, eligible team member, enrolling or changing your benefits outside of Open Enrollment, due to a qualified life status event.

## Enrolling During Open Enrollment

You have the ability to enroll in or change your Medical Plan elections during Open Enrollment, held in the fall each year. Benefits elections you make during Open Enrollment are effective the following January 1.

At the beginning of each Open Enrollment period, you'll receive information about the choices available to you and their costs. You'll need to review your available choices carefully and enroll in the option(s) that best meet your needs.

You can make your medical elections through the MyBenefits Portal at **Wellstarmybenefits.org**. Detailed instructions will be included in Open Enrollment materials. If you do not make a change during Open Enrollment, your current Medical Plan elections will generally continue (one such exception is the Flexible Spending Account – team members must actively enroll in this benefit each year.) If an active election is required, you will be notified before the start of the Open Enrollment period.

Remember, you can't change your choices during the year unless you have a qualified life status event. Please see "Changing Your Coverage Midyear" on page 15.

### *Enrolling if You Are a Newly Hired Team Member*

If you've just joined Wellstar and are enrolling for the first time, you need to make your choices through the MyBenefits Portal at **Wellstarmybenefits.org**. You need to make your choices within 31 days of your date of hire in a continuous full-time or eligible part-time position. This is also known as your "new hire election period."

### *Enrolling if You Have a Qualified Employment Status Change or Qualified Life Status Event*

If you're enrolling during the year because you're a newly eligible team member, due to a qualified employment status change, or if you have a qualified life status event, you'll have 31 days from the date of the qualified employment status change (or the date of the qualified life status event) to make your new elections or changes, including adding any eligible dependents directly impacted by the Qualified Life Status Event (QLSE). You can submit your choices through the MyBenefits Portal at **Wellstarmybenefits.org**. Please see "Changing Your Coverage Midyear" on page 15.

***Questions About Coverage?***

*If you have any questions regarding coverage under the Wellstar Employee Medical Plan, please call the Benefit Communication Support Line at 888-926-2992 and a Benefits Navigator can guide you through plan options, help you decide which option is best for you, and assist with your enrollment.*

***Important Note on Dependent Eligibility***

*You are responsible for understanding the dependent eligibility rules and abiding by them. See "Eligible Dependents" on page 10 for information on eligible dependents.*

# If You Do *Not* Enroll

### *For Currently Participating Team Members*

If you're already participating in the Plan and do not change your elections or cancel coverage during Open Enrollment, you will keep the same Medical Plan coverage for the next plan year that you had before Open Enrollment (if available). However, you'll be subject to any changes in the Plan and coverage costs.

### *For Newly Hired or Newly Eligible Team Members*

If you're a new hire or newly eligible team member and do not enroll before the end of your enrollment period, or within the 31-day enrollment period as described under "Enrolling if You Are a Newly Hired Team Member" or a "Enrolling if You Have a Qualified Employment Status Change or Qualified Life Status Event" on page 14, you will not have coverage in the Plan. If you wish to participate, you have to wait until the next Open Enrollment period or until you have a qualified life status event.

### When You Have a Qualified Life Status Event

**Adding Coverage:** If you have a qualified life status event that allows you (and any eligible dependents directly impacted by the QLSE) to enroll in the Plan midyear and you do not enroll within the 31-day window as described under "Enrolling if You Have a Qualified Employment Status Change or Qualified Life Status Event" on page 14, you and/or your dependents will not have coverage in the Plan. If you wish to participate, you will have to wait until the next Open Enrollment period.

**Removing Coverage:** If you have a qualified life status event that causes your dependent to lose his or her eligible status under the Plan, their coverage will be terminated effective the end of the month in which the qualified life status event is effective.

Please see "Changing Your Coverage Midyear" on page 15.

# When Coverage Begins

**If you are an eligible team member,** the coverage you elect during Open Enrollment takes effect at the beginning of the next plan year (January 1).

**If you are a newly hired or newly eligible team member,** the coverage you elect as a new hire takes effect on the first of the month after 30 days of continuous full-time and/or eligible part-time employment, if you enroll during the 31-day window as a new hire or within 31 days of becoming eligible as a newly eligible team member.

**If you have a qualified employment status change or qualified life status event,** the chart below will help you understand when the coverage you elect because of a qualifying event (such as those described under "Changing Your Coverage Midyear" below) will take effect, if you enroll within 31 days of the event and you have already met the Plan's eligibility requirements. Please see "Changing Your Coverage Midyear" below

### Changing Your Coverage Midyear

The Medical Plan elections you make during Open Enrollment will stay in effect through the following plan year (or the current plan year if you enroll during the year as a newly eligible team member). However, you may be permitted to change your elections before the next Open Enrollment if you have a qualified employment status change or qualified life status event. **Please Note:** Any changes you make during the year must be consistent with your qualified life status event.

You must enroll and/or add your eligible dependents within 31 days of the qualified life status event for benefit changes to be effective on the date that aligns with the qualified life status event. You can make these elections through the MyBenefits portal. **Please Note:** See "If You Do *Not* Enroll" on page 14 for details on what happens if you miss the 31-day enrollment period.

If you experience a qualified life status event, you must submit documents to support this change through the MyBenefits portal or to the Benefit Communication Administrator, at 470-956-5213, fax: 770-419-6130, or call the Benefit Communication Support Line at 888-926-2992. You will need to notify Wellstar and enroll in, or make changes to, your coverage levels within 31 days (beginning on the event date) by accessing **Wellstarmybenefits.org**.

Qualified life status events for eligible dependents under the Plan are listed in the following table – please review to understand notification deadlines and how to enroll.

| Event | Medical Plan Changes & Effective Date Rule |
|---|---|
| **You get married** | Medical coverage change is effective on the date of marriage. Add coverage for yourself and/or your eligible dependents |
| **You have, adopt, or obtain legal guardianship of a child** | Medical coverage change is effective on the date of birth, date of adoption or effective date of guardianship. Add coverage for yourself and/or your eligible dependents |
| **You and/or your covered dependents gain other benefits coverage** | Medical coverage change is effective on the first of the month following the date when other coverage was gained. Cancel coverage for yourself and/or your covered dependents who have gained other coverage |
| **You and/or your eligible dependents lose other benefits coverage** | Medical coverage change is effective on the first of the month following the date when other coverage was lost. Add coverage for yourself and/or your eligible dependents who have lost other coverage |
| **You get legally separated or divorced** | Medical coverage change is effective on the date of divorce or legal separation. Cancel coverage for your former spouse and/or children who are no longer eligible |
| **A child is no longer eligible due to turning 26 (unless disabled)** | Medical coverage change is effective on the first of the month following the month when your child is no longer eligible. Wellstar will automatically cancel coverage for your child (unless your child is disabled and meets the necessary qualifications or if other exceptions exist to continue coverage) |
| **Death of spouse or child** | Medical coverage change is effective following the date of death of the spouse or child. Cancel coverage for your deceased dependent |

# What Happens If…

This section describes the impact of certain life changes and events on your Medical Plan benefits. Generally, you make elections once a year during Open Enrollment, unless you have a Qualified Life Status Event (QLSE). QLSE's are generally legally defined situations. See the following information for types of changes and implications to your medical benefits. For a complete list of qualified life status events, visit the MyBenefits Portal at **Wellstarmybenefits.org**. Remember, you only have 31 days from the date of a qualified life status event to make changes. Please note that if a QLSE results in the ability to add a dependent to your coverage, that dependent is subject to the dependent verification process.

# You Get Married

Getting married is a qualified life status event that gives you the opportunity to adjust your coverage in ways consistent with your change in status. This means you could decline Wellstar coverage or enroll for coverage if you declined it in the past, and can enroll your eligible spouse for coverage if they do not have access to employer sponsored medical coverage. If your eligible spouse has children and they become your eligible dependents, you can also enroll them for medical coverage.

Any changes based on a qualified life status event must be submitted within 31 days of the change in status. For more information, see "Changing Your Coverage Midyear" on page 15; you will be required to provide documentation of the new dependent's eligibility for coverage.

# You Divorce or Become Legally Separated

If your spouse and/or children lose coverage because of divorce/legal separation, they may have a right to elect COBRA for up to 36 months. (Please see "Continuing Coverage Under COBRA" on page 93 for more information on COBRA.)

If you divorce or become legally separated, certain court orders, referred to as qualified medical child support orders, could require you to provide medical benefits to covered children. Wellstar is legally required to recognize qualified medical child support orders within the limits of the Plan. You may also enroll if you previously waived/declined coverage in the past. Please see "Qualified Medical Child Support Order" on page 11 for more information.

# You Become a Parent

Having or adopting a child or becoming a legal guardian of a child is a qualified life status event that gives you the opportunity to adjust your Wellstar coverage in ways consistent with your change in status. For example, you could enroll your new child for coverage. Keep in mind that you should carefully review the change in your premiums when adding a dependent.

Any changes based on a qualified life status event must be submitted within 31 days of the change in status. For more information, see "Changing Your Coverage Midyear" on page 15; you will be required to provide documentation of the new dependent's eligibility for coverage.

# A Covered Dependent Becomes Ineligible

If your dependent becomes ineligible such as when a dependent child reaches age 26 or when your spouse has access to group coverage at their place of employment, the dependent's coverage will end on the last day of the month in which he or she no longer meets the eligibility requirements.

When coverage ends for your dependent child, the dependent may have a right to elect COBRA for up to 36 months. (Please see "Continuing Coverage Under COBRA" on page 93 for more information on COBRA.)

# Your Qualified Employment Status Changes

Your Medical Plan coverage will end on the last day of the month in which your qualified employment status changes to a position that is ineligible for benefits or you are terminated. Even if your coverage ends, however, you may be able to continue medical coverage for a certain period under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). (Please see "Continuing Coverage Under COBRA" on page 93 for more information on COBRA.)

# You and/or Your Dependents Lose Coverage from Another Source

If you declined Wellstar coverage because you had coverage from another source and you lose that coverage, you may be eligible to enroll for Wellstar coverage because of your HIPAA Special Enrollment rights. Similarly, if you declined Wellstar coverage for an eligible dependent because he or she had coverage from another source and he or she loses that coverage, you may be eligible to enroll your eligible dependent for Wellstar coverage because of your HIPAA Special Enrollment rights. See "When You Have a Qualified Life Status " on page 15 for more details.

# You and/or Your Dependents Gain Coverage from Another Source

If you or your dependents are currently enrolled in Wellstar coverage and you gain healthcare coverage from a source outside of Wellstar, you may be eligible to make changes to your Wellstar coverage election. See "When You Have a Qualified Life Status Event" on page 15 for more details.

# You Go on an Approved Paid Leave

For the approved period of your paid leave of absence, you'll remain eligible to be covered under the Plan. Wellstar will deduct any required contributions for medical coverage from the pay you receive during this approved paid leave period on a pre-tax basis. Once the approved leave is on an unpaid basis, team members will need to remit payment of premiums directly or employee benefits will be terminated, including medical coverage. If cancelled during an approved leave due to non-payment, medical coverage will be reinstated upon the team member's return to work from the approved leave of absence.

# You Become Disabled

If you are on an approved unpaid leave of absence and are approved to receive long-term disability (LTD) benefits from Wellstar's Disability Provider, or if your previously approved LTD benefits end, you will continue to pay for your medical plan coverage by remitting payment of premiums directly or employee benefits will be terminated, including medical coverage. You will be notified at the beginning of your approved leave of absence as to how much your premiums will be. You will not receive a monthly invoice. If on paid leave, premiums will be deducted from your paycheck each pay period.

If your employment is terminated but your LTD benefits continue provided your disability claim is still active and approved, you have the option to continue medical coverage for a certain period under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). (Please see "Continuing Coverage Under COBRA" on page 93 for more information on COBRA.)

# You Become Eligible for Medicare

If you are a Wellstar team member enrolled in the active Medical Plan, are working and you become entitled to Medicare because of your age or a qualifying disability, the Wellstar Employee Medical Plan continues to be the primary source of your medical coverage. For further details about Medicare, visit **www.medicare.gov**.

# You Go On Unpaid Leave

For an approved unpaid leave of absence, the Plan will still cover you, as long as you make any required contributions. Wellstar will inform you of the premiums due and you must remit these premiums directly to Wellstar or the party designated to act on Wellstar's behalf. You will be notified at the beginning of your approved leave as to how much your premiums will be. You will not receive a monthly invoice. If you do not make the required contributions to continue your Medical Plan coverage in a timely manner, your coverage will be canceled. However, your coverage may be reinstated when you return to work, if you return to your former position and remain benefits eligible or you return to any Wellstar position that is benefits eligible. .

# You Leave Wellstar

If your employment with Wellstar terminates, participation in the Plan for you and your covered dependents ends on the last day of the month following the date of separation from employment. However, you might be eligible to continue participation for a certain period under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) depending on the reason of termination. (Please see "Continuing Coverage Under COBRA" on page 93 for more information on COBRA.) The Medical Plan cannot reimburse medical expenses incurred after the end of the month in which you leave Wellstar unless you choose to continue your participation under COBRA.

# You Die

If you die while actively employed at Wellstar, any dependents who were covered under your Medical Plan before your death will continue to be covered until the last day of the month in which you die. Covered dependents can then elect to continue coverage under COBRA. (Please see "Continuing Coverage Under COBRA" on page 93 for more information on COBRA.)

# Medical Coverage

The Wellstar Employee Medical Plan provides comprehensive medical and prescription drug coverage to you and your eligible dependents Wellstar offers three medical plan options administered by Aetna:

- WellShare Premium
- WellShare Select
- Minimum Basic

If you are eligible to participate in the Wellstar Employee Medical Plan, you may choose the plan option that best meets your individual needs. The covered services and provider networks are the same under all three options, but the amount you pay for care depends on which option you choose.

- The WellShare Premium and WellShare Select plan options feature a Health Savings Account (HSA) with contributions from Wellstar to help offset your deductible. For team members who do not qualify for the HSA, a Health Reimbursement Account (HRA) will be provided.
- Coverage changes mandated by the federal government in response to an epidemic will be covered and administered according to federal guidelines For those enrolled in the Wellstar Employee Medical Plan, eligible services for testing (including anti-body testing) and treatment for COVID-19 will be covered as part of your Wellstar medical benefits at no cost to you and your enrolled family members though December 31, 2020. This includes in- or out-of-network visits to a doctor's office, urgent care, the emergency room or testing locations to be evaluated/tested for symptoms identified by the CDC. Hospitalizations will be covered under in-network facilities only. Additionally, all Behavioral Health virtual visits will be covered without member cost share, regardless of the reason through December 31,2020. For more information on additional resources provided by Wellstar, please reach out to your Benefits team.

### *Questions about Your Medical Plan*

*For more information about your medical plan option, such as information about how to find a network provider, covered services, or how to file a claim, contact **Aetna** at **877-823-1770** or visit their website at **www.aetna.com.***

# Medical Options at a Glance

The Wellstar Employee Medical Plan options are network-based, meaning the benefits will be richer if you use a Wellstar network physician or hospital. However, you may see out-of-network providers if you choose, and benefits will be paid at the out-of-network rate.

Here is a quick look at what each of the plan options cover.

| 2020 Medical Options | WellShare Premium | | WellShare Select | | Minimum Basic | |
|---|---|---|---|---|---|---|
| | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** |
| ***Annual Deductible**** | | | | | | |
| ▪ Team Member | $1,400 | $2,800 | $1,750 | $3,500 | $2,000 | $4,000 |

| 2020 Medical Options | WellShare Premium | | WellShare Select | | Minimum Basic | |
|---|---|---|---|---|---|---|
| | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** |
| ▪ Team Member + Spouse/Team Member + Child | $2,800 | $5,600 | $2,800 | $5,600 | $3,000 | $6,000 |
| ▪ Family/Team Member + Children | $2,800 | $5,600 | $3,500 | $7,000 | $4,000 | $8,000 |
| **Wellstar's HSA Contribution** *(or HRA if not HSA-eligible)* | | | | | | |
| ▪ Team Member | $500 | | $500 | | N/A | |
| ▪ Team Member + Spouse/Team Member + Child | $750 | | $750 | | N/A | |
| ▪ Family/Team Member + Children | $1,000 | | $1,000 | | N/A | |
| ***Coinsurance for most covered services (Your Share)*** | 20% | 40% | 20% | 40% | 40% | 50% |
| ▪ Preventive Care** | No charge | 40% after deductible | No charge | 40% after deductible | No charge | 50% after deductible |
| ▪ PCP Office Visit | 0% after deductible | 40% after deductible | 0% after deductible | 40% after deductible | 40% after deductible | 50% after deductible |
| ▪ Specialist Office Visit | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | 40% after deductible | 50% after deductible |
| ▪ Inpatient Admission | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | 40% after deductible | 50% after deductible |
| ▪ Outpatient Surgery | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | 40% after deductible | 50% after deductible |
| ▪ Outpatient Facility | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | 40% after deductible | 50% after deductible |
| ▪ Emergency Room and Urgent Care | 20% after deductible | 20% after deductible | 20% after deductible | 20% after deductible | 40% after deductible | 40% after deductible |
| ▪ Mental Health/Substance Abuse Physician Office Visit | 0% after deductible | 40% after deductible | 0% after deductible | 40% after deductible | 40% after deductible | 50% after deductible |
| ▪ Durable Medical Equipment (DME) | 20% after deductible | 40% after deductible | 20% after deductible | 40% after deductible | 40% after deductible | 50% after deductible |
| ***Annual Medical Out-of-Pocket Maximum**** | | | | | | |
| ▪ Team Member | $3,000 | $6,000 | $4,500 | $9,000 | $5,000 | $10,000 |
| ▪ Team Member + Spouse/Team Member + Child | $4,500 | $9,000 | $6,750 | $13,500 | $7,500 | $15,000 |
| ▪ Family/Team Member + Children | $6,000 | $12,000 | $9,000*** | $18,000 | $10,000*** | $20,000 |

** In- and out-of-network annual deductibles and out-of-pocket maximums cannot be combined.*
*** As defined by the Affordable Care Act.*
****With $6,850 embedded individual limit.*

# How the Plan Works

There are three options for the Wellstar Employee Medical Plan.

**All three options:**

- Cover the same types of services and use the Wellstar Employee Medical Plan provider network
- Offer the flexibility of in-network and out-of-network care and provide greater savings when you use an in-network provider
- Include prescription drug coverage that offers savings with generics, and select preventive drugs for free, when using the Wellstar Pharmacy Network
- Cover specific Affordable Care Act preventive drugs at no cost if using an in-network pharmacy.

**How the options differ:**

- Deductible amounts, coinsurance amounts and out-of-pocket maximums vary
- Premium amounts vary—the amount you pay out of each paycheck on a pre-tax basis
- Embedded Out-of-Pocket Maximum (OOP) for certain plan options—an individual enrolled in Minimum Basic Team Member + Spouse or Child, Minimum Basic Family, or Select Family coverage will have a "per person" OOP maximum
- The WellShare Premium and WellShare Select plan options feature a Health Savings Account (HSA) with contributions from Wellstar to help offset your deductible. For team members who do not qualify for the HSA, a Health Reimbursement Account (HRA) will be provided
- The Minimum Basic Plan provides **minimal coverage**, offering a financial safety net in case you have a major health issue or unplanned hospital stay. This option has the highest deductible and the lowest cost per pay period (for Team Member only coverage).

# Member ID Cards

When you enroll, you will receive a medical/pharmacy ID card for you and each covered dependent. You may need to present this card to your provider or pharmacy in order to verify your coverage. After your initial enrollment, new ID cards will be provided if you change coverage options or add a dependent.

If you participate in the HSA, you will receive a debit card when you first enroll, or if your card expires.

# In-Network Benefits

The Wellstar Employee Medical Plan network is comprised of Wellstar-employed physicians and facilities, as well as affiliated physicians and facilities. If you use Wellstar Employee Medical Plan network providers:

- Wellstar Network physicians and facilities generally offer services at reduced fees.
- You will pay less, since the Plan pays higher benefits for Wellstar Network in-network services.
- Wellstar Network providers will coordinate precertification of care for you.
- Wellstar Network providers will also take care of submitting claims for reimbursement.

A list of providers in the Wellstar Employee Medical Plan network is available at **www.aetna.com/Wellstar** without logging into the Aetna member portal, or log in to **www.aetna.com** using your personalized login. Use the banners to locate Wellstar providers. Providers designated as "maximum savings providers" are in-network; providers designated as "standard savings providers" are contracted with Aetna, but services will be paid at the out of network benefits level. All other providers are out-of-network.

# Out-of-Network Benefits

In the Wellstar Employee Medical Plan, you can choose to visit an out-of-network physician, hospital or other provider at any time. If you receive covered services on an out-of-network basis:

- You are responsible for any amount that is above the eligible expense, as determined by Aetna, along with your deductible and any coinsurance. (Note: these amounts will not count towards your in-network deductible or out-of-pocket maximum.)
- You may pay more out-of-pocket for services and treatment received as well as meeting the higher deductibles and paying higher coinsurance and having to meet the higher out-of-pocket maximum.

A list of providers in the Wellstar Employee Medical Plan network is available at **www.aetna.com/Wellstar** without logging into the Aetna member portal, or log in to **www.aetna.com** using your personalized login. Providers designated as "maximum savings providers" are in-network; providers designated as "standard savings providers" are contracted with Aetna, but services will be paid at the out of network benefits level. All other providers are out-of-network.

***Recognized Charge***

*The amount of an out-of-network provider's charge that is eligible for coverage. You are responsible for all amounts above the recognized charge. The recognized charge may be less than the provider's full charge. The Medical Plan's recognized charge applies to all out-of-network covered expenses except out-of-network emergency services. Except as otherwise specified below, the recognized charge for each service or supply is the lesser of what the provider bills and:*

- *For professional services and for other services or supplies not mentioned below: 125% of the Medicare allowable rate*
- *For services of hospitals and other facilities: 140% of the Medicare allowable rate*
- *For prescription drugs: 110% of the Average wholesale price (AWP).*

# If You Live or Move Outside the Network Area

At the time of enrollment, if you and/or your dependents' zip code falls outside the Wellstar service area, you and/or your dependent(s) are automatically enrolled into the Out of Area plan. Once enrolled, if you and/or your dependents move outside of the Wellstar service area during the plan year, you will automatically be enrolled in the Out of Area plan. You may determine if you're enrolled in the Out of Area plan based upon the group number listed on the ID card. Group numbers 868080, 868531, and 868532 represent the Out of Area plan.

If you are not sure if you or one of your dependents are outside of the Wellstar service area, please contact **Aetna member services** at **877-823-1770**. You will be asked to identify the member who has moved outside the service area and you will need to give the address for this member(s). Out of Area members have access to both Wellstar providers and Aetna providers at in-network levels.

# Paying for Your Care

In-network preventive care is covered at 100%. For all other services, you must meet the annual deductible before you and the Plan begin to share the cost of services.

# Deductible

Your annual deductible is the amount you pay before Wellstar contributes to the cost of care. Both your medical and prescription costs count toward your deductible. If you enroll for family coverage, you must meet the full family deductible before the Plan begins to pay for any individual family member. One person, or a combination of family members, can meet the family deductible. Note that when you use an out-of-network provider, any amounts billed above the recognized charge will not count toward your deductible.

The annual deductible for each option is shown below:

***Deductible***

*The deductible is the amount you pay each year for eligible medical/pharmacy expenses before the Plan begins to pay for certain benefits.*

| Coverage Type | WellShare Premium | | WellShare Select | | Minimum Basic | |
|---|---|---|---|---|---|---|
| | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** |
| ***Team Member*** | $1,400 | $2,800 | $1,750 | $3,500 | $2,000 | $4,000 |
| ***Team Member + Spouse/Team Member + Child*** | $2,800 | $5,600 | $2,800 | $5,600 | $3,000 | $6,000 |
| ***Family/Team Member + Children*** | $2,800 | $5,600 | $3,500 | $7,000 | $4,000 | $8,000 |

# Coinsurance

For most services, after you meet the deductible, you and the Plan each pay for a percentage of the cost. The percentages vary depending on whether you choose in-network or out-of-network providers for care and services.

# Annual Medical Out-of-Pocket Maximum

After you reach the annual out-of-pocket maximum, the Plan takes over and pays 100 percent of covered, in-network expenses.

Under the WellShare Select and Minimum Basic options, there also is an embedded individual out-of-pocket in-network maximum that applies for family coverage as well as the team member + spouse and team member + child option for Minimum Basic. Each of your covered family members has an individual out-of-pocket maximum of only $6,850 for in-network coverage. After reaching that amount, the Wellstar Employee Medical Plan will cover 100% of that individual's in-network health care expenses for the rest of the year. Once the family in-network out-of-pocket maximum is met, the Plan will cover 100% of the family's in-network health care expenses for the rest of the year.

Note that when you use an out-of-network provider, any amounts billed above the recognized charge will not count toward your out-of-pocket maximum. The out-of-pocket maximum for each option is shown below:

| Coverage Type | WellShare Premium | | WellShare Select | | Minimum Basic | |
|---|---|---|---|---|---|---|
| | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** |
| ▪ Team Member | $3,000 | $6,000 | $4,500 | $9,000 | $5,000 | $10,000 |
| ▪ Team Member + Spouse/Team Member + Child | $4,500 | $9,000 | $6,750 | $13,500 | $7,500 ($6,850 embedded individual limit) | $15,000 |
| ▪ Family/Team Member + Children | $6,000 | $12,000 | $9,000 ($6,850 embedded individual limit) | $18,000 | $10,000 ($6,850 embedded individual limit) | $20,000 |

### *Maximum Lifetime Benefit*

There is no overall maximum lifetime benefit limit for in-network or out-of-network care. Some services and treatments have specific lifetime and/or calendar year limits. See "Benefits Covered by the Plan" beginning on page 28 for details on special limits for specific covered services.

# Other Plan Features

This section describes features of the Plan, including in-network and out-of-network precertification, what to do if you need emergency care, case management, wellness tools and resources, benefits for hospital stays for mothers and newborns, and coverage for surgery following a mastectomy.

# Precertification

Certain services, such as hospital admissions and select outpatient services, require precertification. You must obtain precertification from Aetna before you receive care for these services. If you are using a Wellstar provider or provider contracted with Aetna, the provider will obtain the necessary precertification for you. If you are using a provider who is neither a Wellstar provider nor an Aetna provider, you are responsible for the precertification; the claim will not be paid until medical necessity is determined. Remember that even though Aetna providers will obtain precertification for you, they remain out-of-network providers.

***Out-of-Network Hospital Notification***

*To contact Aetna regarding a hospital stay, call the telephone number listed on your ID card.*

You may call Aetna for a detailed list of services. The list may change periodically.

Your Wellstar or Aetna provider will also contact Aetna if a maternity stay will exceed 48 hours for the mother and newborn child following a vaginal delivery, or 96 hours for the mother and newborn child following a cesarean section delivery.

## *The Precertification Process*

When precertification is required, you or a member of your family, a hospital staff member, or the attending physician, must notify Aetna to pre-certify the admission or medical services according to the following timelines:

| | |
|---|---|
| ***For non-emergency admissions:*** | You, your physician or the facility will need to call and request precertification at least 14 days before the date you are scheduled to be admitted. |
| ***For an emergency outpatient medical condition:*** | You or your physician should call prior to the outpatient care, treatment or procedure if possible; or as soon as reasonably possible. |
| ***For an emergency admission:*** | You, your physician or the facility must call within 48 hours or as soon as reasonably possible after you have been admitted. |
| ***For an urgent admission:*** | You, your physician or the facility will need to call before you are scheduled to be admitted. An urgent admission is a hospital admission by a physician due to the onset of or change in an illness; the diagnosis of an illness; or an injury. |
| ***For outpatient non-emergency medical services requiring precertification:*** | You or your physician must call at least 14 days before the outpatient care is provided, or the treatment or procedure is scheduled. |

Aetna will provide a written notification to you and your physician of the precertification decision. If your pre-certified expenses are approved, the approval is good for 60 days if you remain enrolled in the Plan.

When you have an inpatient admission to a facility, Aetna will notify you, your physician and the facility about your pre-certified length of stay. If your physician recommends that your stay be extended, additional days will need to be certified. You, your physician, or the facility will need to call Aetna at the number on your ID card as soon as reasonably possible, but no later than the final authorized day. Aetna will review and process the request for an extended stay. You and your physician will receive a notification of an approval or denial.

If precertification determines that the stay or services and supplies are not covered expenses, the notification will explain why and how Aetna's decision can be appealed. You or your provider may request a review of the precertification decision as described in "Appeal to the Plan" on page 105.

### *Services Requiring Pre-Certification*

#### INPATIENT AND OUTPATIENT CARE

- Stays in a hospital;
- Stays in a skilled nursing facility;
- Stays in a rehabilitation facility;
- Stays in a hospice facility;
- Outpatient hospice care;
- Stays in a Residential Treatment Facility for treatment of mental disorders and substance abuse;
- Partial hospitalization programs for mental disorders and substance abuse;
- Home health care;
- Intensive Outpatient Programs for mental disorders and substance abuse;
- Applied Behavioral Analysis;
- Neuropsychological testing;
- Outpatient detoxification;
- Psychiatric home care services;
- Psychological testing.

# If You Need Emergency Care

If you have a medical emergency, you should call 911 or go to the nearest hospital emergency room or urgent care facility. Your emergency care will be covered based on the deductible and coinsurance provisions of your option. As part of the Affordable Care Act (ACA), cost-sharing levels for emergency care at an out-of-network facility may not be in excess of cost-sharing levels for emergency care at an in-network facility. This means you may be treated at any emergency or urgent care center in the United States and receive an in-network level of benefits. However, if you go to the emergency room for non-emergency care, your care will not be covered.

# Case Management

Case management is a service provided through a review organization, which assists individuals with treatment needs that extend beyond the acute care setting. The goal of case management is to ensure that you receive appropriate care in the most effective setting possible whether at home, as an outpatient, or an inpatient in a hospital or specialized facility. Should the need for case management arise, a case management professional will work closely with you and your family and your physician to determine appropriate treatment options which will best meet your needs and keep costs manageable. The case manager will help coordinate the treatment program and arrange for necessary resources. Case managers are also available to answer questions and provide ongoing support for your family in times of medical crisis.

Case managers are registered nurses (RNs) and other credentialed health care professionals, each trained in a clinical specialty area such as trauma, high risk pregnancy and neonates, oncology, mental health, rehabilitation or general medicine and surgery. A case manager trained in the appropriate clinical specialty area will be assigned to you (or your dependent). In addition, case managers are supported by a panel of physician advisors who offer guidance on up-to-date treatment programs and medical technology. While the case manager recommends alternate treatment programs and helps coordinate needed resources, your physician remains responsible for the actual medical care.

You (or your dependent) or your doctor can request case management services by calling the number on your ID card. In addition, you may be referred directly through Aetna.

While participation in case management is strictly voluntary, case management professionals can offer quality, cost-effective treatment alternatives, as well as provide assistance in obtaining needed medical resources and ongoing family support in a time of need.

# Tools and Resources

### *Aetna Navigator®*

Register for Aetna Navigator® at **www.aetna.com**, Aetna's secure internet access to reliable health information, tools and resources. Aetna Navigator® online tools will make it easier for you to make informed decisions about your health care, view claims, research care and treatment options, and access information on health and wellness.

# Benefits Covered by the Plan

All three medical options cover a variety of services, as long as the services are medically necessary. The level at which benefits are paid depends on which plan option you choose and whether you receive your care in-network or out-of-network. Providers designated as "maximum savings providers" are in-network; providers designated as "standard savings providers" are contracted with Aetna, but services will be paid at the out-of-network benefits level. All other providers are out-of-network.

The following charts (one for each option) show the major provisions of each medical option.

To see details of these services, see "Covered Service Descriptions" beginning on page 42.

# WellShare Premium Plan Option

| | **In-Network (Maximum Savings)** | **Out-of-Network*** |
|---|---|---|
| ***Annual Deductible*** | | |
| ▪ Team Member | $1,400 | $2,800 |
| ▪ Team Member + Spouse/Team Member + Child | $2,800 | $5,600 |
| ▪ Family/Team Member + Children | $2,800 | $5,600 |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| **Wellstar's HSA Contribution** *(or HRA if you are not HSA-eligible)* | | |
| ▪ Team Member | $500 | |
| ▪ Team Member + Spouse / Team Member + Child | $750 | |
| ▪ Family / Team Member + Children | $1,000 | |
| ***Coinsurance for most covered services (Your Share)*** | 20% | 40% |
| ***Annual Out-of-Pocket Maximum**** | | |
| ▪ Team Member | $3,000 | $6,000 |
| ▪ Team Member + Spouse/Team Member + Child | $4,500 | $9,000 |
| ▪ Family/Team Member + Children | $6,000 | $12,000 |
| ***Lifetime Maximum*** | None | |
| ***Preventive Care (See "Covered Service Descriptions" page 42 for details)*** | | |
| Routine care and office visits (includes X-ray and lab work when billed as preventive care). Limited to one visit per 12 months if over age 22. If under age 21, limits are subject to the guidelines of the American Academy of Pediatrics | 0% | 40%, after deductible |
| Immunizations: *(including and flu shots)* | 0% | 40%, after deductible |
| Mammograms | 0% | 40%, after deductible |
| Pap smears | 0% | 40%, after deductible |
| Well woman preventive office visit (1 per year) | 0% | 40%, after deductible |
| Other routine cancer screenings | 0% | 40%, after deductible |
| Skin cancer screenings when provider bills as preventive | 0% | 40%, after deductible |
| Obesity or health diet counseling - limited to 26 visits (10 visit limit related to Hyperlipidemia or other risk factors of cardiovascular or other diet-related chronic disease) per year if age 22 or over | 0% | 40%, after deductible |
| Screening and counseling services for misuse of alcohol or drugs (limited to 5 visits per calendar year) | 0% | 40%, after deductible |
| Screening and counseling services to stop using tobacco products (limited to 8 visits per calendar year) | 0% | 40%, after deductible |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| Sexually transmitted infection counseling (limited to 2 visits per calendar year) | 0% | 40%, after deductible |
| Genetic risk for breast and ovarian cancer screening | 0% | 40%, after deductible |
| ***Physician Services*** | | |
| Office visits<br>▪ Primary care physician (PCP)<br>▪ Specialty care physician<br>(Includes X-ray and lab work when performed and billed by the physician's office) Nurse practitioners (NP) and Physicians Assistants (PA) to be billed based on provider office type | PCP: 0% after deductible<br>Specialists: 20% after deductible<br><br>PCP office related services: 20% after deductible | 40%, after deductible |
| Surgery (physician's office) | 20%, after deductible | 40%, after deductible |
| Allergy injections | 20%, after deductible | 40%, after deductible |
| Allergy testing and treatment (dispensed by physician's office) | 20%, after deductible | 40%, after deductible |
| ***Hospital Services*** | | |
| Inpatient hospital care<br>(semi-private room) | 20%, after deductible | 40%, after deductible |
| Inpatient physician's visits/consultations | 20%, after deductible | 40%, after deductible |
| Inpatient professional services (surgeon, radiologist, etc.) | 20%, after deductible | 40%, after deductible |
| Outpatient physician's visits/consultations | 20%, after deductible | 40%, after deductible |
| Outpatient facility services<br>Office/ambulatory surgery center PCP and specialist copay will apply based on provider status | 20%, after deductible | 40%, after deductible |
| Outpatient professional services (surgeon, radiologist, etc.) | 20%, after deductible | 40%, after deductible |
| Other inpatient health care facilities (e.g., skilled nursing facility, rehab hospital, sub-acute facility) | 20%, after deductible | 40%, after deductible |
| ***Maternity Care (Team member and dependent daughters)*** | | |
| Physician's office (initial and prenatal-visits) | 0% | 40%, after deductible |
| Physician services (delivery, post-natal visits) | 20%, after deductible | 40%, after deductible |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| ***Mental Health and Substance Abuse*** | | |
| Inpatient services (facility, professional and other inpatient services) | 20%, after deductible | 40%, after deductible |
| Outpatient (individual or group therapy office visit) | 0%, after deductible | 40%, after deductible |
| Outpatient services (facility, professional and other outpatient services) | 20%, after deductible | 40%, after deductible |
| ***Emergency Services*** | | |
| Ambulance | 20%, after deductible | 20%, after deductible |
| Emergency room<br>(waived if admitted) | 20%, after deductible | 20%, after deductible |
| Urgent care | 20%, after deductible | 20%, after deductible |
| ***Other Services*** | | |
| Autism and ABA Therapy | 20%, after deductible | 40%, after deductible |
| Bariatric surgery | 20%, after deductible | Not Covered |
| Clinical trials (routine patient care services incurred as a participant in an approved clinical trial conducted in relation to the prevention, detection or treatment of cancer or another life-threatening disease or condition) | Covered according to the type of benefit and the place where the service is received. | Covered according to the type of benefit and the place where the service is received. |
| Dental treatment (due to accidental injury to sound natural teeth provided dental treatment is started within 12 months of an accident, TMJ medical treatment and appliances) | 20%, after deductible; subject to office visit copays | 40%, after deductible |
| Outpatient Diagnostic & Preoperative Testing<br>▪ Complex Imaging<br>▪ Diagnostic x-ray and lab | 20%, after deductible | 40%, after deductible |
| Durable medical equipment | 20%, after deductible | 40%, after deductible |
| Genetic testing | 20%, after deductible | 40%, after deductible |
| Hearing aids (testing and exam)<br>One aid per ear per 12 months | 20%, after deductibles | 40%, after deductible |
| Home health care<br>(100 visits per calendar year) | 20%, after deductible | 40%, after deductible |
| Hospice services | 20%, after deductible | 40%, after deductible |
| Skilled nursing care (inpatient—100 days per calendar year) | 20%, after deductible | 40%, after deductible |
| Organ transplants:<br>▪ Institute of Excellence<br>▪ Non Institute of Excellence | <br>20%, after deductible<br>No coverage | <br>N/A<br>N/A |
| Prosthetic devices | 20%, after deductible | 40%, after deductible |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| Outpatient rehabilitative therapy (physical, occupational, and speech) | 20%, after deductible | 40% after deductible |
| Spinal Manipulation (20 visits per year) | 20%, after deductible | 40% after deductible |
| Outpatient therapy services (chemotherapy, infusion therapy, radiation therapy) | Payable in accordance with the type of expense incurred and the place where service is provided | Payable in accordance with the type of expense incurred and the place where service is provided |

** Generally, all out-of-network expenses are subject to the reasonable charge as set by the Plan You should note that since in-network charges for covered services have been negotiated with the providers, reasonable charge limits do not apply.*

*** Annual deductible applies toward out-of-pocket maximum.*

# WellShare Select Plan Option

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| ***Annual Deductible*** | | |
| ▪ Team Member | $1,750 | $3,500 |
| ▪ Team Member + Spouse/Team Member + Child | $2,800 | $5,600 |
| ▪ Family/Team Member + Children | $3,500 | $7,000 |
| **Wellstar's HSA Contribution** *(or HRA if you are not HSA-eligible)* | | |
| ▪ Team Member | $500 | |
| ▪ Team Member + Spouse/Team Member + Child | $750 | |
| ▪ Family/Team Member + Children | $1,000 | |
| ***Coinsurance for most covered services (Your Share)*** | 20% | 40% |
| ***Annual Out-of-Pocket Maximum***** | | |
| ▪ Team Member | $4,500 | $9,000 |
| ▪ Team Member + Spouse/Team Member + Child | $6,750 | $13,500 |
| ▪ Family/Team Member + Children | $9,000 ($6,850 individual limit) | $18,000 |
| ***Lifetime Maximum*** | None | |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| ***Preventive Care (See "Covered Service Descriptions" page 42 for details)*** | | |
| Routine care and office visits (includes X-ray and lab work when billed as preventive care) Limited to one visit per 12 months if over age 22. If under age 21, limits are subject to the guidelines of the American Academy of Pediatrics | 0% | 40%, after deductible |
| Immunizations: *(including and flu shots)* | 0% | 40%, after deductible |
| Mammograms | 0% | 40%, after deductible |
| Pap smears | 0% | 40%, after deductible |
| Well woman preventive office visit (1 per year) | 0% | 40%, after deductible |
| Other routine cancer screenings | 0% | 40%, after deductible |
| Skin cancer screenings when provider bills as preventive | 0% | 40%, after deductible |
| Obesity or health diet counseling - limited to 26 visits (10 visit limit related to Hyperlipidemia or other risk factors of cardiovascular or other diet-related chronic disease) per year if age 22 or over | 0% | 40%, after deductible |
| Screening and counseling services for misuse of alcohol or drugs (limited to 5 visits per calendar year) | 0% | 40%, after deductible |
| Screening and counseling services to stop using tobacco products (limited to 8 visits per calendar year) | 0% | 40%, after deductible |
| Sexually transmitted infection counseling (limited to 2 visits per calendar year) | 0% | 40%, after deductible |
| Genetic risk for breast and ovarian cancer screening | 0% | 40%, after deductible |
| ***Physician Services*** | | |
| Office visits<br>▪ Primary care physician (PCP)<br>▪ Specialty care physician<br>(Includes X-ray and lab work when performed and billed by the physician's office) Nurse practitioners (NP) and Physicians Assistants (PA) to be billed based on provider office type | PCP: 0% after deductible<br>Specialists: 20% after deductible<br><br>PCP office related services: 20% after deductible | 40%, after deductible |
| Surgery (physician's office) | 20%, after deductible | 40%, after deductible |
| Allergy injections | 20%, after deductible | 40%, after deductible |
| Allergy testing and treatment (dispensed by physician's office) | 20%, after deductible | 40%, after deductible |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| ***Hospital Services*** | | |
| Inpatient hospital care (semi-private room) | 20%, after deductible | 40%, after deductible |
| Inpatient physician's visits/consultations | 20%, after deductible | 40%, after deductible |
| Inpatient professional services (surgeon, radiologist, etc.) | 20%, after deductible | 40%, after deductible |
| Outpatient physician's visits/consultations | 20%, after deductible | 40%, after deductible |
| Outpatient facility services<br>Office/ambulatory surgery center PCP and specialist copay will apply based on provider status | 20%, after deductible | 40%, after deductible |
| Outpatient professional services (surgeon, radiologist, etc.) | 20%, after deductible | 40%, after deductible |
| Other inpatient health care facilities (e.g., skilled nursing facility, rehab hospital, sub-acute facility) | 20%, after deductible | 40%, after deductible |
| ***Maternity Care (Team member and dependent daughters)*** | | |
| Physician's office (initial and prenatal visits) | 0% | 40%, after deductible |
| Physician services (delivery, post-natal visits) | 20%, after deductible | 40%, after deductible |
| ***Mental Health and Substance Abuse*** | | |
| Inpatient services (facility, professional and other inpatient services) | 20%, after deductible | 40%, after deductible |
| Outpatient (individual or group therapy office visit) | 0%, after deductible | 40%, after deductible |
| Outpatient services (facility, professional and other outpatient services) | 20%, after deductible | 40%, after deductible |
| ***Emergency Services*** | | |
| Ambulance | 20%, after deductible | 20%, after deductible |
| Emergency room (waived if admitted) | 20%, after deductible | 20%, after deductible |
| Urgent care | 20%, after deductible | 20%, after deductible |
| ***Other Services*** | | |
| Autism and ABA Therapy | 20%, after deductible | 40%, after deductible |
| Bariatric surgery | 20%, after deductible | Not Covered |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| Clinical trials (routine patient care services incurred as a participant in an approved clinical trial conducted in relation to the prevention, detection or treatment of cancer or another life-threatening disease or condition) | Covered according to the type of benefit and the place where the service is received. | Covered according to the type of benefit and the place where the service is received. |
| Dental treatment (due to accidental injury to sound natural teeth provided dental treatment is started within 12 months of an accident, TMJ medical treatment and appliances) | 20%, after deductible; subject to office visit copays | 40%, after deductible |
| Diagnostic X-ray & lab | 20%, after deductible | 40%, after deductible |
| Outpatient Diagnostic & Preoperative Testing<br>▪ Complex Imaging<br>▪ Diagnostic x-ray and lab | 20%, after deductible | 40%, after deductible |
| Durable medical equipment | 20%, after deductible | 40%, after deductible |
| Genetic testing | 20%, after deductible | 40%, after deductible |
| Hearing aids (testing and exam)<br>One aid per ear per 12 months | 20%, after deductibles | 40%, after deductible |
| Home health care<br>(100 visits per calendar year) | 20%, after deductible | 40%, after deductible |
| Hospice services | 20%, after deductible | 40%, after deductible |
| Skilled nursing care (inpatient—100 days per calendar year) | 20%, after deductible | 40%, after deductible |
| Organ transplants:<br>▪ Institute of Excellence<br>▪ Non Institution of Excellence | <br>20%, after deductible<br>Not covered | <br>N/A<br>N/A |
| Prosthetic devices | 20%, after deductible | 40%, after deductible |
| Outpatient rehabilitative therapy (physical, occupational, and speech) | 20%, after deductible | 40% after deductible |
| Spinal Manipulation (20 visits per year) | 20%, after deductible | 40% after deductible |
| Outpatient therapy services (chemotherapy, infusion therapy, radiation therapy) | Payable in accordance with the type of expense incurred and the place where service is provided | Payable in accordance with the type of expense incurred and the place where service is provided |

* *Generally, all out-of-network expenses are subject to the reasonable charge as set by the Plan You should note that since in-network charges for covered services have been negotiated with the providers, reasonable charge limits do not apply.*

** *Annual deductible applies toward out-of-pocket maximum.*

# Minimum Basic Plan Option

## *Minimum Basic Plan Option*

*This plan option provides **minimal coverage**, offering a financial safety net in case you have a major health issue or unplanned hospital stay. This option is for those who anticipate few, if any, healthcare needs and have sufficient personal savings to cover the possible out-of-pocket expense.*

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| ***Annual Deductible*** | | |
| ▪ Team Member | $2,000 | $4,000 |
| ▪ Team Member + Spouse/Team Member + Child | $3,000 | $6,000 |
| ▪ Family/Team Member + Children | $4,000 | $8,000 |
| ***Coinsurance for most covered services (Your Share)*** | 40% | 50% |
| ***Annual Out-of-Pocket Maximum**** | | |
| ▪ Team Member | $5,000 | $10,000 |
| ▪ Team Member + Spouse/Team Member + Child | $7,500 ($6,850 individual limit) | $15,000 |
| ▪ Family/Team Member + Children | $10,000 ($6,850 individual limit) | $20,000 |
| ***Lifetime Maximum*** | None | |
| ***Preventive Care (See "Covered Service Descriptions" page 42 for details)*** | | |
| Routine care and office visits (includes X-ray and lab work when billed as preventive care) Limited to one visit per 12 months if over age 22. If under age 21, limits are subject to the guidelines of the American Academy of Pediatrics | 0% | 50%, after deductible |
| Immunizations: *(including and flu shots)* | 0% | 50%, after deductible |
| Mammograms | 0% | 50%, after deductible |
| Pap smears | 0% | 50%, after deductible |
| Well woman preventive office visit (1 per year) | 0% | 50%, after deductible |
| Other routine cancer screenings | 0% | 50%, after deductible |
| Skin cancer screenings when provider bills as preventive | 0% | 50%, after deductible |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| Obesity or health diet counseling - limited to 26 visits (10 visit limit related to Hyperlipidemia or other risk factors of cardiovascular or other diet-related chronic disease) per year if age 22 or over | 0% | 50%, after deductible |
| Screening and counseling services for misuse of alcohol or drugs (limited to 5 visits per calendar year) | 0% | 50%, after deductible |
| Screening and counseling services to stop using tobacco products (limited to 8 visits per calendar year) | 0% | 50%, after deductible |
| Sexually transmitted infection counseling (limited to 2 visits per calendar year) | 0% | 50%, after deductible |
| Genetic risk for breast and ovarian cancer screening | 0% | 50%, after deductible |
| ***Physician Services*** | | |
| Office visits<br>▪ Primary care physician (PCP)<br>▪ Specialty care physician<br>(Includes X-ray and lab work when performed and billed by the physician's office) Nurse practitioners (NP) and Physicians Assistants (PA) to be billed based on provider office type | 40%, after deductible | 50%, after deductible |
| Surgery (physician's office) | 40%, after deductible | 50%, after deductible |
| Allergy injections | 40%, after deductible | 50%, after deductible |
| Allergy testing and treatment (dispensed by physician's office) | 40%, after deductible | 50%, after deductible |
| ***Hospital Services*** | | |
| Inpatient hospital care<br>(semi-private room) | 40%, after deductible | 50%, after deductible |
| Inpatient physician's visits/consultations | 40%, after deductible | 50%, after deductible |
| Inpatient professional services (surgeon, radiologist, etc.) | 40%, after deductible | 50%, after deductible |
| Outpatient physician's visits/consultations | 40%, after deductible | 50%, after deductible |
| Outpatient facility services<br>Office/ambulatory surgery center PCP and specialist copay will apply based on provider status | 40%, after deductible | 50%, after deductible |
| Outpatient professional services (surgeon, radiologist, etc.) | 40%, after deductible | 50%, after deductible |

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| Other inpatient health care facilities (e.g., skilled nursing facility, rehab hospital, sub-acute facility) | 40%, after deductible | 50%, after deductible |
| ***Maternity Care (Team member and dependent daughters)*** | | |
| Physician's office (initial and prenatal-visits) | 0% | 50%, after deductible |
| Physician services (delivery, post-natal visits) | 40%, after deductible | 50%, after deductible |
| ***Mental Health and Substance Abuse*** | | |
| Inpatient services (facility, professional and other inpatient services) | 40%, after deductible | 50%, after deductible |
| Outpatient (individual or group therapy office visit) | 40%, after deductible | 50%, after deductible |
| Outpatient services (facility, professional and other outpatient services) | 40%, after deductible | 50%, after deductible |
| ***Emergency Services*** | | |
| Ambulance | 40%, after deductible | 40%, after deductible |
| Emergency room<br>(waived if admitted) | 40%, after deductible | 40%, after deductible |
| Urgent care | 40%, after deductible | 40%, after deductible |
| ***Other Services*** | | |
| Autism and ABA Therapy | 40%, after deductible | 50%, after deductible |
| Bariatric surgery | 40%, after deductible | Not Covered |
| Clinical trials (routine patient care services incurred as a participant in an approved clinical trial conducted in relation to the prevention, detection or treatment of cancer or another life-threatening disease or condition) | Covered according to the type of benefit and the place where the service is received. | Covered according to the type of benefit and the place where the service is received. |
| Dental treatment (due to accidental injury to sound natural teeth provided dental treatment is started within 12 months of an accident, TMJ medical treatment and appliances) | 40%, after deductible; subject to office visit copays | 50%, after deductible |
| Outpatient Diagnostic & Preoperative Testing<br>▪ Complex Imaging<br>▪ Diagnostic x-ray and lab | 40%, after deductible | 40%, after deductible |
| Durable medical equipment | 40%, after deductible | 50%, after deductible |
| Genetic testing | 40%, after deductible | 50%, after deductible |
| Hearing aids (testing and exam)<br>One aid per ear per 12 months | 40%, after deductibles | 50%, after deductible |



PLTF_0201

| | In-Network (Maximum Savings) | Out-of-Network* |
|---|---|---|
| Home health care<br>(100 visits per calendar year) | 40%, after deductible | 50%, after deductible |
| Hospice services | 40%, after deductible | 50%, after deductible |
| Skilled nursing care (inpatient—100 days per calendar year) | 40%, after deductible | 50%, after deductible |
| Organ transplants:<br>▪ Institute of Excellence<br>▪ Non Institution of Excellence | <br>40%, after deductible<br>Not covered | <br>N/A<br>N/A |
| Prosthetic devices | 40%, after deductible | 50%, after deductible |
| Outpatient rehabilitative therapy (physical, occupational, and speech) | 40%, after deductible | 50% after deductible |
| Spinal Manipulation (20 visits per year) | 40%, after deductible | 40% after deductible |
| Outpatient therapy services (chemotherapy, infusion therapy, radiation therapy) | Payable in accordance with the type of expense incurred and the place where service is provided | Payable in accordance with the type of expense incurred and the place where service is provided |

** Generally, all out-of-network expenses are subject to the reasonable charge as set by the Plan You should note that since in-network charges for covered services have been negotiated with the providers, reasonable charge limits do not apply.*

*** Annual deductible applies toward out-of-pocket maximum.*

# Health Savings Account (HSA)

When you enroll in either of the Wellstar Employee Medical Plan WellShare options, you will be able to open a Health Savings Account through the MyBenefits Portal, if you meet IRS rules of eligibility.

The HSA is a useful savings vehicle—in both the short term and the long term. In the short term, it helps you plan ahead and set aside money each paycheck to cover deductibles and other out-of-pocket healthcare expenses during the year. It also has long-term savings advantages. The funds roll over year to year. Once the account exceeds $1,000, funds can be invested and grow tax-free. This means that—like with any financial savings plan—those who start saving early can reap the rewards long into the future as the account builds.

# Important HSA Rules

Because of the unique tax advantages to an HSA, there are some important rules to understand. You must be enrolled in an IRS-qualified "high deductible health plan" to make HSA contributions to your account, or to receive contributions from Wellstar. All Wellstar Employee Medical Plan options are HSA-qualified, but you only may open the HSA through Wellstar if you are enrolled in the WellShare Premium or WellShare Select plan options.

To be eligible for an HSA, you cannot be covered:

- Under a non-high deductible health plan (HDHP). For example, if your spouse has non-HDHP coverage, you cannot be covered under that plan.
- If covered by Wellstar's general purpose health care flexible spending account (FSA); however, enrolling in the limited purpose FSA (dental and vision coverage only) will not cause you to be HSA ineligible.

- If your spouse has a general purpose Healthcare FSA or HRA.
- Under TRICARE, Medicaid or Medicare coverage, including Parts A, B and/or D.
- If you are claimed as a dependent on someone else's tax return.

# How It Works

You can use Health Savings Account funds to pay for eligible healthcare expenses with an HSA debit card or check. This includes the deductible, coinsurance and, if you use out-of-network providers, any amounts above the recognized charge.

Wellstar makes a contribution to your account when you participate in either of the WellShare medical options. In addition, you can set aside money in your HSA on a pre-tax basis to use for eligible health care expenses now – or to save for the future. A Health Savings Account has a triple-tax advantage. Your contributions, withdrawals for eligible expenses, and earnings on interest or investments, are all tax-free.

- You do not pay taxes on your contributions.
- You do not pay taxes when you use funds for eligible healthcare expenses.
- You do not pay taxes on any investment growth.
- The funds roll over year to year, and they are always yours to keep—even if you leave Wellstar. Any balance that is available at the time of the last paycheck of the calendar year will roll over. Your last recorded contribution will continue in the following year.
- You can contribute to an HSA and a Dependent Care and Limited Healthcare FSA (your Limited Healthcare FSA can be used for dental and vision expenses only until the medical annual deductible has been met).
- You cannot contribute to an HSA above the IRS annual limit.
- Roll-over funds do not count toward the IRS annual limit.
- When you enroll in a WellShare plan option, you must elect to open an HSA account to receive your Wellstar funding and make a personal contribution. If you are not eligible for an HSA, you will have access to an HRA.

For team members enrolling, or continuing, in a WellShare plan option during Open Enrollment, Wellstar will make a one-time lump sum contribution to your HSA on January 1, 2020 (pro-rated for those enrolling during the 2020 Plan year). This Wellstar contribution amount depends on your coverage level.

### *To Open Your HSA*

*If you are enrolling in a WellShare plan option for the first time, you must review and accept the account terms on the MyBenefits Portal to open your HSA in order to receive the Wellstar contribution. You will also need to work with the vendor, Benefit Wallet, to open your HSA. Sometimes this means providing documentation proving your identity because an HSA is a bank account and subject to banking regulations. You'll receive a Welcome Kit from Benefit Wallet and your HSA card will arrive 7-10 days later. Once your account is open, Wellstar can deposit the contribution to your HSA. If you have questions or want to confirm your HSA is open, contact **Benefit Wallet** at **877-472-4200** or visit **mybenefitwallet.com***

# HSA Contributions

There are HSA rules when it comes to contribution limits. The 2020 contribution limits, as determined by the IRS, are $3,550 for an individual and $7,100 for family. If you are age 55 or older in 2020, you may contribute an additional $1,000.

For 2020, Wellstar will contribute the following amount to your HSA depending on your Medical Plan coverage as follows:

| 2020 Medical Options | WellShare Premium | | WellShare Select | | Minimum Basic | |
|---|---|---|---|---|---|---|
| ***Wellstar's HSA Contribution (or HRA if not HSA-eligible)*** | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** |
| ▪ Team Member | $500 | | $500 | | N/A | |
| ▪ Team Member + Spouse / Team Member + Child | $750 | | $750 | | N/A | |
| ▪ Family / Team Member + Children | $1,000 | | $1,000 | | N/A | |

# Eligible Expenses

You do not pay taxes when you use the money to pay for eligible medical, prescription drug, dental and vision care expenses. You can use the HSA debit card to pay after you receive care, or reimburse yourself for payments you've made (up to the available balance in the account). You can pay for deductibles, coinsurance, prescription drugs, out-of-pocket expenses and more — for a complete list; see IRS Publication 502 at **www.irs.gov/publications/p502/index.html.**

# Health Reimbursement Account (HRA)

Not everyone is eligible for an HSA. If you are not eligible for an HSA, you can still enroll in the WellShare Premium and WellShare Select plan options and receive an HRA, and Wellstar will contribute to your HRA. Visit MyBenefits (**Wellstarmybenefits.org**) for more information about HRAs. WellShare plan option participants with an HRA will receive a one-time lump sum contribution from Wellstar for the plan year (pro-rated for those enrolling during the plan year). Any unused HRA funds under plans administered by Aetna will also roll over into the following year as long as you remain in an HRA-eligible plan.

# How It Works

The HRA differs from the HSA in that you cannot contribute to your account. Your HRA is funded entirely by Wellstar contributions.

Aetna will automatically deduct funds from your HRA to cover eligible medical and prescription plan expenses only, such as expenses toward your deductible. Once you satisfy the deductible, any remaining HRA funds will be used to offset your coinsurance. (You will not receive a HRA debit card.)

Your HRA balance will roll over from Plan Year to Plan Year as long as you meet the eligibility requirements and are enrolled in the WellShare Premium or Select Plan option. If you are no longer covered by a WellShare plan option, you will forfeit any remaining balance in your HRA. You cannot cash out amounts in your HRA, nor does your HRA travel with you if you leave Wellstar.

# HRA Contributions

Wellstar contributes the following amount to your HRA each year based on your Medical Plan election:

| 2020 Medical Options | WellShare Premium | | WellShare Select | | Minimum Basic | |
|---|---|---|---|---|---|---|
| ***Wellstar's HRA Contribution (or HSA if eligible)*** | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** | ***In-Network*** | ***Out-of-Network*** |
| ▪ Team Member | $500 | | $500 | | N/A | |
| ▪ Team Member + Spouse / Team Member + Child | $750 | | $750 | | N/A | |
| ▪ Family/Team Member + Children | $1,000 | | $1,000 | | N/A | |

# Eligible Expenses

Wellstar's HRA contribution will be used for medical and pharmacy expenses only. Dental and vision expenses may not be reimbursed through the HRA. Medical and pharmacy claims will be automatically paid from any HRA balance. (Aetna administers the team member HRA accounts.)

***Important HRA Reminder***

*Monies left in an HRA will be forfeited if you change to a non-HRA medical plan option or waive medical coverage, or you leave Wellstar.*

# **Covered Service Descriptions**

This section describes the services highlighted in "Benefits Covered by the Plan" beginning on page 28.

# Alternatives to Hospital Stays

### *Outpatient Surgery and Physician Surgical Services*

Covered expenses include charges for services and supplies furnished in connection with outpatient surgery made by:

- A physician or dentist for professional services;
- A surgery center; or
- The outpatient department of a hospital.

The surgery must meet the following requirements:



PLTF_0205

- The surgery can be performed adequately and safely only in a surgery center or hospital and
- The surgery is not normally performed in a physician's or dentist's office.

The following outpatient surgery expenses are covered:

- Services and supplies provided by the hospital, surgery center on the day of the procedure;
- The operating physician's services for performing the procedure, related pre- and post-operative care, and administration of anesthesia; and
- Services of another physician for related post-operative care and administration of anesthesia. This does not include a local anesthetic.

**Limitations**

Not covered under this Plan are charges made for:

- The services of a physician or other health care provider who renders technical assistance to the operating physician.
- A stay in a hospital.
- Facility charges for office based surgery.

## *Birthing Center*

Covered expenses include charges made by a birthing center for services and supplies related to your care in a birthing center for:

- Prenatal care;
- Delivery; and
- Postpartum care within 48 hours after a vaginal delivery and 96 hours after a Cesarean delivery.

**Limitations**

Unless specified above, not covered under this benefit are charges:

- In connection with a pregnancy for which pregnancy related expenses are not included as a covered expense.

## *Home Health Care*

Covered expenses include charges for home health care services when ordered by a physician as part of a home health plan and provided you are:

- Transitioning from a hospital or other inpatient facility, and the services are in lieu of a continued inpatient stay; or
- Homebound

Covered expenses include only the following:

- Skilled nursing services that require medical training of, and are provided by, a licensed nursing professional within the scope of his or her license. These services need to be provided during intermittent visits of 4 hours or less, with a daily maximum of 3 visits. Intermittent visits are considered periodic and recurring visits that skilled nurses make to ensure your proper care, which means they are not on site for more than four hours at a time. If you are discharged from a hospital or skilled nursing facility after an inpatient stay, the intermittent requirement may be waived to allow coverage for up to 12 hours (3 visits) of continuous skilled nursing services. However, these services must be provided for within 10 days of discharge.

- Home health aide services, when provided in conjunction with skilled nursing care, that directly support the care. These services need to be provided during intermittent visits of 4 hours or less, with a daily maximum of 3 visits.
- Medical social services, when provided in conjunction with skilled nursing care, by a qualified social worker.
- Skilled behavioral health care services provided in the home by a behavioral health provider when ordered by a physician and directly related to an active treatment plan of care established by the physician. All the following must be met:
  - The skilled behavioral health care is appropriate for the active treatment of a condition, illness or disease to avoid placing you at risk for serious complications.
  - The services are in lieu of a continued confinement in a hospital or residential treatment facility, or receiving outpatient services outside of the home.
  - You are homebound because of illness or injury.
  - The services provided are not primarily for comfort, convenience or custodial in nature.
  - The services are intermittent or hourly in nature.
  - The services are not for Applied Behavior Analysis.

Benefits for home health care visits are payable up to the Home Health Care Maximum. Each visit by a nurse, behavioral health provider or therapist is 1 visit.

In figuring the Calendar Year Maximum Visits, each visit of:

- Nurse or therapist, up to 4 hours is 1 visit and
- Behavioral health provider, of up to 1 hour, is 1 visit.

This maximum will not apply to care given by an R.N. or L.P.N. when:

- Care is provided within 10 days of discharge from a hospital or skilled nursing facility as a full-time inpatient; and
- Care is needed to transition from the hospital or skilled nursing facility to home care.

When the above criteria are met, covered expenses include up to 12 hours of continuous care by an R.N. or L.P.N. per day.

Coverage for Home Health Care services is not determined by the availability of caregivers to perform them. The absence of a person to perform a non-skilled or custodial care service does not cause the service to become covered. If the covered person is a minor or an adult who is dependent upon others for non-skilled care (e.g. bathing, eating, toileting), coverage for home health services will only be provided during times when there is a family member or caregiver present in the home to meet the person's non-skilled needs.

**Limitations**

Unless specified above, not covered under this benefit are charges for:

- Services or supplies that are not a part of the Home Health Care Plan.
- Services of a person who usually lives with you, or who is a member of your, your spouse's family.
- Services of a certified or licensed social worker.
- Services for Infusion Therapy.
- Transportation.
- Services or supplies provided to a minor or dependent adult when a family member or caregiver is not present.
- Services that are custodial care.

## Skilled Nursing Care

Covered expenses include charges by an R.N., L.P.N., or nursing agency for outpatient skilled nursing care.

This is care by a visiting R.N. or L.P.N. to perform specific skilled nursing tasks.

**Limitations**

Unless specified above, not covered under this benefit are charges for:

- Nursing care that does not require the education, training and technical skills of a R.N. or L.P.N.
- Nursing care assistance for daily life activities, such as:
  - Transportation;
  - Meal preparation;
  - Vital sign charting;
  - Companionship activities;
  - Bathing;
  - Feeding;
  - Personal grooming;
  - Dressing;
  - Toileting; and
  - Getting in/out of bed or a chair.
- Nursing care provided for skilled observation.
- Nursing care provided while you are an inpatient in a hospital or health care facility.
- A service provided solely to administer oral medicine, except where law requires a R.N. or L.P.N. to administer medicines.

## Skilled Nursing Facility

Covered expenses include charges made by a skilled nursing facility during your stay (nursing homes are not considered a skilled nursing facility) for the following services and supplies, up to the maximums under the Plan, including:

- Room and board, up to the semi-private room rate. The Plan will cover up to the private room rate if it is needed due to an infectious illness or a weak or compromised immune system;
- Use of special treatment rooms;
- Radiological services and lab work;
- Physical, occupational, or speech therapy;
- Oxygen and other gas therapy;
- Other medical services and general nursing services usually given by a skilled nursing facility (this does not include charges made for private or special nursing, or physician's services); and
- Medical supplies.

**Limitations**

Unless specified above, not covered under this benefit are charges for:

- Charges made for the treatment of:
  - Drug addiction;
  - Alcoholism;
  - Senility;
  - Mental disability; or
  - Any other mental illness; and
- Daily room and board charges over the semi-private rate.

## *Hospice Care*

Covered expenses include charges made by the following furnished to you for hospice care when given as part of a hospice care program.

## *Facility Expenses*

The charges made by a hospital, hospice or skilled nursing facility for:

- Room and Board and other services and supplies furnished during a stay for pain control and other acute and chronic symptom management; and
- Services and supplies furnished to you on an outpatient basis.

***Important Note:***

*Dialysis services are covered only when received through a network provider or facility. The Plan provides no coverage for such services when received by an out-of-network provider. To locate a network provider or facility, please contact Aetna at 877-823-1770 or visit their website at* ***www.aetna.com****.*

## *Outpatient Hospice Expenses*

Covered expenses include charges made on an outpatient basis by a Hospice Care Agency for:

- Part-time or intermittent nursing care by a R.N. or L.P.N. for up to eight hours a day;
- Part-time or intermittent home health aide services to care for you up to eight hours a day.
- Medical social services under the direction of a physician. These include but are not limited to:
  - Assessment of your social, emotional and medical needs, and your home and family situation;
  - Identification of available community resources; and
  - Assistance provided to you to obtain resources to meet your assessed needs.
- Physical and occupational therapy; and
- Consultation or case management services by a physician;
- Medical supplies;
- Prescription drugs;
- Dietary counseling; and
- Psychological counseling.

Charges made by the providers below if they are not a team member of a Hospice Care Agency; and such Agency retains responsibility for your care:

- A physician for a consultation or case management;
- A physical or occupational therapist;
- A home health care agency for:
  - Physical and occupational therapy;
  - Part time or intermittent home health aide services for your care up to eight hours a day;
  - Medical supplies;
  - Prescription drugs;
  - Psychological counseling; and
  - Dietary counseling.

**Limitations**

Unless specified above, not covered under this benefit are charges for:

- Daily room and board charges over the semi-private room rate.
- Funeral arrangements.
- Pastoral counseling.
- Financial or legal counseling. This includes estate planning and the drafting of a will.
- Homemaker or caretaker services. These are services which are not solely related to your care. These include, but are not limited to: sitter or companion services for either you or other family members; transportation; maintenance of the house.

# Clinical Trials

## *Clinical Trial Therapies (Experimental or Investigational)*

Covered expenses include charges made for experimental or investigational drugs, devices, treatments or procedures "under an approved clinical trial" only when you have cancer or a terminal illness, and all the following conditions are met:

- Standard therapies have not been effective or are inappropriate;
- Aetna determines, based on published, peer-reviewed scientific evidence that you may benefit from the treatment; and
- You are enrolled in an approved clinical trial that meets these criteria.

An "approved clinical trial" is a clinical trial that meets these criteria:

- The FDA has approved the drug, device, treatment, or procedure to be investigated or has granted it investigational new drug (IND) or group c/treatment IND status. This requirement does not apply to procedures and treatments that do not require FDA approval.
- The clinical trial has been approved by an Institutional Review Board that will oversee the investigation.
- The clinical trial is sponsored by the National Cancer Institute (NCI) or similar federal organization.

- The trial conforms to standards of the NCI or other, applicable federal organization.
- The clinical trial takes place at an NCI-designated cancer center or takes place at more than one institution.
- You are treated in accordance with the protocols of that study.

### *Routine Patient Costs*

Covered expenses include charges made by a provider for "routine patient costs" furnished in connection with your participation in an "approved clinical trial" for cancer or other life-threatening disease or condition, as those terms are defined in the federal Public Health Service Act, Section 2709.

**Limitations**

Not covered under this Plan are:

- Services and supplies related to data collection and record-keeping that is solely needed due to the clinical trial (i.e. protocol-induced costs);
- Services and supplies provided by the trial sponsor without charge to you; and
- The experimental intervention itself (except medically necessary Category B investigational devices and promising experimental or investigational interventions for terminal illnesses in certain clinical trials in accordance with Aetna's claim policies).

# Diagnostic and Preoperative Testing

### *Diagnostic Complex Imaging Expenses*

The Plan covers charges made on an outpatient basis by a physician, hospital or a licensed imaging or radiological facility for complex imaging services to diagnose an illness or injury, including:

- C.A.T. scans;
- Magnetic Resonance Imaging (MRI);
- Nuclear medicine imaging including positron emission tomography (PET) Scans;
- Any other outpatient diagnostic imaging service where the recognized charge exceeds $500; and
- Complex Imaging Expenses for preoperative testing.

**Limitations**

The Plan does not cover diagnostic complex imaging expenses under this part of the Plan if such imaging expenses are covered under any other part of the Plan.

### *Outpatient Diagnostic Lab Work and Radiological Services*

Covered expenses include charges for radiological services (other than diagnostic complex imaging), lab services, and pathology and other tests provided to diagnose an illness or injury. You must have definite symptoms that start, maintain or change a plan of treatment prescribed by a physician. The charges must be made by a physician, hospital or licensed radiological facility or lab. Lab work must be done at Quest, Lab Corp or a Wellstar provider's office.

### *Outpatient Preoperative Testing*

Prior to a scheduled covered surgery, covered expenses include charges made for tests performed by a hospital, surgery center, physician or licensed diagnostic laboratory provided the charges for the surgery are covered expenses and the tests are:

- Related to your surgery, and the surgery takes place in a hospital or surgery center;
- Completed within 14 days before your surgery;
- Performed on an outpatient basis;
- Covered if you were an inpatient in a hospital;
- Not repeated in or by the hospital or surgery center where the surgery will be performed.

Test results should appear in your medical record kept by the hospital or surgery center where the surgery is performed.

**Limitations**

The Plan does not cover diagnostic complex imaging expenses under this part of the Plan if such imaging expenses are covered under any other part of the Plan.

If your tests indicate that surgery should not be performed because of your physical condition, the Plan will pay for the tests, however surgery will ***not*** be covered.

# Durable Medical and Surgical Equipment (DME)

Covered expenses include charges by a DME supplier for the rental of equipment or, in lieu of rental:

- The initial purchase of DME if:
  - Long term care is planned; and
  - The equipment cannot be rented or is likely to cost less to purchase than to rent.
- Repair of purchased equipment. Maintenance and repairs needed due to misuse or abuse are not covered.
- Replacement of purchased equipment if:
  - The replacement is needed because of a change in your physical condition; and
  - It is likely to cost less to replace the item than to repair the existing item or rent a similar item.

**Limitations**

The Plan limits coverage to one item of equipment, for the same or similar purpose and the accessories needed to operate the item. You are responsible for the entire cost of any additional pieces of the same or similar equipment you purchase or rent for personal convenience or mobility.

Covered Durable Medical Equipment includes those items covered by Medicare unless excluded under the Plan. Aetna reserves the right to limit the payment of charges up to the most cost efficient and least restrictive level of service or item which can be safely and effectively provided. The decision to rent or purchase is at the discretion of Aetna.

# Gender Reassignment (Sex Change) Surgery

Covered expenses include charges in connection with a medically necessary Gender Reassignment (sometimes called Sex Change) Surgery as long you or a covered dependent have obtained precertification from Aetna.

Covered expenses include:

- Charges made by a physician for:
  - Performing the surgical procedure; and
  - Pre-operative and post-operative hospital and office visits.
- Charges made by a hospital for inpatient and outpatient services (including outpatient surgery). Room and board charges more than the hospital's semi-private rate will not be covered unless a private room is ordered by your physician and precertification has been obtained.
- Charges made by a Skilled Nursing Facility for inpatient services and supplies. Daily room and board charges over the semi-private rate will not be covered.
- Charges made for the administration of anesthetics.
- Charges for outpatient diagnostic laboratory and X-rays.
- Charges for blood transfusion and the cost of unreplaced blood and blood products. Also included are the charges for collecting, processing and storage of self-donated blood after the surgery has been scheduled.

**Limitations:**

Rhinoplasty, face-lifting, lip enhancement, facial bone reduction, blepharoplasty, breast augmentation, liposuction of the waist (body contouring), reduction thyroid chondroplasty, hair removal, voice modification surgery (laryngoplasty or shortening of the vocal cords), and skin resurfacing, which have been used in feminization, are considered cosmetic if not determined to have met medical necessity criteria developed by Aetna. Similarly, chin implants, nose implants, and lip reduction, which have been used to assist masculinization, are considered cosmetic if not determined to have met medical necessity criteria developed by Aetna.

# Hospital Expenses

Covered medical expenses include services and supplies provided by a hospital during your stay.

## *Room and Board*

Covered expenses include charges for room and board provided at a hospital during your stay. Private room charges that exceed the hospital's semi-private room rate are not covered unless a private room is required because of a contagious illness or immune system problem.

Room and board charges also include:

- Services of the hospital's nursing staff;
- Admission and other fees;
- General and special diets; and
- Sundries and supplies.

## *Other Hospital Services and Supplies*

Covered expenses include charges made by a hospital for services and supplies furnished to you in connection with your stay.

Covered expenses include hospital charges for other services and supplies provided, such as:

- Ambulance services.
- Physicians and surgeons.
- Operating and recovery rooms.
- Intensive or special care facilities.
- Administration of blood and blood products, but not the cost of the blood or blood products.
- Radiation therapy.
- Speech therapy, physical therapy and occupational therapy.
- Oxygen and oxygen therapy.
- Radiological services, laboratory testing and diagnostic services.
- Medications.
- Intravenous (IV) preparations.
- Discharge planning.

## *Outpatient Hospital Expenses*

Covered expenses include hospital charges made for covered services and supplies provided by the outpatient department of a hospital.

## *Coverage for Emergency Medical Conditions*

Covered expenses include charges made by a hospital or a physician for services provided in an emergency room to evaluate and treat an emergency medical condition.

The emergency care benefit covers:

- Use of emergency room facilities;
- Emergency room physicians' services;
- Hospital nursing staff services; and
- Radiologists' and pathologists' services.
- If you visit an Emergency Room for a non-emergent condition, the Plan will not cover your expenses.

Please contact your PCP after receiving treatment for an emergency medical condition.

## *Coverage for Urgent Conditions*

Covered expenses include charges made by a hospital or urgent care provider to evaluate and treat an urgent condition.

- Your coverage includes:
- Use of emergency room facilities when network urgent care facilities are not in the service area and you cannot reasonably wait to visit your physician;

- Use of urgent care facilities;
- Physicians services;
- Nursing staff services; and
- Radiologists' and pathologists' services.

If you visit an urgent care provider for a non-urgent condition, the Plan will not cover your expenses.

# Obesity Treatment

## Bariatric Surgery

According to the National Institute of Health (NIH) consensus statement in 1991, bariatric surgery is considered a proven treatment for select patients meeting a number of criteria. Utilizing the information in the NIH statement as a basis for performing bariatric surgery, Wellstar has developed a set of specific criteria that must be met in order to access the benefit of bariatric surgery. Bariatric Surgery is gastrointestinal surgery restricting the volume of food consumed, which may or may not include a malabsorptive component.

Team member must meet all of the following selection criteria:

- Adult (greater than 18 years of age)
- Must be enrolled in one of the Wellstar Employee Medical Plan options
    - This surgery is available for team members and spouses. The surgery is not available for other dependents of team members unless the dependent is also a Wellstar team member and enrolled in the Wellstar Employee Medical Plan.
- Bariatric Services must be completed at a Wellstar facility. Bariatric Services performed by out-of-network providers are not covered.
- This benefit is for new Bariatric Services patients only – primary procedure must be performed on or after January 1, 2013.
- Must have a Body Mass Index (BMI) of greater than 35 with at least one significant co-morbid condition such as hypertension requiring drug treatment, diabetes requiring drug treatment, Coronary Artery Disease (e.g. history of myocardial infarction, stroke, angina pectoris, or coronary artery bypass), significant cardiopulmonary disease (e.g. obstructive sleep apnea requiring treatment, Pickwickian syndrome, cardiomyopathy), PCOS, degenerative joint disease (DJD), degenerative disc disease (DDD), dyslipidemia, or X-Ray confirmed arthritis or BMI greater than 40, regardless of co-morbid status
- In an effort to establish surgical risk and determine the patient's ability to comply with post-operative behavioral and dietary changes, and to assure informed consent has been established, the team member must complete a three-month pre-operative evaluation and diagnostic period as directed by the bariatric surgeon and team of specialists involved in the pre-operative evaluation. Based on the results obtained during the three-month preparatory period, the bariatric team will determine surgical candidacy.
- Must submit to a pre-surgical psychological evaluation
- Must consult with the Wellstar designated dietician for behavioral modification and dietary instruction. Medical weight loss programs will not be covered.
- Must attend a minimum of two Wellstar bariatric surgery support group meetings prior to surgery
- Must demonstrate a history of at least two years of morbid obesity

Surgery covered under the bariatric surgery benefit includes the following primary procedures:

- Laparoscopic or open Roux-en Y gastric bypass (may include liver biopsy and/or cholecystectomy)
- Laparoscopic or open Vertical Sleeve gastrectomy (may include cholecystectomy)
- Laparoscopic or open Biliopancreatic diversion with duodenal switch (may include liver biopsy, cholescytectomy, and/or appendectomy)
- Laparascopic adjustable gastric banding (may include cholecystectomy)

Procedures performed for weight loss as a secondary procedure on patients with a history of bariatric surgery will not be covered. Primary procedures performed on or after January 1, 2013, that requires correction of a defect such as internal hernia, bowel obstruction, bleeding, stricture or anastomotic leak, as well as adjustable band adjustments will be covered under the Wellstar Employee Medical Plan benefit.

Surgical treatment of obesity may be covered by the Plan subject to medical necessity guidelines. All procedures require pre-certification. If you fail to pre-certify the procedure will not be covered. Only procedures performed by Wellstar physicians at Wellstar Facilities will be covered.

## Non-Surgical Obesity Treatment

Covered expenses include charges made by a physician, licensed or certified dietician, nutritionist or hospital for the non-surgical treatment of obesity for the following outpatient weight management services as performed in-network at Center for Best Health locations only:

- An initial medical history and physical exam;
- Diagnostic tests given or ordered during treatment; and
- Prescription drugs.

**Limitations**

Unless specified above, *not* covered under this benefit are charges incurred for weight control services including surgical procedures, medical treatments, weight control/loss programs, dietary regimens and supplements, food or food supplements, appetite suppressants and other medications; exercise programs, exercise or other equipment; and other services and supplies that are primarily intended to control weight or treat obesity, including morbid obesity, or for the purpose of weight reduction, regardless of the existence of co-morbid conditions; except as provided in this SPD.

# Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)

Covered expenses include charges made by a physician, a dentist and hospital for:

- Non-surgical treatment of infections or diseases of the mouth, jaw joints or supporting tissues.
- Services and supplies for treatment of, or related conditions of, the teeth, mouth, jaws, jaw joints or supporting tissues, (this includes bones, muscles, and nerves), for surgery needed to:
  - Treat a fracture, dislocation, or wound.
  - Cut out teeth that are partly or completely impacted in the bone of the jaw; teeth that will not erupt through the gum; other teeth that cannot be removed without cutting into bone; the roots of a tooth without removing the entire tooth; cysts, tumors, or other diseased tissues.

- Cut into gums and tissues of the mouth. This is only covered when not done in connection with the removal, replacement or repair of teeth.
- Alter the jaw, jaw joints, or bite relationships by a cutting procedure when appliance therapy alone cannot result in functional improvement.
- Hospital services and supplies received for a stay required because of your condition.
- The following services when related to an accidental injury:
  - Dental work, surgery and orthodontic treatment needed to remove, repair, restore or reposition:
    - Natural teeth damaged, lost, or removed; or
    - Other body tissues of the mouth fractured or cut due to injury.
  - Any such teeth must have been free from decay or in good repair and are firmly attached to the jaw bone at the time of the injury.
  - The treatment must be completed in the Calendar Year of the accident or in the next Calendar Year.
  - If crowns, dentures, bridges, or in-mouth appliances are installed due to injury, covered expenses only include charges for:
    - The first denture or fixed bridgework to replace lost teeth;
    - The first crown needed to repair each damaged tooth; and
    - An in-mouth appliance used in the first course of orthodontic treatment after the injury.

# Physician Services

## *Physician Visits*

Covered medical expenses include charges made by a physician during a visit to treat an illness or injury. The visit may be at the physician's office, in your home, in a hospital or other facility during your stay or in an outpatient facility. Covered expenses also include:

- Immunizations for infectious disease, but not if solely for your employment;
- Allergy testing, treatment and injections; and
- Charges made by the physician for supplies, radiological services, x-rays, and tests provided by the physician.

## *Surgery*

Covered expenses include charges made by a physician for:

- Performing your surgical procedure;
- Pre-operative and post-operative visits; and
- Consultation with another physician to obtain a second opinion prior to the surgery.

## *Alternatives to Physician Office Visits*

### WALK-IN CLINIC VISITS

Covered expenses include charges made by walk-in clinics for:

- Unscheduled, non-emergency illnesses and injuries;
- The administration of certain immunizations administered within the scope of the clinic's license; and

- Individual screening and counseling services (if considered preventive care based on ACA guidelines) to aid you:
  - to stop the use of tobacco products;
  - in weight reduction, due to obesity.

Please see page 55 to review the "Preventive Care" section for the guidelines regarding screenings covered as "Preventive Care" under ACA.

Note that Walgreens walk-in clinics are excluded from coverage. Visit **www.aetna.com/Wellstar** to find covered walk-in clinics.

### *Anesthetics*

Covered expenses include charges for the administration of anesthetics and oxygen by a physician, other than the operating physician, or Certified Registered Nurse Anesthetist (C.R.N.A.) in connection with a covered procedure.

# Pregnancy-Related Expenses

Covered expenses include charges made by a physician for pregnancy and childbirth services and supplies at the same level as any illness or injury. This includes:

- prenatal visits,
- Delivery, and
- postnatal visits.

For inpatient care of the mother and newborn child, covered expenses include charges made by a Hospital for a minimum of:

- 48 hours after a vaginal delivery; and
- 96 hours after a cesarean section.
- A shorter stay, if the attending physician, with the consent of the mother, discharges the mother or newborn earlier.

Covered expenses also include:

- charges made by a birthing center as described under Alternatives to Hospital Care,
- services and supplies provided for circumcision of the newborn during the stay.

# Preventive Care

The Plan covers preventive care services at 100% before you reach your deductible if performed at an in-network physician office based on the recommendations and guidelines of the:

- Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention;
- United States Preventive Services Task Force;
- Health Resources and Services Administration; and
- American Academy of Pediatric/Bright Futures Guidelines for Children and Adolescents.

Since coverage for preventive care services may be subject to change based on recent guidelines, please see **www.aetna.com** for updates, as well as limits based on age, gender and frequency.

## *Routine Physical Exams*
Covered expenses include charges made by your primary care physician (PCP) for routine physical exams as required under the Affordable Care Act (ACA) and based on ACA age guidelines. This includes routine vision and hearing screenings given as part of the routine physical exam. A routine exam is a medical exam given by a physician for a reason other than to diagnose or treat a suspected or identified illness or injury, and includes:

- Evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force.
- Services as recommended in the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.
- Screenings and counseling services as provided for in the comprehensive guidelines recommended by the Health Resources and Services Administration. These services may include but are not limited to:
  - Screening and counseling services, such as:
    - Interpersonal and domestic violence;
    - Sexually transmitted diseases; and
    - Human Immune Deficiency Virus (HIV) infections.
  - Screening for gestational diabetes for women.
  - High Risk Human Papillomavirus (HPV) DNA testing for women age 30 and older.
  - X-rays, lab and other tests given as part of the exam.
  - For covered newborns, an initial hospital checkup.
  - Covered persons over age 22 are limited to one exam per 12 months; limits for covered persons through age 21 are provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adults

## *Preventive Care Immunizations*
Covered expenses include charges made by your physician or a facility that have been recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention for:

- immunizations for infectious diseases; and
- the materials for administration of immunizations;

## *Well-Woman Preventive Visits*
Covered expenses include charges made by your physician obstetrician, or gynecologist for:

- a routine well-woman preventive exam office visit, including Pap smears. A routine well-woman preventive exam is a medical exam given by a physician for a reason other than to diagnose or treat a suspected or identified illness or injury; and
- routine preventive care breast cancer genetic counseling and breast cancer (BRCA) gene blood testing. Covered expenses include charges made by a physician and lab for the BRCA gene blood test and charges made by a genetic counselor to interpret the test results and evaluate treatment.

These benefits will be subject to any age; family history; and frequency guidelines that are:

- Evidence-based items or services that have in effect a rating of A or B in the recommendations of the United States Preventive Services Task Force; and
- Evidence-informed items or services provided in the comprehensive guidelines supported by the Health Resources and Services Administration.

## *Routine Cancer Screenings*

Covered expenses include, but are not limited to, charges incurred for routine cancer screening as follows:

- Mammograms;
- Fecal occult blood tests;
- Digital rectal exams;
- Prostate specific antigen (PSA) tests;
- Sigmoidoscopies;
- Double contrast barium enemas (DCBE)
- Colonoscopies (removal of polyps performed during a screening procedure is a covered expense); and
- Cologuard;
- FIT testing
- Lung cancer screening (one per 12 months; screenings in excess of the maximum are covered under the Outpatient Diagnostic and Preoperative Testing benefit).

These benefits will be subject to any age; family history; and frequency guidelines that are:

- Evidence-based items or services that have in effect a rating of A or B in the recommendations of the United States Preventive Services Task Force; and
- Evidence-informed items or services provided in the comprehensive guidelines supported by the Health Resources and Services Administration.

## *Screening and Counseling Services*

Covered expenses include charges made by your primary care physician in an individual or group setting for the following:

### OBESITY AND/OR HEALTHY DIET

- preventive counseling visits and/or risk factor reduction intervention;
- nutrition counseling; and
- healthy diet counseling visits provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease.

Remember that Wellstar offers a variety of programs to help you get and stay healthy. Please see all the Health 365 programs available by visiting eSource and clicking on Health 365 under Wellbeing 365.

Maximum of 26 visits per calendar year (however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease). In figuring the maximum visits, each session of up to 60 minutes is equal to one visit.

### MISUSE OF ALCOHOL AND/OR DRUGS

Screening and counseling services to aid in the prevention or reduction of the use of an alcohol agent or controlled substance. Coverage includes preventive counseling visits, risk factor reduction intervention and a structured assessment.

Maximum of 5 visits per calendar year. In figuring the maximum visits, each session of up to 60 minutes is equal to one visit.

### USE OF TOBACCO PRODUCTS

Screening and counseling services to aid in the cessation of the use of tobacco products. Tobacco product means a substance containing tobacco or nicotine including: cigarettes, cigars; smoking tobacco; snuff; smokeless tobacco and candy-like products that contain tobacco. Coverage includes the following services to aid in the cessation of the use of tobacco products:

- preventive counseling visits;
- treatment visits; and
- class visits.

Remember that Wellstar offers a variety of programs to help you get and stay healthy. Please see all the Health 365 programs available by visiting eSource and clicking on Health 365 under Wellbeing 365.

Maximum of 8 visits per calendar year. In figuring the maximum number of visits, each session of up to 60 minutes is equal to one visit.

### SEXUALLY TRANSMITTED INFECTIONS

Covered expenses include the counseling services to help you prevent or reduce sexually transmitted infections.

Maximum of two visits per calendar year. In figuring the maximum number of visits, each session of up to 30 minutes is equal to one visit.

### GENETIC RISKS FOR BREAST AND OVARIAN CANCER

Covered expenses include the counseling and evaluation services to help you assess your breast and ovarian cancer susceptibility. Benefits for the screening and counseling services above are subject to any visit maximums that apply to the Plan.

## *Prenatal Care*

Coverage for prenatal care under this Preventive Care benefit is limited to pregnancy-related physician office visits including the initial and subsequent history and physical exams of the pregnant woman (maternal weight, blood pressure, fetal heart rate check, and fundal height).

**Limitations**

Unless specified above, not covered under this Preventive Care benefit are charges incurred for:

- Services which are covered to any extent under any other part of this Plan;
- Pregnancy expenses (other than prenatal care as described above).
- High-risk prenatal services.

## *Comprehensive Lactation Support and Counseling Services*

Covered expenses include comprehensive lactation support (assistance and training in breast feeding) and counseling services provided to females during pregnancy, or at any time following delivery, for breast-feeding by a certified lactation support provider. Covered expenses also include the rental or purchase of breast feeding equipment.

Lactation support and lactation counseling services are covered expenses when provided in either a group or individual setting. Benefits for lactation counseling services are subject to the visit maximum of 6 visits per 12 months under the Plan. Any visits in excess of the maximum are covered under the Physician Services office visit benefit.

## *Breast Feeding Supplies*
Coverage includes the rental or purchase of breast feeding durable medical equipment for lactation support (pumping and storage of breast milk) as follows.

### Breast Pump
- The rental of a hospital-grade electric pump for a newborn child when the newborn child is confined in a hospital.
- The purchase of:
  - - An electric breast pump (non-hospital grade). A purchase will be covered once every three years; or
  - - A manual breast pump. A purchase will be covered once per pregnancy.
- If an electric breast pump was purchased within the previous three-year period, the purchase of another breast pump will not be covered until a three-year period has elapsed from the last purchase.

### Breast Pump Supplies
Coverage is limited to only one purchase per pregnancy in any year where a covered female would not qualify for the purchase of a new pump.

Coverage for the purchase of breast pump equipment is limited to one item of equipment, for the same or similar purpose, and the accessories and supplies needed to operate the item. You are responsible for the entire cost of any additional pieces of the same or similar equipment you purchase or rent for personal convenience or mobility.

## *Family Planning Services - Female Contraceptives*
For females with reproductive capacity, covered expenses include those charges incurred for services and supplies that are provided to prevent pregnancy. All contraceptive methods, services and supplies covered under this Preventive Care benefit must be approved by the U.S. Food and Drug Administration (FDA).

Coverage includes counseling services on contraceptive methods provided by a physician, obstetrician or gynecologist. Such counseling services are covered expenses when provided in either a group or individual setting. They are subject to the contraceptive counseling services visit maximum of two visits per 12 months under the Plan. Any visits in excess of the maximum are covered under the Physician Services benefit.

The following contraceptive methods are covered expenses under this Preventive Care benefit:

### Voluntary Sterilization
Covered expenses include charges billed separately by the provider for female voluntary sterilization procedures and related services and supplies including, but not limited to, tubal ligation and sterilization implants.

Covered expenses under this Preventive Care benefit would not include charges for a voluntary sterilization procedure to the extent that the procedure was not billed separately by the provider or because it was not the primary purpose of a confinement.

### Contraceptives
Contraceptives can be paid either under your medical plan or pharmacy plan depending on the type of expense and how and where the expense is incurred. Benefits are paid under your medical plan for female contraceptive prescription drugs and devices (including any related services and supplies) when they are provided, administered, or removed, by a physician during an office visit.

**Limitations**

Unless specified above, not covered under this Preventive Care benefit are charges for:

- Services which are covered to any extent under any other part of this Plan;
- Services and supplies incurred for an abortion;
- Services provided because of complications resulting from a voluntary sterilization procedure and related follow-up care;
- Services which are for the treatment of an identified illness or injury;
- Services that are not given by a physician or under his or her direction;
- Psychiatric, psychological, personality or emotional testing or exams;
- Any contraceptive methods that are only "reviewed" by the FDA and not "approved" by the FDA;
- Male contraceptive methods, sterilization procedures or devices;
- The reversal of voluntary sterilization procedures, including any related follow-up care.

**Limitations**

Not covered are:

- Voluntary termination of pregnancy;
- Reversal of voluntary sterilization procedures, including related follow-up care;
- Charges for services which are covered to any extent under any other part of this Plan or any other group plans sponsored by your employer; and
- Charges incurred for family planning services while confined as an inpatient in a hospital or other facility for medical care.

### FAMILY PLANNING SERVICES - OTHER

Voluntary sterilization for males is covered after the deductible.

# Prosthetic Devices

Covered expenses include:

- Charges made for internal and external prosthetic devices and special appliances, if the device or appliance improves or restores body part function that has been lost or damaged by illness, injury or congenital defect.
- Covered expenses also include instruction and incidental supplies needed to use a covered prosthetic device.

The Plan covers the first prosthesis you need that temporarily or permanently replaces all or part of a body part lost or impaired because of disease or injury or congenital defects as described in the list of covered devices below for an

- Internal body part or organ; or
- External body part.

Covered expenses also include replacement of a prosthetic device if:

- The replacement is needed because of a change in your physical condition; or normal growth or wear and tear; or
- It is likely to cost less to buy a new one than to repair the existing one; or
- The existing one cannot be made serviceable.

The list of covered devices includes but is not limited to:

- An artificial arm, leg, hip, knee or eye;
- Eye lens;
- An external breast prosthesis and the first bra made solely for use with it after a mastectomy;
- A breast implant after a mastectomy;
- Therapeutic shoes (depth or custom-molded) along with inserts medically necessary for members with diabetes mellitus and any of the following complications involving the foot:
  - Foot deformity
  - History of pre-ulcerative calluses
  - History of previous ulceration
  - Peripheral neuropathy with evidence of callus formation
  - Poor circulation
  - Previous amputation of the foot or part of the foot;
- Ostomy supplies, urinary catheters and external urinary collection devices;
- Speech generating device;
- A cardiac pacemaker and pacemaker defibrillators;
- A durable brace that is custom made for and fitted for you;
- Wigs;
- Wound care

The Plan will not cover expenses and charges for, or expenses related to:

- Orthopedic shoes, therapeutic shoes, or other devices to support the feet, unless the orthopedic shoe is an integral part of a covered leg brace; or
- Trusses, corsets, and other support items; or any item listed in the "Benefits Not Covered" section on page 73.

## *Hearing Aids*

Covered hearing care expenses include charges for electronic hearing aids (monaural and binaural), installed in accordance with a prescription written during a covered hearing exam.

Benefits are payable up to the hearing supply maximum of one hearing aid per ear per 12-month period under the Plan.

## *Benefits After Termination of Coverage*

Expenses incurred for hearing aids within 30 days of termination of the person's coverage under this benefit section will be deemed to be covered hearing care expenses if during the 30 days before the date coverage ends:

- The prescription for the hearing aid was written; and
- The hearing aid was ordered.

# Reconstructive or Cosmetic Surgery and Supplies

Covered expenses include charges made by a physician, hospital, or surgery center for reconstructive services and supplies, including:

- Surgery needed to improve a significant functional impairment of a body part.
- Surgery to correct the result of an accidental injury, including subsequent related or staged surgery, if the surgery occurs no more than 24 months after the original injury. For a covered child, the time period for coverage may be extended through age 18.
- Surgery to correct the result of an injury that occurred during a covered surgical procedure if the reconstructive surgery occurs no more than 24 months after the original injury.
- Surgery to correct a gross anatomical defect present at birth or appearing after birth (but not the result of an illness or injury) when
  - the defect results in severe facial disfigurement, or
  - the defect results in significant functional impairment and the surgery is needed to improve function

  Note: Injuries that occur because of a medical (i.e., non-surgical) treatment are not considered accidental injuries, even if unplanned or unexpected.

### *Reconstructive Breast Surgery*

Covered expenses include:

- reconstruction of the breast on which a mastectomy was performed, including an implant and areolar reconstruction
- surgery on a healthy breast to make it symmetrical with the reconstructed breast and
- physical therapy to treat complications of mastectomy, including lymphedema.

# Short-Term Rehabilitation Therapy Services

Covered expenses include charges for short-term therapy services when prescribed by a physician as described below up to the benefit maximums. The services must be performed by:

- A licensed or certified physical, occupational or speech therapist;
- A hospital, skilled nursing facility, or hospice facility; or
- A physician.

Charges for the following short term rehabilitation expenses are covered:

### *Cardiac and Pulmonary Rehabilitation Benefits.*

- Cardiac rehabilitation benefits are available as part of an inpatient hospital stay. A limited course of outpatient cardiac rehabilitation is covered when following angioplasty, cardiovascular surgery, congestive heart failure or myocardial infarction. The Plan will cover charges in accordance with a treatment plan as determined by your risk level when recommended by a physician. This course of treatment is limited to a maximum of 36 sessions in a 12-week period.
- Pulmonary rehabilitation benefits are available as part of an inpatient hospital stay. A limited course of outpatient pulmonary rehabilitation is covered for the treatment of reversible pulmonary disease states. This course of treatment is limited to a maximum of 36 hours or a six-week period.

### *Outpatient Cognitive Therapy, Physical Therapy, Occupational Therapy and Speech Therapy Rehabilitation Benefits.*

- Physical therapy is covered for non-chronic conditions and acute illnesses and injuries, provided the therapy expects to significantly improve, develop or restore physical functions lost or impaired because of an acute illness, injury or surgical procedure. Physical therapy does not include educational training or services designed to develop physical function.
- Occupational therapy (except for vocational rehabilitation or employment counseling) is covered for non-chronic conditions and acute illnesses and injuries, provided the therapy expects to significantly improve, develop or restore physical functions lost or impaired because of an acute illness, injury or surgical procedure, or to relearn skills to significantly improve independence in the activities of daily living. Occupational therapy does not include educational training or services designed to develop physical function.
- Speech therapy is covered for non-chronic conditions and acute illnesses and injuries provided the therapy is expected to restore the speech function or correct a speech impairment resulting from illness or injury; or for delays in speech function development because of a gross anatomical defect present at birth. Speech function is the ability to express thoughts, speak words and form sentences. Speech impairment is difficulty with expressing one's thoughts with spoken words.
- Cognitive therapy associated with physical rehabilitation is covered when the cognitive deficits have been acquired because of neurologic impairment due to trauma, stroke, or encephalopathy, and when the therapy is part of a treatment plan intended to restore previous cognitive function.

A "visit" consists of no more than one hour of therapy. Covered expenses include charges for two therapy visits of no more than one hour in a 24-hour period and is limited to a combined maximum of 60 visits per year for physical, occupational, and speech therapy.

The therapy should follow a specific treatment plan that:

- Details the treatment, and specifies frequency and duration; and
- Provides for ongoing reviews and is renewed only if continued therapy is appropriate.

Unless specifically covered above, *not* covered under this benefit are charges for:

- Therapies for the treatment of delays in development, unless resulting from acute illness or injury, or congenital defects amenable to surgical repair (such as cleft lip/palate). Examples of non-covered diagnoses include Pervasive Development Disorders (including Autism), Down's syndrome, and Cerebral Palsy, as they are considered both developmental and/or chronic in nature.
- Any services which are covered expenses in whole or in part under any other group plan sponsored by an employer;
- Any services unless provided in accordance with a specific treatment plan;

- Services for the treatment of delays in speech development, unless resulting from illness, injury, or congenital defect;
- Services provided during a stay in a hospital, skilled nursing facility, or hospice facility except as stated above;
- Services provided by a home health care agency;
- Services not performed by a physician or under the direct supervision of a physician;
- Treatment covered as part of the Spinal Manipulation Treatment. This applies whether or not benefits have been paid under that benefit description;
- Services provided by a physician or physical, occupational or speech therapist who resides in your home; or who is a member of your family, or a member of your spouse's family;
- Special education to instruct a person whose speech has been lost or impaired, to function without that ability. This includes lessons in sign language.

# Specialized Care

### *Chemotherapy*

Covered expenses include charges for chemotherapy treatment. Coverage levels depend on where treatment is received. In most cases, chemotherapy is covered as outpatient care. Inpatient hospitalization for chemotherapy is limited to the initial dose while hospitalized for the diagnosis of cancer and when a hospital stay is otherwise medically necessary based on your health status.

### *Radiation Therapy Benefits*

Covered expenses include charges for the treatment of illness by x-ray, gamma ray, accelerated particles, mesons, neutrons, radium or radioactive isotopes.

***Important Note***

*Cancer Treatment Centers of America are not covered by the Plan.*

### *Outpatient Infusion Therapy Benefits*

Covered expenses include infusion therapy received from an outpatient setting including but not limited to:

- A free-standing outpatient facility;
- The outpatient department of a hospital; or
- A physician in his/her office or in your home.

The list of preferred infusion locations can be found by contacting Aetna Member Services by logging onto the member portal at **www.aetna.com** or calling the number on the back of your ID card.

Certain infused medications may be covered under the prescription drug plan. You can access the list of specialty care prescription drugs by contacting Member Services or by logging onto the member portal at **www.aetna.com** or calling the number on the back of your ID card to determine how coverage is determined.

Infusion therapy is the intravenous or continuous administration of medications or solutions that are a part of your course of treatment. Charges for the following outpatient Infusion Therapy services and supplies are covered expenses:

- The pharmaceutical when administered in connection with infusion therapy and any medical supplies, equipment and nursing services required to support the infusion therapy;
- Professional services;
- Total parenteral nutrition (TPN);
- Chemotherapy;
- Drug therapy (includes antibiotic and antivirals);
- Pain management (narcotics); and
- Hydration therapy (includes fluids, electrolytes and other additives).

**Limitations**

Not included under this infusion therapy benefit are charges incurred for:

- Enteral nutrition;
- Blood transfusions and blood products;
- Dialysis; and
- Insulin.

Benefits payable for infusion therapy will not count toward any applicable Home Health Care maximums.

## *Specialty Care Prescription Drugs*

Covered expenses include specialty care prescription drugs when they are:

- Purchased by your provider, and
- Injected or infused by your provider in an outpatient setting such as:
  - A free-standing outpatient facility
  - The outpatient department of a hospital
  - A physician in his/her office
  - A home care provider in your home
- And, listed on our specialty care prescription drug list as covered under this Plan.

Certain infused medications may be covered under the prescription drug plan. You can access the list of specialty care prescription drugs by contacting Member Services or by logging onto the member portal at **www.aetna.com** using your personalized login or calling the number on the back of your ID card to determine how coverage is determined.

# Spinal Manipulation Treatment

Covered expenses include charges made by a physician on an outpatient basis for manipulative (adjustive) treatment or other physical treatment for conditions caused by (or related to) biomechanical or nerve conduction disorders of the spine.

Benefits are payable subject to the maximum of 20 visits per year. However, this maximum does not apply to expenses incurred:

- During your hospital stay; or
- For surgery. This includes pre- and post-surgical care provided or ordered by the operating physician.

# Transplant Services

Covered expenses include charges incurred during a transplant occurrence. The following will be considered one transplant occurrence once it has been determined that you or one of your dependents may require an organ transplant. Organ means solid organ; stem cell; bone marrow; and tissue.

- Heart;
- Lung;
- Heart/Lung;
- Simultaneous Pancreas Kidney (SPK);
- Pancreas;
- Kidney;
- Liver;
- Intestine;
- Bone Marrow/Stem Cell;
- Multiple organs replaced during one transplant surgery;
- Tandem transplants (Stem Cell);
- Sequential transplants;
- Re-transplant of same organ type within 180 days of the first transplant;
- Any other single organ transplant, unless otherwise excluded under the Plan.

The following will be considered more than one Transplant Occurrence:

- Autologous blood/bone marrow transplant followed by allogenic blood/bone marrow transplant (when not part of a tandem transplant);
- Allogenic blood/bone marrow transplant followed by an autologous blood/bone marrow transplant (when not part of a tandem transplant);
- Re-transplant after 180 days of the first transplant;
- Pancreas transplant following a kidney transplant;
- A transplant necessitated by an additional organ failure during the original transplant surgery/process;
- More than one transplant when not performed as part of a planned tandem or sequential transplant, (e.g., a liver transplant with subsequent heart transplant).

The network level of benefits is paid only for a treatment received at an Aetna Institute of Excellence™ (IOE) facility for the type of transplant being performed. Each IOE facility has been selected to perform only certain types of transplants.

Services obtained from a facility that is not designated as an IOE for the transplant being performed will be covered as out-of-network services and supplies, even if the facility is a network facility or IOE for other types of services.

The Plan covers:

- Charges made by a physician or transplant team.
- Charges made by a hospital, outpatient facility or physician for the medical and surgical expenses of a live donor, but only to the extent not covered by another plan or program.
- Related supplies and services provided by the facility during the transplant process. These services and supplies may include: physical, speech and occupational therapy; bio-medicals and immunosuppressants; home health care expenses and home infusion services.
- Charges for activating the donor search process with national registries.
- Compatibility testing of prospective organ donors who are immediate family members. For this coverage, an "immediate" family member is defined as a first-degree biological relative. These are your biological parents, siblings or children.
- Inpatient and outpatient expenses directly related to a transplant.
- If the IOE facility is more than 100 miles from patient's residence, certain travel & lodging expenses for the patient and one companion may be reimbursed if pre-authorized by Aetna. Travel is reimbursed between the patient's home and the IOE for round trip (air, train, or bus) transportation costs (coach class only). If traveling by auto to the IOE, mileage, parking and toll costs are reimbursed. To be eligible for travel & lodging reimbursement, the member (or provider) must pre-authorize evaluation and treatment, the member must utilize an IOE facility and obtain preauthorization for travel and lodging

Covered transplant expenses are typically incurred during the four phases of transplant care described below. Expenses incurred for one transplant during these four phases of care will be considered one transplant occurrence.

A transplant occurrence is considered to begin at the point of evaluation for a transplant and end either 180 days from the date of the transplant; or upon the date you are discharged from the hospital or outpatient facility for the admission or visit(s) related to the transplant, whichever is later.

The four phases of one transplant occurrence and a summary of covered transplant expenses during each phase are:

1. Pre-transplant evaluation/screening: Includes all transplant-related professional and technical components required for assessment, evaluation and acceptance into a transplant facility's transplant program;
2. Pre-transplant/candidacy screening: Includes HLA typing/compatibility testing of prospective organ donors who are immediate family members;
3. Transplant event: Includes inpatient and outpatient services for all covered transplant-related health services and supplies provided to you and a donor during the one or more surgical procedures or medical therapies for a transplant; prescription drugs provided during your inpatient stay or outpatient visit(s), including bio-medical and immunosuppressant drugs; physical, speech or occupational therapy provided during your inpatient stay or outpatient visit(s); cadaveric and live donor organ procurement; and
4. Follow-up care: Includes all covered transplant expenses; home health care services; home infusion services; and transplant-related outpatient services rendered within 180 days from the date of the transplant event.

If you are a participant in the IOE program, the program will coordinate all solid organ and bone marrow transplants and other specialized care you need. Any covered expenses you incur from an IOE facility will be considered network care expenses.

**Limitations**

Unless specified above, *not* covered under this benefit are charges incurred for:

- Outpatient drugs including bio-medicals and immunosuppressants not expressly related to an outpatient transplant occurrence;
- Services that are covered under any other part of this Plan;
- Services and supplies furnished to a donor when the recipient is not covered under this Plan;
- Home infusion therapy after the transplant occurrence;
- Harvesting or storage of organs, without the expectation of immediate transplantation for an existing illness;
- Harvesting and/or storage of bone marrow, tissue or stem cells, without the expectation of transplantation within 12 months for an existing illness;
- Cornea (Corneal Graft with Amniotic Membrane) or Cartilage (autologous chondrocyte or autologous osteochondral mosaicplasty) transplants, unless otherwise authorized by Aetna.

### *Network of Transplant Specialist Facilities*

Through the IOE network, you will have access to a provider network that specializes in transplants. Benefits may vary if an IOE facility or non-IOE or out-of-network provider is used. In addition, some expenses are payable only within the IOE network. The IOE facility must be specifically approved and designated by Aetna to perform the procedure you require. Each facility in the IOE network has been selected to perform only certain types of transplants, based on quality of care and successful clinical outcomes.

# Treatment of Infertility

### *Basic Infertility Expenses*

Covered expenses include charges made by a physician to diagnose and to surgically treat the underlying medical cause of infertility. Infertility is defined as:

- For a woman who is under 35 years of age: 1 year or more of timed, unprotected coitus, or 12 cycles of artificial insemination; or
- For a woman who is 35 years of age or older: 6 months or more of timed, unprotected coitus, or 6 cycles of artificial insemination.

#### Comprehensive Infertility and Advanced Reproductive Technology (ART) Expenses

To be an eligible covered female for benefits you must be covered under this SPD as a team member or be a covered dependent.

Even though not incurred for treatment of an illness or injury, covered expenses will include expenses incurred by an eligible covered female for infertility if all the following tests are met:

- A condition that is a demonstrated cause of infertility which has been recognized by a gynecologist, or an infertility specialist, and your physician who diagnosed you as infertile, and it has been documented in your medical records.
- The procedures are done while not confined in a hospital or any other facility as an inpatient.
- Your FSH levels are less than, 19 mIU on day 3 of the menstrual cycle.
- A successful pregnancy cannot be attained through less costly treatment for which coverage is available under this *SPD*.

## Comprehensive Infertility Services Benefits

If you meet the eligibility requirements above, the following comprehensive infertility services expenses are payable when provided by an infertility specialist upon pre-authorization by Aetna, subject to all the exclusions and limitations of this SPD:

- Ovulation induction with menotropins is subject to the maximum benefit, if any, shown in the "Benefits Covered by section of this SPD and has a maximum of 6 cycles per lifetime; (where lifetime is defined to include services received, provided or administered by Aetna or any affiliated company of Aetna); and
- Intrauterine insemination is subject to the maximum benefit, if any, shown in the "Benefits Covered by the Plan" section of this SPD and has a maximum of 6 cycles per lifetime; (where lifetime is defined to include services received, provided or administered by Aetna or any affiliated company of Aetna).

***Important Note***

*The Plan covers up to $10,000 per calendar year in infertility treatment which can be applied towards medical or prescription expenses.*

## Advanced Reproductive Technology (ART) Benefits

ART is defined as:

- In vitro fertilization (IVF);
- Zygote intrafallopian transfer (ZIFT);
- Gamete intra-fallopian transfer (GIFT);
- Cryopreserved embryo transfers;
- Intracytoplasmic sperm injection (ICSI); or ovum microsurgery.

## Eligibility for ART Benefits

To be eligible for ART benefits under this *SPD*, you must meet the requirements above and:

- First exhaust the comprehensive infertility services benefits. Coverage for ART services is available only if comprehensive infertility services do not result in a pregnancy in which a fetal heartbeat is detected;
- Be referred by your physician to Aetna's infertility case management unit;
- Obtain pre-authorization from Aetna's infertility case management unit for ART services by an ART specialist.

## Covered ART Benefits

The following charges are covered benefits for eligible covered females when all the above conditions are met, subject to the *Exclusions and Limitations*:

- Up to 3 cycles and subject to the maximum benefit, if any, shown in the "Benefits Covered by section of any combination of the following ART services per lifetime (where lifetime is defined to include all ART services received, provided or administered by Aetna or any affiliated company of Aetna) which only include: IVF; GIFT; ZIFT; or cryopreserved embryo transfers;
- IVF; Intra-cytoplasmic sperm injection ("ICSI"); ovum microsurgery; GIFT; ZIFT; or cryopreserved embryo transfers subject to the maximum benefit shown on the "Benefits Covered by section while covered under an Aetna plan;
- Payment for charges associated with the care of an eligible covered person under this Plan who is participating in a donor IVF program, including fertilization and culture.

### *Exclusions and Limitations*

Unless otherwise specified above, the following charges will not be payable as covered expenses under the Plan:

- Infertility services for females with FSH levels 19 or greater mIU/ml on day 3 of the menstrual cycle;
- The purchase of donor sperm and any charges for the storage of sperm; the purchase of donor eggs and any charges associated with care of the donor required for donor egg retrievals or transfers or gestational carriers (or surrogacy); all charges associated with a gestational carrier program for the covered person or the gestational carrier;
- Charges associated with cryopreservation or storage of cryopreserved eggs and embryos (e.g., office, hospital, ultrasounds, laboratory tests, etc.);
- Home ovulation prediction kits;
- Drugs related to the treatment of non-covered benefits;
- Injectable infertility medications, including but not limited to, menotropins, hCG, GnRH agonists, and IVIG;
- Any services or supplies provided without pre-authorization from Aetna's infertility case management unit;
- Infertility Services that are not reasonably likely to result in success;
- Ovulation induction and intrauterine insemination services if you are not infertile.

# Treatment of Mental Disorders and Substance Abuse

## Treatment of Mental Disorders

Covered expenses include charges made for the treatment of mental disorders by behavioral health providers.

***Important Note***

*Not all types of services are covered. For example, educational services and certain types of therapies are not covered. See the "Medical Benefits Not Covered" section on page 73 for more information.*

Benefits are payable for charges incurred in a hospital, psychiatric hospital, residential treatment facility or behavioral health provider's office for the treatment of mental disorders as follows:

### *Inpatient Treatment*

Covered expenses include charges for room and board at the semi-private room rate, and other services and supplies provided during your stay in a hospital, psychiatric hospital or residential treatment facility. Inpatient benefits are payable only if your condition requires services that are only available in an inpatient setting.

### *Partial Confinement Treatment*

Covered expenses include charges made for partial confinement treatment provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of a mental disorder. Such benefits are payable if your condition requires services that are only available in a partial confinement treatment setting.

### *Outpatient Treatment*

Covered expenses include charges for treatment received while not confined as a full-time inpatient in a hospital, psychiatric hospital or residential treatment facility.

The Plan covers partial hospitalization services (more than 4 hours, but less than 24 hours per day) provided in a facility or program for the intermediate short-term or medically-directed intensive treatment. The partial hospitalization will only be covered if you would need inpatient care if you were not admitted to this type of facility.

## Treatment of Substance Abuse

Covered expenses include charges made for the treatment of substance abuse by behavioral health providers.

> ***Important Note***
>
> *Not all types of services are covered. For example, educational services and certain types of therapies are not covered. See the "Medical Benefits Not Covered" section on page 73 for more information.*

### *Substance Abuse*

Please refer to the "Medical Benefits Not Covered" section on page 73 for any substance abuse deductibles, maximums and payment limits or maximum out-of-pocket limits that may apply to your substance abuse benefits.

### *Inpatient Treatment*

This Plan covers room and board at the semi-private room rate and other services and supplies provided during your stay in a psychiatric hospital or residential treatment facility, appropriately licensed by the state Department of Health or its equivalent.

Coverage includes:

- Treatment in a hospital for the medical complications of substance abuse.
- "Medical complications" include detoxification, electrolyte imbalances, malnutrition, cirrhosis of the liver, delirium tremens and hepatitis.
- Treatment in a hospital is covered only when the hospital does not have a separate treatment facility section.

### *Outpatient Treatment*

Outpatient treatment includes charges for treatment received for substance abuse while not confined as a full-time inpatient in a hospital, psychiatric hospital or residential treatment facility.

This Plan covers partial hospitalization services (more than 4 hours, but less than 24 hours per day) provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of alcohol or drug abuse. The partial hospitalization will only be covered if you would need inpatient treatment if you were not admitted to this type of facility.

### *Partial Confinement Treatment*

Covered expenses include charges made for partial confinement treatment provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of substance abuse.

Such benefits are payable if your condition requires services that are only available in a partial confinement treatment setting.

# Other Covered Health Care Expenses

## Ambulance Service

Covered expenses include charges made by a professional ambulance, as follows:

### Air or Water Ambulance

Covered expenses include charges for transportation to a hospital by air or water ambulance when:

- Ground ambulance transportation is not available; and
- Your condition is unstable, and requires medical supervision and rapid transport; and
- In a medical emergency, transportation from one hospital to another hospital; when the first hospital does not have the required services or facilities to treat your condition and you need to be transported to another hospital; and the two conditions above are met.

### Ground Ambulance

Covered expenses include charges for transportation:

- To the first hospital where treatment is given in a medical emergency.
- From one hospital to another hospital in a medical emergency when the first hospital does not have the required services or facilities to treat your condition.
- From hospital to home or to another facility when other means of transportation would be considered unsafe due to your medical condition.
- From home to hospital for covered inpatient or outpatient treatment when other means of transportation would be considered unsafe due to your medical condition. Transport is limited to 100 miles.
- When during a covered inpatient stay at a hospital, skilled nursing facility or acute rehabilitation hospital, an ambulance is required to safely and adequately transport you to or from inpatient or outpatient medically necessary treatment.

**Limitations**

Not covered under this benefit are charges incurred to transport you:

- If an ambulance service is not required by your physical condition; or
- If the type of ambulance service provided is not required for your physical condition; or
- By any form of transportation other than a professional ambulance service; or
- By fixed wing air ambulance from an out-of-network provider.

# Autism Spectrum Disorder

Covered expenses include charges made by a physician or behavioral health provider for the services and supplies for the diagnosis and treatment of Autism Spectrum Disorder when ordered by a physician, licensed psychologist, or licensed clinical social worker, as part of a Treatment Plan; and the covered child is diagnosed with Autism Spectrum Disorder.

Covered under this benefit:

- Physical therapy, occupational therapy, speech therapy
- Behavioral therapy
- Applied Behavior Analysis

Applied Behavior Analysis is an educational service that is the process of applying interventions:

- That systematically change behavior; and
- That are responsible for the observable improvement in behavior.

Autism Spectrum Disorder is defined in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association.

# Medical Benefits Not Covered

Not every medical service or supply is covered by the Plan, even if prescribed, recommended, or approved by your physician or dentist. The Plan covers only those services and supplies that are medically necessary and included in the *What the Plan Covers* section. Charges made for the following are not covered except to the extent listed under the *What the Plan Covers* section or by amendment attached to this SPD.

***Important Note***

*You have medical and prescription drug coverage. The exclusions listed below apply to all coverage under your Plan. Additional exclusions apply to specific prescription drug coverage. Those additional exclusions are listed separately under the "Covered Service Descriptions" section on page 42 for each of these benefits.*

- Acupuncture, acupressure and acupuncture therapy, except as provided in the What the Plan Covers section.
- Allergy: Specific non-standard allergy services and supplies, including but not limited to, skin titration (Rinkel method), cytotoxicity testing (Bryan's Test) treatment of non-specific candida sensitivity, and urine auto injections.
- Any charges in excess of the benefit, dollar, day, visit or supply limits stated in this SPD.
- Any non-emergency charges incurred outside of the United States if you traveled to such location to obtain medical services, prescription drugs, or supplies, even if otherwise covered under this SPD. This also includes prescription drugs or supplies if:
  - such prescription drugs or supplies are unavailable or illegal in the United States; or
  - the purchase of such prescription drugs or supplies outside the United States is considered illegal.

- Behavioral Health Services as follows:
  - Alcoholism or substance abuse rehabilitation treatment on an inpatient or outpatient basis, except to the extent coverage for detoxification or treatment of alcoholism or substance abuse is specifically provided in the What the Plan Covers Section.
  - Treatment of a covered health care provider who specializes in the mental health care field and who receives treatment as a part of their training in that field.
  - Treatment of impulse control disorders such as pathological gambling, kleptomania, pedophilia, caffeine or nicotine use.
  - Treatment of antisocial personality disorder.
  - Treatment in wilderness programs or other similar programs.
  - Treatment of mental disabilities, defects, and deficiencies. This exclusion does not apply to mental health services or to medical treatment of mentally retarded in accordance with the benefits provided in the *What the Plan Covers* section of this SPD.
- Blood, blood plasma, synthetic blood, blood products or substitutes, including but not limited to, the provision of blood, other than blood derived clotting factors. Any related services including processing, storage or replacement costs, and the services of blood donors, apheresis or plasmapheresis are not covered. For autologous blood donations, only administration and processing costs are covered.
- Cancer Treatment Centers of America (CTCA): There is no in network or out of network coverage for services provided by this facility or its physicians and other health care professionals
- Charges for a service or supply furnished by a network provider more than the negotiated charge.
- Charges for a service or supply furnished by an out-of-network provider more than the recognized charge.
- Charges submitted for services that are not rendered, or rendered to a person not eligible for coverage under the Plan.
- Charges submitted for services by an unlicensed hospital, physician or other provider or not within the scope of the provider's license.
- Contraception, except as specifically described in the "Covered Service Descriptions" section on page 42:
  - Over the counter contraceptive supplies including but not limited to male condoms, contraceptive foams, jellies and ointments.
- Cosmetic services and plastic surgery: any treatment, surgery (cosmetic or plastic), service or supply to alter, improve or enhance the shape or appearance of the body whether or not for psychological or emotional reasons including:
  - Face lifts, body lifts, tummy tucks, liposuctions, removal of excess skin, removal or reduction of non-malignant moles, blemishes, varicose veins, cosmetic eyelid surgery and other surgical procedures;
  - Procedures to remove healthy cartilage or bone from the nose (even if the surgery may enhance breathing) or other part of the body;
  - Chemical peels, dermabrasion, laser or light treatments, bleaching, creams, ointments or other treatments or supplies to alter the appearance or texture of the skin;
  - Insertion or removal of any implant that alters the appearance of the body (such as breast or chin implants); except removal of an implant will be covered when medically necessary;
  - Removal of tattoos (except for tattoos applied to assist in covered medical treatments, such as markers for radiation therapy); and

- Repair of piercings and other voluntary body modifications, including removal of injected or implanted substances or devices;
- Surgery to correct Gynecomastia;
- Breast augmentation;
- Otoplasty.

- Counseling: Services and treatment for marriage, religious, family, career, social adjustment, pastoral, or financial counselor except as specifically provided in the "Covered Service Descriptions" section on page 42.
- Court ordered services, including those required as a condition of parole or release.
- Custodial Care
- Dental Services: any treatment, services or supplies related to the care, filling, removal or replacement of teeth and the treatment of injuries and diseases of the teeth, gums and other structures supporting the teeth. This includes, but is not limited to:
  - services of dentists, oral surgeons, dental hygienists, and orthodontists including apicoectomy (dental root resection), root canal treatment, soft tissue impactions, treatment of periodontal disease, alveolectomy, augmentation and vestibuloplasty and fluoride and other substances to protect, clean or alter the appearance of teeth;
  - dental implants, false teeth, prosthetic restoration of dental implants, plates, dentures, braces, mouth guards, and other devices to protect, replace or reposition teeth; and
  - non-surgical treatments to alter bite or the alignment or operation of the jaw, including treatment of malocclusion or devices to alter bite or alignment.
  - This exclusion does not include removal of bony impacted teeth, bone fractures, removal of tumors and orthodontogenic cysts.
- Dialysis services when performed by non-network provider or facility
- Disposable outpatient supplies: Any outpatient disposable supply or device, including sheaths, bags, elastic garments, support hose, bandages, bedpans, syringes, blood or urine testing supplies, and other home test kits; and splints, neck braces, compresses, and other devices not intended for reuse by another patient.
- Drugs, medications and supplies:
  - Over-the-counter drugs, biological or chemical preparations and supplies that may be obtained without a prescription including vitamins;
  - Any services related to the dispensing, injection or application of a drug;
  - Any prescription drug purchased illegally outside the United States, even if otherwise covered under this Plan within the United States;
  - Immunizations related to work;
  - Needles, syringes and other injectable aids, except as covered for diabetic supplies;
  - Drugs related to the treatment of non-covered expenses;
  - Performance enhancing steroids;
  - Injectable drugs if an alternative oral drug is available;
- Outpatient prescription drugs;
- Self-injectable prescription drugs and medications;

- Any prescription drugs, injectable, or medications or supplies provided by the customer or through a third-party vendor contract with the customer; and
- Any expenses for prescription drugs, and supplies covered under an Aetna Pharmacy plan will not be covered under the Wellstar Employee Medical Plan. Prescription drug exclusions that apply to the Aetna Pharmacy plan will apply to the medical expense coverage; and
- Charges for any prescription drug for the treatment of erectile dysfunction, impotence, or sexual dysfunction or inadequacy.
- Educational services as follows:
  - Any services or supplies related to education, training or retraining services or testing, including: special education, remedial education, job training and job hardening programs;
  - Evaluation or treatment of learning disabilities, minimal brain dysfunction, developmental, learning and communication disorders, behavioral disorders, (including pervasive developmental disorders) training or cognitive rehabilitation, regardless of the underlying cause; and
  - Services, treatment, and educational testing and training related to behavioral (conduct) problems, learning disabilities and delays in developing skills.
- Examinations, including any health examinations required:
  - by a third party, including examinations and treatments required to obtain or maintain employment, or which an employer is required to provide under a labor agreement;
  - by any law of a government;
  - for securing insurance, school admissions or professional or other licenses;
  - to travel;
  - to attend a school, camp, or sporting event or participate in a sport or other recreational activity; and
  - Any special medical reports not directly related to treatment except when provided as part of a covered service.
- Experimental or investigational drugs, devices, treatments or procedures, except as described in the "Covered Service Descriptions" section on page 42. This includes the LEAP, TEACCH, Denver and Rutgers programs.
- New facility charges for care services or supplies provided in:
  - rest homes;
  - assisted living facilities;
  - similar institutions serving as an individual's primary residence or providing primarily custodial or rest care;
  - health resorts;
  - spas, sanitariums; or
  - infirmaries at schools, colleges, or camps.
- Food items: Any food item, including infant formulas, nutritional supplements, vitamins, including prescription vitamins, medical foods and other nutritional items, even if it is the sole source of nutrition. This exclusion does not apply to specialized medical foods delivered enterally (only when delivered via a tube directly into the stomach or intestines) or parenterally.

- Foot care: Any services, supplies, or devices to improve comfort or appearance of toes, feet or ankles, including but not limited to:
  - Treatment of calluses, bunions, toenails, hammer-toes, subluxations, fallen arches, weak feet, chronic foot pain or conditions caused by routine activities such as walking, running, working or wearing shoes; and
  - Shoes (including orthopedic shoes), arch supports, shoe inserts, ankle braces, guards, protectors, creams, ointments and other equipment, devices and supplies, even if required following a covered treatment of an illness or injury.
- Growth/Height: Any treatment, device, drug, service or supply (including surgical procedures, devices to stimulate growth and growth hormones), solely to increase or decrease height or alter the rate of growth.
- Hearing expenses as follows:
  - Any hearing service or supply that does not meet professionally accepted standards;
  - Hearing exams given during a stay in a hospital or other facility;
  - Replacement parts or repairs for a hearing aid; and
  - Any tests, appliances, and devices for the improvement of hearing (including hearing aids and amplifiers), or to enhance other forms of communication to compensate for hearing loss or devices that simulate speech, except otherwise covered.
- Home and mobility: Any addition or alteration to a home, workplace or other environment, or vehicle and any related equipment or device, such as:
  - Purchase or rental of exercise equipment, air purifiers, central or unit air conditioners, water purifiers, waterbeds. and swimming pools;
  - Exercise and training devices, whirlpools, portable whirlpool pumps, sauna baths, or massage devices;
  - Equipment or supplies to aid sleeping or sitting, including non-hospital electric and air beds, water beds, pillows, sheets, blankets, warming or cooling devices, bed tables and reclining chairs;
  - Equipment installed in your home, workplace or other environment, including stair-glides, elevators, wheelchair ramps, or equipment to alter air quality, humidity or temperature;
  - Other additions or alterations to your home, workplace or other environment, including room additions, changes in cabinets, countertops, doorways, lighting, wiring, furniture, communication aids, wireless alert systems, or home monitoring;
  - Services and supplies furnished mainly to provide a surrounding free from exposure that can worsen your illness or injury;
  - Removal from your home, worksite or other environment of carpeting, hypo-allergenic pillows, mattresses, paint, mold, asbestos, fiberglass, dust, pet dander, pests or other potential sources of allergies or illness; and
  - Transportation devices, including stair-climbing wheelchairs, personal transporters, bicycles, automobiles, vans or trucks, or alterations to any vehicle or transportation device.
- Home births: Any services and supplies related to births occurring in the home or in a place not licensed to perform deliveries.

- Infertility: except as specifically described in the "Covered Service Descriptions" section on page 42, any services, treatments, procedures or supplies that are designed to enhance fertility or the likelihood of conception, including but not limited to:
  - Drugs related to the treatment of non-covered benefits;
  - Injectable infertility medications, including but not limited to menotropins, hCG, GnRH agonists, and IVIG;
  - Procedures, services and supplies to reverse voluntary sterilization;
  - Infertility services for females with FSH levels 19 or greater mIU/ml on day 3 of the menstrual cycle;
  - The purchase of donor sperm and any charges for the storage of sperm; the purchase of donor eggs and any charges associated with care of the donor required for donor egg retrievals or transfers or gestational carriers or surrogacy; donor egg retrieval or fees associated with donor egg programs, including but not limited to fees for laboratory tests;
  - Charges associated with cryopreservation or storage of cryopreserved eggs and embryos (e.g., office, hospital, ultrasounds, laboratory tests, etc.); any charges associated with a frozen embryo or egg transfer, including but not limited to thawing charges;
  - Home ovulation prediction kits or home pregnancy tests; and
  - Ovulation induction and intrauterine insemination services if you are not infertile.
- Maintenance Care as follows:
  - Medicare: Payment for that portion of the charge for which Medicare or another party is the primary payer.
  - Miscellaneous charges for services or supplies including:
    - Annual or other charges to be in a physician's practice;
    - Charges to have preferred access to a physician's services such as boutique or concierge physician practices;
    - Cancelled or missed appointment charges or charges to complete claim forms;
    - Charges the recipient has no legal obligation to pay; or the charges would not be made if the recipient did not have coverage (to the extent exclusion is permitted by law) including:
    - Care in charitable institutions;
    - Care for conditions related to current or previous military service;
    - Care while in the custody of a governmental authority;
    - Any care a public hospital or other facility is required to provide; or
    - Any care in a hospital or other facility owned or operated by any federal, state or other governmental entity, except to the extent coverage is required by applicable laws.
- Nursing and home health aide services provided outside of the home (such as in conjunction with school, vacation, work or recreational activities).
- Non-medically necessary services, including but not limited to, those treatments, services, prescription drugs and supplies which are not medically necessary, as determined by Aetna, for the diagnosis and treatment of illness, injury, restoration of physiological functions, or covered preventive services. This applies even if they are prescribed, recommended or approved by your physician or dentist.

- Personal comfort and convenience items: Any service or supply primarily for your convenience and personal comfort or that of a third party, including: Telephone, television, internet, barber or beauty service or other guest services; housekeeping, cooking, cleaning, shopping, monitoring, security or other home services; and travel, transportation, or living expenses, rest cures, recreational or diversional therapy.
- Private duty nursing during your stay in a hospital, and outpatient private duty nursing services, except as specifically described in the Private Duty Nursing provision in the "Covered Service Descriptions" section on page 42.
- Routine eye exam using calibrated instruments.
- Routine hearing exam using calibrated instruments.
- Services provided by a spouse, domestic partner, parent, child, step-child, brother, sister, in-law or any household member.
- Services of a resident physician or intern rendered in that capacity.
- Services provided where there is no evidence of pathology, dysfunction, or disease; except as specifically provided in connection with covered routine care and cancer screenings.
- Sexual dysfunction/enhancement: Any treatment, drug, service or supply to treat sexual dysfunction, enhance sexual performance or increase sexual desire, including:
  - Surgery, drugs, implants, devices or preparations to correct or enhance erectile function, enhance sensitivity, or alter the shape or appearance of a sex organ; and
  - Sex therapy, sex counseling, marriage counseling or other counseling or advisory services.
- Services, including those related to pregnancy, rendered before the effective date or after the termination of coverage, unless coverage is continued.
- Services that are not covered under this SPD; Services and supplies provided in connection with treatment or care that is not covered under the Plan.
- Speech therapy for treatment of delays in speech development, except as specifically provided in the "Covered Service Descriptions" section on page 42. For example, the Plan does not cover therapy when it is used to improve speech skills that have not fully developed.
- Spinal disorder, including care in connection with the detection and correction by manual or mechanical means of structural imbalance, distortion or dislocation in the human body or other physical treatment of any condition caused by or related to biomechanical or nerve conduction disorders of the spine including manipulation of the spine treatment, except as specifically provided in the "Covered Service Descriptions" on page 42.
- Strength and performance: Services, devices and supplies to enhance strength, physical condition, endurance or physical performance, including:
  - Exercise equipment, memberships in health or fitness clubs, training, advice, or coaching;
  - Drugs or preparations to enhance strength, performance, or endurance; and
  - Treatments, services and supplies to treat illnesses, injuries or disabilities related to the use of performance-enhancing drugs or preparations.
- Therapies and tests: Any of the following treatments or procedures:
  - Aromatherapy;
  - Bio-feedback and bioenergetic therapy;

- Carbon dioxide therapy;
- Chelation therapy (except for heavy metal poisoning);
- Computer-aided tomography (CAT) scanning of the entire body;
- Educational therapy;
- Gastric irrigation;
- Hair analysis;
- Hyperbaric therapy, except for the treatment of decompression or to promote healing of wounds;
- Hypnosis, and hypnotherapy, except when performed by a physician as a form of anesthesia in connection with covered surgery;
- Lovaas therapy;
- Massage therapy;
- Megavitamin therapy;
- Primal therapy;
- Psychodrama;
- Purging;
- Recreational therapy;
- Rolfing;
- Sensory or auditory integration therapy;
- Sleep therapy;
- Thermograms and thermography.

- Transplant - The transplant coverage does not include charges for:
  - Outpatient drugs including bio-medicals and immunosuppressants not expressly related to an outpatient transplant occurrence;
  - Services and supplies furnished to a donor when recipient is not a covered person;
  - Home infusion therapy after the transplant occurrence;
  - Harvesting and/or storage of organs, without the expectation of immediate transplantation for an existing illness;
  - Harvesting and/or storage of bone marrow, tissue or stem cells without the expectation of transplantation within 12 months for an existing illness;
  - Cornea (corneal graft with amniotic membrane) or cartilage (autologous chondrocyte or autologous osteochondral mosaicplasty) transplants, unless otherwise pre-certified by Aetna.
- Transportation costs, including ambulance services for routine transportation to receive outpatient or inpatient services except as described in the "Covered Service Descriptions" section on page 42.
- Unauthorized services, including any service obtained by or on behalf of a covered person without Precertification by Aetna when required. This exclusion does not apply in a Medical Emergency or in an Urgent Care situation.

- Vision-related services and supplies, except as described in the "Covered Service Descriptions" section on page 42. The Plan does not cover:
  - Special supplies such as non-prescription sunglasses and subnormal vision aids;
  - Vision service or supply which does not meet professionally accepted standards;
  - Eye exams during your stay in a hospital or other facility for health care;
  - Eye exams for contact lenses or their fitting;
  - Eyeglasses or duplicate or spare eyeglasses or lenses or frames;
  - Replacement of lenses or frames that are lost or stolen or broken;
  - Acuity tests;
  - Eye surgery for the correction of vision, including radial keratotomy, LASIK and similar procedures;
  - Services to treat errors of refraction.
- Voluntary termination of pregnancy, including related services.
- Weight: Any treatment, drug service or supply intended to decrease or increase body weight, control weight or treat obesity, including morbid obesity, regardless of the existence of co-morbid conditions; except as specifically provided in the area on "Obesity Treatment" within the "Covered Service Descriptions" section on page 42.
- Wilderness treatment programs (whether or not the program is part of a licensed residential treatment facility, or otherwise licensed institution), educational services, schooling or any such related or similar program, including therapeutic programs within a school setting.
- Work related: Any illness or injury related to employment or self-employment including any illness or injury that arises out of (or during) any work for pay or profit, unless no other source of coverage or reimbursement is available to you for the services or supplies. Sources of coverage or reimbursement may include your employer, workers' compensation, or an occupational illness or similar program under local, state or federal law. A source of coverage or reimbursement will be considered available to you even if you waived your right to payment from that source. If you are also covered under a workers' compensation law or similar law, and submit proof that you are not covered for an illness or injury under such law, that illness or injury will be considered "non-occupational" regardless of cause.

Please keep in mind that this list is subject to change at any time.

# Prescription Drugs

The prescription drug plan is coordinated through Aetna. Your prescription information can be found on your medical card.

Under the Plan, you must meet your annual deductible (includes medical and pharmacy claims) before the Plan will begin to cover a percentage of your prescription costs. However, certain preventive medications are covered by the Plan at 100 percent prior to meeting your deductible.

The chart below shows what you would pay for prescriptions under each plan option. To be covered by the Plan, all prescriptions must be purchased at in-network pharmacies. Filling your prescriptions at a Wellstar Pharmacy Network location will typically cost less than filling at other in-network retail pharmacies. You can use any Wellstar Pharmacy Network location to fill both regular and specialty drug prescriptions. Prescription drugs found on the Select Preventive list are free if purchased at a Wellstar Pharmacy.

| | WellShare Premium | WellShare Select | Minimum Basic |
|---|---|---|---|
| ***Wellstar Pharmacy*** | | | |
| ▪ Select Preventive and ACA* | No charge | No charge | No charge |
| ▪ Generic | 10% after deductible, to a maximum of $125 | 10% after deductible, to a maximum of $125 | 40% after deductible, to a maximum of $175 |
| ▪ Brand Formulary | 10% after deductible, to a maximum of $125 | 10% after deductible, to a maximum of $125 | 40% after deductible, to a maximum of $175 |
| ▪ Brand Non-Formulary | 30% after deductible, to a maximum of $150 | 30% after deductible, to a maximum of $150 | 60% after deductible, to a maximum of $200 |
| ***Retail*** | | | |
| ▪ ACA* | No charge | No charge | No charge |
| ▪ Generic | 30% after deductible | 30% after deductible | 40% after deductible |
| ▪ Brand Formulary | 30% after deductible | 30% after deductible | 40% after deductible |
| ▪ Brand Non-Formulary | 50% after deductible | 50% after deductible | 60% after deductible |
| ***Mail*** | | | |
| ▪ Generic | 20% after deductible | 20% after deductible | 40% after deductible |
| ▪ Brand Formulary | 20% after deductible | 20% after deductible | 40% after deductible |
| ▪ Brand Non-Formulary | 40% after deductible | 40% after deductible | 60% after deductible |
| ▪ Specialty** | 10% ($150 maximum) after deductible | 10% ($150 maximum) after deductible | 10% ($150 maximum) after deductible |

** Select Preventive Rx category includes a specific list of generics and select preferred brands that are preventive medicines for a select category of conditions. Members should refer to this list to determine if their medication is included. This information is available in the Select Preventive Rx List on the MyBenefits website. Select Preventive drugs must be purchased at a Wellstar Pharmacy Network location. Affordable Care Act preventive drugs are available for free at any in-network pharmacy. Preventive care and prescription lists will be available on* ***Wellstarmybenefits.org****. Out-of-network prescriptions purchased are not covered.*

***Specialty drugs are only available through the Wellstar Pharmacy Network and Aetna's specialty pharmacy and are subject to a 30-day supply limit. (This includes self-injectable medications.)*

*Notes:*

*• Additional prior authorizations may be required and maximum quantity limits may change for certain medications.*

*• Certain medications may change tiers or costs resulting in different coinsurance amounts at any given time during the plan year.*

# How the Pharmacy Program Works

This Plan provides access to covered benefits through Wellstar Pharmacy Network locations and a network of retail pharmacies, vendors or suppliers. Aetna has contracted for these network retail pharmacies to provide prescription drugs and other supplies to you. To be covered by the Plan, all prescriptions must be purchased at in-network pharmacies; there are no out-of-network prescription drug benefits available under the Plan.

You will generally pay less for covered prescriptions filled through a Wellstar network pharmacy.

## Locating a Network Pharmacy

Keep in mind that prescription delivery is available from the Wellstar Pharmacy Network to all Wellstar facilities. A list of the Wellstar Pharmacy Network locations can be found on the MyBenefits Portal at **Wellstarmybenefits.org**.

You may select any network pharmacy from the on-line provider directory which can be found through the member portal at **www.aetna.com/Wellstar**, however using the Wellstar Pharmacy Network offers the greatest benefit to you. You can search the online directory for names and locations of network pharmacies. If you cannot locate a network pharmacy in your area, call Member Services at the number on your ID card.

You must present your ID card to the network pharmacy every time you get a prescription filled. The network pharmacy will calculate your claim online. You will pay any deductible, coinsurance directly to the network pharmacy. You do not have to complete or submit claim forms. The network pharmacy will take care of claim submission.

## Wellstar Pharmacy Network Benefits

You may fill your prescription – up to a 30-day supply, or up to a 90-day supply if you're filling a maintenance medication – from a Wellstar Pharmacy Network location. Remember, filling your prescriptions at a Wellstar Pharmacy Network location will typically cost less than filling at other in-network retail pharmacies. Additionally, under the Wellstar Plan, Select Preventive drugs are available at no charge if filled through a Wellstar Pharmacy Network location.

## Retail Pharmacy Benefits

Each prescription is limited to a maximum 30-day supply when filled at an in-network retail pharmacy.

## Mail Order Pharmacy Benefits

For added convenience, the Plan includes a mail order pharmacy program for maintenance medications. Each mail-order prescription is limited to a maximum 90-day supply, and you must place mail order prescriptions through Aetna. Mail order prescriptions are made through Aetna and are delivered directly to your home.

## Emergency Prescriptions

Coverage for prescription drugs obtained from an out-of-network pharmacy is limited to those obtained in connection with emergency and out-of-area urgent care services. If you use an out-of-network pharmacy, you must pay the entire cost of the prescription upfront and then submit a claim for reimbursement.

## Specialty Care Drugs

Specialty care drugs are covered at the network level of benefits only when dispensed through the Wellstar Pharmacy Network or Aetna's specialty pharmacy network. Specialty care drugs often include typically high-cost drugs that require special handling, special storage or monitoring and include but are not limited to oral, topical, inhaled and injected routes of administration. Refer to the member portal at **www.aetna.com** to review the list of specialty care drugs required to be dispensed through a Wellstar Pharmacy Network location or Aetna's specialty pharmacy network. The list may be updated from time to time.

The initial prescription and all subsequent refills for specialty care drugs must be filled at a Wellstar Pharmacy Network location or at Aetna's specialty pharmacy network and is subject to a 30-day supply limit.

## Select Preventive Drugs Available for Free

Under the Plan, select preventive drugs are available at no charge, and with no deductible, through a Wellstar Pharmacy Network location. This list includes more than 170 generic and brand-name drugs taken for:

- Asthma
- Diabetes
- Hypertension
- Cholesterol
- Blood thinning agents
- Osteoporosis

Certain diabetes supplies, such as insulin syringes and lancets, also are available at no cost at Wellstar Pharmacy Network locations.

***Important Note***

*If you purchase any of these select preventive drugs outside of the Wellstar Pharmacy Network, you will incur a cost. Additionally, through a requirement in the federal Affordable Care Act, there is a separate list of preventive drugs that are available at no cost to health plan members through any in-network pharmacy. That list includes oral fluoride, iron and folic acid supplements and contraceptives. For full details, review the Healthcare Reform Preventive Rx and Wellstar Select Preventive Rx Lists on* ***Wellstarmybenefits.org****.*

# What the Prescription Drug Benefit Covers

The Plan covers charges for medically necessary outpatient prescription drugs for the treatment of an illness or injury, subject to limitations outlined below and the Plan's list of exclusions. Prescriptions must be written by a prescriber licensed to prescribe federal legend prescription drugs.

Your prescription drug benefit coverage is based on Aetna's preferred drug guide. Your out-of-pocket expenses may be higher if your physician prescribes a covered prescription drug not appearing on the preferred drug guide.

Preferred generic prescription drugs may be substituted by your pharmacist for brand-name prescription drugs, unless doctor requires the prescription to be dispensed as written (DAW). You may minimize your out-of-pocket expenses by selecting a generic prescription drug when available.

Coverage of prescription drugs may, in Aetna's sole discretion, be subject to precertification, step therapy or other Aetna requirements or limitations. Prescription drugs covered by this Plan are subject to drug and narcotic utilization review by Aetna, your provider and/or your network pharmacy. This may include limiting access of prescription drugs prescribed by a specific provider. Such limitation may be enforced if Aetna identifies an unusual pattern of claims for covered expenses.

The following prescription drugs, medications and supplies are also covered expenses under this coverage.

### OFF-LABEL USE

FDA approved prescription drugs may be covered when the off-label use of the drug has not been approved by the FDA for that indication. The drug must be recognized for treatment of the indication in one of the standard compendia (the United States Pharmacopoeia Drug Information, the American Medical Association Drug Evaluations, or the American Hospital Formulary Service Drug Information). Or, the safety and effectiveness of use for this indication has been adequately demonstrated by at least one study published in a nationally recognized peer review journal. Coverage of off label use of these drugs may, in Aetna's sole discretion, be subject to precertification, step-therapy or other Aetna requirements or limitations.

### DIABETIC SUPPLIES

Covered expenses include but are not limited to the following diabetic supplies upon prescription by a physician:

- Diabetic needles and syringes.
- Test strips for glucose monitoring and/or visual reading.
- Diabetic test agents.
- Lancets/lancing devices.
- Alcohol swabs.

### CONTRACEPTIVES

Covered expenses include charges made by a network pharmacy for the following contraceptive methods when prescribed by a prescriber and the prescription is submitted to the pharmacist for processing:

- Female oral and injectable contraceptives that are generic prescription drugs and brand-name prescription drugs.
- Female contraceptive devices.
- FDA-approved female generic emergency contraceptives; and.
- FDA-approved female generic over-the-counter (OTC) contraceptives.

> ***Important Note***
>
> *This Plan does not cover all contraceptives. For a current listing, contact Member Services by logging onto the member portal at* ***www.aetna.com*** *or calling the toll-free number on the back of the ID card.*

Contraceptives can be paid either under your Medical Plan or pharmacy plan depending on the type of expense and how and where the expense is incurred. Benefits are paid under your Medical Plan for female contraceptive prescription drugs and devices (including any related services and supplies) when they are provided, administered, or removed, by a physician during an office visit.

### ORAL AND SELF-INJECTABLE INFERTILITY DRUGS

The following prescription drugs used for treating infertility including, but not limited to:

- Urofollitropin, menotropin, human chorionic gonadotropin and progesterone.

### LIFESTYLE/PERFORMANCE DRUGS

The following lifestyle/performance drugs:

- Sildenafil Citrate, phentolamine, apomorphine and alprostadil in oral, injectable and topical (including but not limited to gels, creams, ointments and patches) forms or any other form used internally or externally. Expenses include any prescription drug in oral or topical form that is similar or identical class, has a similar or identical mode of action or exhibits similar or identical outcomes.

- Coverage is limited to 6 pills or other form, determined cumulatively among all forms, for unit amounts as determined by Aetna to be similar in cost to oral forms, per 30-day supply. Mail order and 60 to 90 day supplies are not covered.

### PREVENTIVE CARE DRUGS AND SUPPLEMENTS

Covered expenses include preventive care drugs and supplements (including over-the-counter drugs and supplements) obtained at a Wellstar Pharmacy Network location or at any other in-network retail pharmacy. They are covered when they are:

- prescribed by a physician;
- obtained at a pharmacy; and
- submitted to a pharmacist for processing.

The preventive care drugs and supplements covered under this Plan include, but may not be limited to:

- Aspirin: Benefits are available to adults.
- Oral Fluoride Supplements: Benefits are available to children whose primary water source is deficient in fluoride.
- Folic Acid Supplements: Benefits are available to adult females planning to become pregnant or capable of pregnancy.
- Iron Supplements: Benefits are available to children without symptoms of iron deficiency. Coverage is limited to children who are at increased risk for iron deficiency anemia.
- Vitamin D Supplements: Benefits are available to adults to promote calcium absorption and bone growth in their bodies.
- Risk-Reducing Breast Cancer Prescription Drugs: Covered medical expenses include charges incurred for generic prescription drugs prescribed by a physician for a woman who is at increased risk for breast cancer and is at low risk for adverse medication side effects.

Coverage of preventive care drugs and supplements will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States Preventive Services Task Force.

***Important Note***

*For details on the guidelines and the current list of covered preventive care drugs and supplements, contact Member Services or view the preventive care prescription drug lists by logging onto the member portal at **www.aetna.com** or calling the number on the back of your ID card.*

### TOBACCO CESSATION PRESCRIPTION AND OVER-THE-COUNTER DRUGS

Covered expenses include FDA-approved prescription drugs and over-the-counter (OTC) drugs to help stop the use of tobacco products, when prescribed by a prescriber and the prescription is submitted to the pharmacist for processing.

# Precertification

Precertification is required for certain outpatient prescription drugs. Prescribers must contact Aetna to request and obtain coverage for such prescription drugs. The list of drugs requiring precertification is subject to periodic review and change by Aetna. For the most up to date information, call the toll-free number on your member ID card or log on to the member portal at **www.aetna.com**.

Benefits will be reduced or denied if Aetna does not pre-certify your prescription drug. So, ask your prescriber or pharmacist if your prescription drug needs to be pre-certified.

### HOW TO OBTAIN PRECERTIFICATION

If an outpatient prescription drug requires precertification and you use an in-network pharmacy the prescriber is required to obtain precertification for you. Aetna will let your prescriber know if the prescription drug is pre-certified. If precertification is denied Aetna will notify you how the decision can be appealed.

### STEP THERAPY

Step therapy is a type of precertification. With step therapy, some prescription drugs will not be covered until you try one or more "prerequisite therapy" prescription drugs. Your prescriber can ask for a medical exception which is detailed below.

The Plan will not cover the step therapy drug if you do not try a prerequisite therapy prescription drug first or if your prescriber does not get a medical exception.

Step therapy and prerequisite therapy prescription drugs are on the Aetna preferred drug guide available upon request or on the member portal at website at **www.aetna.com**. The list of step therapy drugs is subject to change by Aetna.

### MEDICAL EXCEPTIONS:

Your prescriber may seek a medical exception to obtain coverage for drugs for which coverage is denied through Precertification or Step Therapy. You or your prescriber must submit such exception requests to Aetna. Coverage granted as a result of a medical exception shall be based on an individual, case by case medical necessity determination and coverage will not apply or extend to other covered persons.

# Pharmacy Benefit Limitations

- An in-network pharmacy may refuse to fill a prescription order or refill when in the professional judgment of the pharmacist the prescription should not be filled.
- Aetna will not reimburse you for out-of-pocket expenses for prescription drugs purchased from an out-of-network pharmacy for non-emergency prescriptions.
- The Plan will not cover expenses for any prescription drug for which the actual charge to you is less than the required deductible or cost share amount, or for any prescription drug for which no charge is made to you.
- You will be responsible for the full cost of prescription drugs which were recently approved by the FDA, but which have not yet been reviewed by the Aetna Health Pharmacy Management Department and Therapeutics Committee.
- Aetna retains the right to review all requests for reimbursement and in its sole discretion make reimbursement determinations subject to the Claims and Appeals procedures under the Plan.

- Aetna reserves the right to include only one manufacturer's product on the preferred drug list when the same or similar drug (that, a drug with the same active ingredient), supply or equipment is made by two or more different manufacturers.
- Aetna reserves the right to include only one dosage or form of a drug on the preferred drug list when the same drug (that is, a drug with the same active ingredient) is available in different dosages or forms from the same or different manufacturers. The product in the dosage or form that is listed on our preferred drug list will be covered at the applicable coinsurance amount.
- The number of cost share payments or deductibles you are responsible for per vial of Depo-Provera, an injectable contraceptive, or similar type contraceptive dispensed for more than a 30-day supply, will be based on the 90-day supply level. Coverage is limited to a maximum of 5 vials per calendar year.
- The Plan will not pay charges for any prescription drug dispensed by a mail order pharmacy for the treatment of erectile dysfunction, impotence or sexual dysfunction or inadequacy. Coverage only provided when dispensed by a Wellstar Pharmacy Network location or other in-network retail pharmacy.
- Some prescription drugs are subject to quantity limits. These quantity limits help your prescriber and pharmacist check that your prescription drug is used correctly and safely. Aetna relies on medical guidelines, FDA-approved recommendations from drug makers and other criteria developed by Aetna to set these quantity limits. The quantity limit may restrict either the amount dispensed per prescription order or refill.
- Depending on the form and packing of the product, some prescription drugs are limited to a single commercially prepackaged item excluding insulin, diabetic supplies, test strips dispensed per prescription order or refill.
- Depending on the form and packing of the product, some prescription drugs are limited to 100 units excluding insulin dispensed per prescription order or refill.
- Any prescription drug that has duration of action extending beyond one (1) month shall require the number of cost share payments per prescribing unit that is equal to the anticipated duration of the medication. For example, a single injection of a drug that is effective for three (3) months would require three (3) cost share payments.
- Specialty care prescription drugs may have limited access or distribution and are subject to supply limits.
- Plan approved blood glucose meters, asthma holding chambers and peak flow meters are eligible health services, but are limited to one (1) prescription order per contract year.

# Pharmacy Benefit Exclusions

Not every health care service or supply is covered by the Plan. Even if prescribed, recommended, or approved by your physician or dentist it may not be covered. The Plan covers only those services and supplies that are medically necessary and listed in the "What the Prescription Drug Benefit Covers" section on page 83. Charges made for the following are not covered except to the extent listed under the "What the Prescription Drug Benefit Covers" section on page 83 or by amendment attached to the Plan. In addition, some services are specifically limited or excluded. This section describes expenses that are not covered or subject to special limitations.

These prescription drug exclusions are in addition to the exclusions listed under your medical coverage.

The Plan does not cover the following prescription drug expenses:

- Abortion drugs.
- Administration or injection of any drug.

- Any charges more than the benefit, dollar, day, or supply limits stated under the Plan.
- Allergy sera and extracts.
- Any non-emergency charges incurred outside of the United States if you traveled to such location to obtain prescription drugs, or supplies, even if otherwise covered under the Plan. This also includes prescription drugs or supplies if:
  - Such drugs or supplies are unavailable or illegal in the United States, or
  - The purchase of such prescription drugs or supplies outside the United States is considered illegal.
- Any drugs or medications, services and supplies that are not medically necessary, as determined by Aetna, for the diagnosis, care or treatment of the illness or injury involved. This applies even if they are prescribed, recommended or approved by your physician or dentist.
- Biological sera, blood, blood plasma, blood products or substitutes or any other blood products.
- Contraception:
  - Over the counter contraceptive supplies including but not limited to: condoms; contraceptive foams; jellies; and ointments;
- Services associated with the prescribing, monitoring and/or administration of contraceptives.
- Cosmetic drugs, medications or preparations used for cosmetic purposes or to promote hair growth or removal, including but not limited to:
  - health and beauty aids;
  - chemical peels;
  - dermabrasion;
  - treatments;
  - bleaching;
  - creams;
  - ointments or other treatments or supplies, to remove tattoos, scars or to alter the appearance or texture of the skin.
- Compounded prescriptions.
- Devices and appliances that do not have the National Drug Code (NDC).
- Dietary supplements including medical foods.
- Drugs given or entirely consumed at the time and place it is prescribed or dispensed.
- Drugs for which the cost is recoverable under any federal, state, or government agency or any medication for which there is no charge made to the recipient.
- Drugs which do not, by federal or state law, require a prescription order (i.e. over-the-counter (OTC) drugs), even if a prescription is written (except as specifically covered in the "What the Prescription Drug Benefit Covers" section on page 83.
- Drugs provided by, or while the person is an inpatient in, any healthcare facility; or for any drugs provided on an outpatient basis in any such institution to the extent benefits are payable for it.

- Drugs that include vitamins and minerals, both over-the counter (OTC) and legend, except legend pre-natal vitamins for pregnant or nursing females, liquid or chewable legend pediatric vitamins for children under age 13, and potassium supplements to prevent/treat low potassium and legend vitamins that are medically necessary for the treatment of renal disease, hyperparathyroidism or other covered conditions with prior approval from us unless recommended by the United States Preventive Services Task Force (USPSTF).
- Drugs used for methadone maintenance medications used for drug detoxification.
- Drugs used for weight gain or reduction, including but not limited to:
  - stimulants;
  - preparations;
  - foods or diet supplements;
  - dietary regimens and supplements;
  - food or food supplements;
  - appetite suppressants; and
  - other medications.
- Drugs used for the treatment of obesity, except for a select list when purchased at a Wellstar Pharmacy Network location.
- All drugs or growth hormones used to stimulate growth and treat idiopathic short stature unless there is evidence that the member meets one or more clinical criteria detailed in our precertification and clinical policies.
- Drugs or medications that include the same active ingredient or a modified version of an active ingredient.
- Drug or medication that is therapeutically equivalent or therapeutically alternative to a covered prescription drug.
- Drug or medication that is therapeutically equivalent or therapeutically alternative to an over-the-counter (OTC) product.
- Duplicative drug therapy (e.g. two antihistamine drugs.
- Durable medical equipment, monitors and other equipment.
- Experimental or investigational drugs or devices, except as described in the "What the Prescription Drug Benefit Covers" section on page 83. This exclusion will not apply with respect to drugs that:
  - Have been granted treatment investigational new drug (IND); or Group c/treatment IND status; or
  - Are being studied at the Phase III level in a national clinical trial sponsored by the National Cancer Institute; and
  - Aetna determines, based on available scientific evidence, are effective or show promise of being effective for the illness.
- Food items: Any food item, including:
  - infant formulas;
  - nutritional supplements;
  - vitamins;
  - medical foods and other nutritional items, even if it is the sole source of nutrition.

- Genetics: Any treatment, device, drug, or supply to alter the body's genes, genetic make-up, or the expression of the body's genes except for the correction of congenital birth defects.
- Immunization or immunological agents.
- Implantable drugs and associated devices.
- Injectables:
  - Any charges for the administration or injection of prescription drugs or injectable insulin and other injectable drugs covered by the Plan;
  - Injectable drugs dispensed by out-of-network pharmacies;
  - Needles and syringes, except for diabetic needles and syringes;
  - Injectable drugs if an alternative oral drug is available;
  - For any refill of a designated self-injectable drug not dispensed by or obtained through a Wellstar Pharmacy Network location or Aetna's specialty pharmacy network. An updated copy of the list of self-injectable drugs designated by this Plan to be refilled by or obtained through the specialty pharmacy network is available upon request. You may also get a copy of the list on the member portal at **www.aetna.com**;
  - For any drug, which due to its characteristics as determined by us must typically be administered or supervised by a qualified provider or licensed certified health professional in an outpatient setting. This exception does not apply to Depo Provera and other injectable drugs used for contraception.
- Insulin pumps or tubing or other ancillary equipment and supplies for insulin pumps.
- Prescription drugs dispensed by an out-of-network pharmacy, except in a medical emergency or urgent care situation.
- Prescription drugs for which there is an over-the-counter (OTC) product which has the same active ingredient and strength even if a prescription is written.
- Prescription drugs, medications, injectables or supplies provided through a third-party vendor contract with the contract holder.
- Prescription drugs dispensed by a mail order pharmacy that include prescription drugs that cannot be shipped by mail due to state or federal laws or regulations, or when the Plan considers shipment through the mail to be unsafe. Examples of these types of drugs include, but are not limited to, narcotics, amphetamines, DEA controlled substances and anticoagulants.
- Prescription drugs that include an active metabolite, stereoisomer, prodrug (precursor) or altered formulation of another drug and is not clinically superior to that drug as determined by the Plan.
- Prescription drugs that are non-preferred drugs, unless non-preferred drugs are specifically covered as described in your schedule of benefits. However, a non-preferred drug will be covered if in the judgment of the prescriber there is no equivalent prescription drug on the preferred drug guide or the product on the preferred drug guide is ineffective in treating your disease or condition or has caused or is likely to cause an adverse reaction or harm you.
- Prescription drugs that are being used or abused in a manner that is determined to be furthering an addiction to a habit-forming substance, the use of or intended use of which would be illegal, unethical, imprudent, abusive, not medically necessary, or otherwise improper; and drugs obtained for use by anyone other than the member identified on the ID card.
- Prescription orders filled prior to the effective date or after the termination date of coverage under this Plan.

- Progesterone for the treatment of premenstrual syndrome (PMS) and compounded natural hormone therapy replacement.
- Prophylactic drugs for travel.
- Refills over the amount specified by the prescription order. Before recognizing charges, Aetna may require a new prescription or proof as to need, if a prescription or refill appears excessive under accepted medical practice standards.
- Refills dispensed more than one year from the date the latest prescription order was written, or as otherwise allowed by applicable law of the jurisdiction in which the drug is dispensed.
- Replacement of lost or stolen prescriptions.
- Services and supplies given in connection with treatment of an occupational injury or occupational illness.
- Strength and performance: Drugs or preparations, devices or supplies to enhance strength, physical condition, endurance or physical performance, including performance enhancing steroids
- Supplies, devices or equipment of any type, except as specifically provided in the "What the Prescription Drug Benefit Covers" section.
- Test agents except diabetic test agents.

# When Your Coverage Ends

Your coverage under the Plan will end on the last day of the month in which:

- You cancel coverage because of a qualified life status event;
- You stop making required contributions while on an unpaid leave of absence after a grace period has elapsed; (coverage is reinstated once the team member returns to work).
- Your employment with Wellstar is terminated for any reason;
- You no longer meet the eligibility requirements of the Wellstar Employee Medical Plan;
- The Wellstar Employee Medical Plan is discontinued;
- You die. In case of death, coverage terminates on the day of death.
- You divorce or legally separate, coverage ends as of the date of the divorce or legal separation.

## When Dependent Coverage Ends

Coverage for your dependents ends when your coverage ends. In addition, it ends when they no longer meet the eligibility requirements described in "Eligible Dependents" on page 10 or if you stop paying dependent premiums.

For your spouse this means:

- Coverage ends as of the date of the divorce or legal separation
- Coverage ends on the last day of the month following the date of your death.

For a child, this means:

- Coverage ends on the last day of the month in which they turn age 26. Please see "Eligible Dependents" on page 10 for more information; or

- Coverage ends on the last day of the month in which they are no longer eligible for coverage under a Qualified Medical Child Support Order (QMCSO).
- Coverage ends on the date you divorce or are legally separated
- Coverage ends on the last day of the month following the date of your death.

Please see "What Happens If…" on page 16 for details on how coverage is affected in certain situations.

# Continuing Coverage Under COBRA

Under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), you and your covered dependents have the right to continue health care coverage at your own expense for a certain period of time if your Wellstar-provided health care coverage ends because of certain circumstances—called "qualifying events."

Your covered dependents ("qualified beneficiaries," as defined below) include your spouse and your eligible dependent children who are covered at the time of a qualifying event.

If continuation coverage is elected, the cost is typically 102% of the Plan's total cost of providing coverage for up to 18 months, in most cases.

Certain times frames affecting a qualified beneficiary's right to COBRA coverage have been extended by the US Department of Labor and the Internal Revenue Service in response to the COVID-10 outbreak and COBRA coverage under this Plan will be administered according to those federal guidelines.

### *Qualified Beneficiary*

*Individuals eligible for COBRA continuation coverage are called "qualified beneficiaries." A qualified beneficiary includes the covered team member, covered spouse and eligible dependent children of a covered team member.*

*Under current law, to be considered a qualified beneficiary, an individual must generally be covered under a group health plan on the day before a qualifying event occurs that causes a loss in coverage (such as termination of employment or a divorce from or death of the covered team member). In addition, a newborn child or a child who is placed for adoption or legal guardianship with the covered team member during the period of COBRA continuation coverage is also considered a qualified beneficiary.*

# Qualifying Events

You, your spouse, and your dependent children may elect COBRA coverage for varying lengths of time, depending on the circumstances under which your Wellstar health care coverage ends:

**If Your Employment Terminates or Your Work Hours Are Reduced.** If you lose coverage because your employment terminates (for any reason other than gross misconduct) or your work hours are reduced, you and/or your covered dependents may purchase COBRA coverage for up to **18 months**. Certain events may extend this 18-month COBRA continuation period:

- If your covered dependents experience any second qualifying event within the original 18-month period, they (but not you) may extend the COBRA continuation period for up to an additional 18 months (for a total of up to 36 months from the original qualifying event).

- If you become eligible for Medicare while employed (even if this is not a qualifying event for your covered dependents because they do not lose coverage) and then a second qualifying event (such as your termination of employment or reduction in hours of work) happens within 18 months, your covered dependents may elect COBRA continuation for up to 36 months from the date that you become eligible for Medicare.

**If Your Covered Dependents Lose Coverage.** If your spouse and/or your dependent children lose coverage because of any of the circumstances listed below, they may purchase COBRA coverage for up to 36 months from the date that coverage ends because:

- You die;
- You divorce your spouse or become legally separated;
- You become eligible for Medicare; or
- Your dependent child loses dependent eligibility status under the terms of the Plan (for example, the end of the month in which your dependent child reaches age 26).

**If You or Your Covered Dependents Become Disabled.** If you or one of your covered dependents becomes disabled under the Social Security Administration guidelines within 60 days of COBRA continuation coverage, or you are disabled at the time COBRA coverage is initially offered, you and your covered dependents may continue COBRA coverage for an additional 11 months beyond the initial 18 months, to a total of 29 months. You must notify WageWorks, Wellstar's COBRA Administrator, within 60 days after Social Security issues a determination of disability status and before the initial 18-month COBRA coverage period ends. You also must notify the COBRA Administrator within 30 days after Social Security determines the end of disability status for you or your covered dependent.

If a second qualifying event occurs at any time during this 29-month disability coverage period, your covered dependents (but not you) may continue COBRA coverage for an additional seven months, to a total of 36 months.

# Giving Notice of a Qualifying Event

If your employment terminates, your work hours are reduced, or you die, and this results in a loss of benefits under the Plan, the COBRA Administrator automatically will notify you or your covered eligible dependents about your right to elect continued coverage under COBRA. You will receive the necessary election forms to your home address of record within 14 days from the date that the COBRA Administrator is notified of your eligibility for COBRA coverage.

However, if you divorce or your eligible dependent child loses dependent status under the terms of the Plan, you or one of your covered dependents must contact Wellstar Benefit Communication Support Line at 888-926-2992 within 60 days of any such event. If notice is not received within that 60-day period, your dependents will not be entitled to elect COBRA continuation coverage. Notice must be provided to the COBRA Administrator and must include the following information: the name of the team member or qualified beneficiaries requesting coverage, the qualifying event and the date of the qualifying event. In addition, you may be asked to provide supporting documentation such as a divorce decree. Otherwise, your covered dependents will not be eligible to elect continued coverage under COBRA.

If a qualified beneficiary experiences a second qualifying event that would entitle him or her to additional months of continuation coverage, he or she must notify the COBRA Administrator. This notice must be provided in writing, and it must include the:

- Name of the team member;
- Name of the qualified beneficiary receiving COBRA coverage; and
- Type and date of the second qualifying event.

This notice must be provided within 60 days from the date of the second qualifying event (or, if later, the date coverage would normally be lost because of the second qualifying event). In addition, the qualified beneficiary may be asked to provide acceptable legal documentation of the event, which may include a copy of a death certificate or divorce decree.

When the Plan is notified that one of these events has happened, the qualified beneficiary will automatically be entitled to the extended period of COBRA continuation coverage. If a qualified beneficiary fails to provide the appropriate notice and requested supporting documentation during this 60-day notice period, the qualified beneficiary will not be entitled to extended continuation coverage.

If you are a former team member and you have a newborn or adopt a child while you are on COBRA continuation coverage and you enroll the new child for coverage, the new child will be considered a qualified beneficiary rather than an after-acquired dependent. This gives the child additional rights, such as the right to continue COBRA benefits even if you die during the COBRA period, and the right to an additional 18 months of coverage if a second qualifying event occurs during the initial 18-month COBRA period after your termination or retirement.

# Choosing COBRA Coverage

You and/or your covered dependents must choose to continue coverage within 60 days after the later of the:

- Date you and/or your covered eligible dependents would lose coverage because of the qualifying event; or
- Date you are notified of your and/or your covered eligible dependents' right to continue coverage because of the qualifying event (that is, the date of your COBRA Enrollment Notice).

If you make no election during the 60-day period, you waive your right to continue coverage. Each qualifying beneficiary has an independent right to elect COBRA coverage. Covered team members may elect coverage on behalf of their spouses, and parents may elect coverage on behalf of their children.

You will receive COBRA materials from the Wellstar COBRA Administrator approximately two weeks after the date they are notified of the qualifying event. These materials will describe the enrollment instructions and time frames for making your elections.

***Important Note***

*You must make an election at the time COBRA coverage is offered—it is not automatically provided.*

## Premium Due Dates

If you elect to continue coverage under COBRA, you must pay the initial required premium no later than 45 days after the date on which COBRA continuation coverage was elected. All premiums other than the initial premium shall be due on the first day of the calendar month. Failure to make timely payments will result in termination of coverage.

# Coverage During the Continuation Period

With respect to Medical Plan coverage, you and your covered dependents may choose to continue the coverage you had as an active team member or you may elect a different option at the time you initially enroll for COBRA coverage. If coverage is changed for active team members, the same changes will be provided to individuals with COBRA coverage. In addition, you and your qualified beneficiaries may change coverage during Open Enrollment, if a qualified life status event occurs, or at other times, to the same extent that active team members may do so.

# COBRA Coverage Costs

If you choose to continue coverage under COBRA, you will generally pay the full cost for yourself and/or your qualified beneficiaries, plus a 2% administrative fee. If COBRA coverage is extended because of a disability, the rates for coverage during the additional 11 months may be increased to 150% of the full cost.

If a second qualifying event occurs during the initial 18-month period of COBRA coverage, the 102% rate applies to you and your qualified beneficiaries for the full 36 months of COBRA coverage, even if you or one of your covered dependents becomes disabled. However, if a second qualifying event occurs during an extended disability coverage period, then the rates of coverage will continue at the higher disability coverage rates explained above.

# How Continued Coverage Could End

Under COBRA rules, coverage will end for you and/or your covered dependents when the first of the following occurs:

- Your COBRA coverage period ends;
- You do not make the required premium payments for coverage on a timely basis;
- You obtain coverage under another group plan that does not exclude or limit coverage for pre-existing conditions. However, if the new plan does have pre-existing conditions or limits, you can continue your COBRA coverage for that specific condition up to the end of your original maximum COBRA period (18 or 36 months, depending on your situation);
- You become eligible for Medicare. However, if you become eligible for Medicare, your covered dependents may be eligible to continue coverage through COBRA for up to 36 months from the date of the original qualifying event;
- In the case of an extended disability coverage period, you or your covered dependent is no longer considered disabled under Social Security guidelines;
- For newborns and children adopted by or placed for adoption or placed with you under legal guardianship during your COBRA continuation period, the date your COBRA coverage period ends, unless a second qualifying event occurs; or
- Wellstar terminates the Plan.

# If You Are Covered by More Than One Medical Plan

The Wellstar Employee Medical Plan has a provision to ensure that payments from all of your group medical plans don't exceed the amount the Wellstar Employee Medical Plan would pay if it were your only coverage.

The rules described here apply to the Wellstar Employee Medical Plan.

# Non-Duplication of Benefits

The Wellstar Employee Medical Plan does not allow for duplication of benefits. If you and your eligible dependents are covered under more than one group plan, the primary plan (the one responsible for paying benefits first) needs to be determined. The non-duplication provisions of the Plan will ensure that, in total, you receive benefits up to what you would have received with the Plan as your only source of coverage (but not in excess of that amount), based on the primary carrier's allowable amount. A summary of coordination rules (that is, how Wellstar coordinates coverage with another group plan to ensure non-duplication of benefits) follows. If you have questions, please contact the Aetna Customer Service Line at 877-823-1770 for help.

# Determining Primary Coverage

To determine which medical plan pays first as the primary plan, here are some general guidelines:

- While you remain an active Wellstar team member, the Plan will be primary for you, so consider claims for your medical expenses first. Even if you work past age 65 and you and/or a covered spouse enroll in Medicare, the Plan will remain the primary plan while you are an active team member. Please see "You Become Eligible for Medicare" on page 19.
- If you or a covered dependent becomes entitled to Medicare benefits because of end-stage renal disease (ESRD), the Plan remains primary to Medicare during the first 30 months that covered employees or dependents have Medicare because of ESRD. Medicare then becomes primary after 30 months. Please see "Coordination with Medicare" on page 97.
- If you or a covered dependent becomes entitled to Medicare benefits because of a qualifying disability, the Plan remains primary to Medicare for the first 29 months after the disability determination date. Medicare then becomes primary after 29 months. Please see "Coordination with Medicare" on page 97.
- If your covered dependent has a claim, the Plan covering your dependent as a team member or retiree will be considered primary to this plan.
- If your claim is for a covered child who has coverage under both parents' plans, the Plan covering the parent who has the earlier birthday in a calendar year (based on the month and date of birthday only, not the year) will be considered primary. In the event of divorce or legal separation, and in the absence of a qualified medical child support order, the Plan covering the parent with court-decreed financial responsibility will be considered primary for the covered child. If there is no court decree, the Plan of the parent who has custody of the covered child will be considered primary for the covered child. (Please see "Qualified Medical Child Support Order" on page 11 for more information.)
- If your other medical plan doesn't have a coordination of benefits provision, that plan will be considered primary, and it will pay first for you and your covered dependents.
- If payment responsibilities are still unresolved, the Plan that has covered the claimant the longest pays first.

After it is determined which plan is primary, you'll need to submit your initial claim to that plan.

After the primary plan pays benefits (up to the limits of its coverage), you can then submit the claim to the other plan (the secondary plan) to consider your claim for any unpaid amounts. You'll need to include a copy of the written Explanation of Benefits from your primary plan.

## Coordination with Medicare

This section describes how benefits coordinate with Medicare if you or a covered dependent are Medicare-eligible because of a disability or end-stage renal disease (ESRD).

### *Coordination with Medicare Parts A and B in the Event of Disability*

Entitlement to Medicare coverage is automatic for anyone who receives Social Security Disability Income for 24 months. (An individual must be disabled for five months before receiving Social Security Disability Income.) Therefore, if you or a covered dependent become entitled to Medicare because of a qualifying disability, Medicare becomes the primary source of medical coverage for the disabled individual 29 months after the disability determination date. This means that Medicare pays benefits first. Then, the Wellstar Employee Medical Plan pays the difference between what Medicare paid and what the Wellstar Employee Medical Plan would have paid if it were the only coverage available (in other words, if Medicare did not exist). Wellstar will pay second even if a provider does not participate in Medicare. This means that Wellstar will determine how much it will pay based on what Medicare would have paid, even if Medicare did not pay any of the cost.

**Please Note:** If you and/or a covered dependent are eligible for Medicare and do not apply for Medicare coverage, or if your provider does not accept Medicare, the Medicare benefits that would have been paid will still be considered before Wellstar benefits are determined (if Medicare is the primary payer).

Therefore, even if you and/or a covered dependent do not elect Medicare Parts A and B, or if a provider does not accept Medicare, benefits will be paid on a Medicare-primary basis. This will increase your payment responsibility.

### *Coordination of Benefits with Medicare Parts A and B Based on ESRD Entitlement*

Medicare pays secondary to the Wellstar Employee Medical Plan during the first 30 months that you or your covered dependents are entitled to Medicare based on ESRD. After 30 months, Medicare is considered primary, and it will pay first for all Medicare-covered services. Wellstar Employee Medical Plan coverage pays second. See the section above for details about coordination of benefits after the 30-month period.

### *Coordination of Benefits with Medicare Part D*

Enrolling in a Medicare prescription drug plan is your choice—it's completely voluntary. To enroll, you must have Medicare Part A and Part B. It's important to note that the Wellstar Employee Medical Plan does not coordinate benefits with Medicare Part D. You and/or your dependents cannot have prescription drug coverage under both the Wellstar Employee Medical Plan and a Medicare Prescription Drug Plan. If you enroll in a Medicare prescription drug plan, your and your dependents' medical and prescription drug coverage under the Wellstar Employee Medical Plan will be discontinued. This applies even if all of your covered dependents are ineligible for Medicare.

# Right of Recovery

If the Plan provides benefits to you or a covered dependent that are later determined to be the legal responsibility of another person or company, the Plan has the right to recover these payments from you or from the person or company who is determined to be legally responsible. Assignment of your claim to a third party does not exempt you from your responsibility for repaying the Plan. You must notify the Plan promptly of any circumstance in which a third party may be responsible for compensating you with respect to an illness or injury that results in the Plan making payments on your behalf.

## Acts of Third Parties

When you or your covered dependent are injured, or become ill, because of the actions, or inactions of a third party, the Plan may cover your eligible medical expenses. However, to receive coverage, you must notify Wellstar that your illness or injury was caused by a third party, and you must follow special Plan rules. This section describes the Wellstar Employee Medical Plan's procedures with respect to subrogation and right of recovery.

Subrogation means that if an injury or illness is someone else's fault, Wellstar has the right to seek expenses it pays for that illness or injury directly from the at-fault party or any of the sources of payment listed later in this

section. A right of recovery means the Plan has the right to recover such expenses indirectly out of any payment made on your behalf by the at-fault party or any other party related to the illness or injury.

By accepting Plan benefits to pay for treatments, devices, or other products or services related to such illness or injury, you agree that the Plan:

- Has an equitable lien on any and all monies paid (or payable to) you or for your benefit by any responsible party or other recovery to the extent the Plan paid benefits for such sickness or injury;
- May appoint you as constructive trustee for any and all monies paid (or payable to) you or for your benefit by any responsible party or other recovery to the extent the Plan paid benefits for such sickness or injury; and
- May bring an action on its own behalf or on the covered person's behalf, or intervene in any pending lawsuit, against any responsible party or third party involved in the sickness or injury.

If you (or your attorney or other representative) receive any payment from the sources listed later in this section – through a judgment, settlement or otherwise – when an illness or injury is a result of a third party, you agree to place the funds in a separate, identifiable account and that the plan has an equitable lien on the funds, and/or you agree to serve as a constructive trustee over the funds to the extent that the Plan has paid expenses related to that illness or injury. This means that you will be deemed to be in control of the funds.

You must pay the Plan back first, in full, out of such funds for any health care expenses the Plan has paid related to such illness or injury. You must pay the Plan back up to the full amount of the compensation you receive from the responsible party, regardless of whether your settlement or judgment says that the money you receive (all or part of it) is for health care expenses. Furthermore, you must pay the Plan back regardless of whether the third party admits liability and regardless of whether you have been made whole or fully compensated for your injury. If any money is left over, you may keep it.

Additionally, the Plan is not required to participate in or contribute to any expenses or fees (including attorney's fees and costs) you incur in obtaining the funds.

The Plan's sources of payment through subrogation or recovery include (but are not limited to) the following:

- Money from a third party that you, your guardian or other representatives receive or are entitled to receive;
- Any constructive or other trust that is imposed on the proceeds of any settlement, verdict or other amount that you, your guardian or other representatives receive;
- Any equitable lien on the portion of the total recovery which is due the Plan for benefits it paid; and
- Any liability or other insurance (for example, uninsured motorist, underinsured motorist, medical payments, workers' compensation, no-fault, school, homeowners, or excess or umbrella coverage) that is paid or payable to you, your guardian or other representatives.

As a Plan participant, you are required to:

- Provide proof, if requested by the Claims Administrator and in the form requested by the Claims Administrator, that you have not and will not discharge or release a claim against a third party without the written consent of the Claims Administrator.
- Execute a written agreement assigning your rights against a third party to the Plan and/or authorizing the Plan to sue, compromise or settle a cause of action against a third party, if requested by the Claims Administrator.
- Cooperate with the Plan's efforts to ensure a successful subrogation or recovery claim, including instituting a formal proceeding against a third party and/or setting funds aside in a particular account. This also includes doing nothing to prejudice the Plan's subrogation or recovery rights outlined in this Summary.
- Notify the Plan within 30 days of the date any notice is given by any party, including an attorney, of your intent to pursue or investigate a claim to recover damages or obtain compensation due to sustained injuries or illness.

- Provide all information requested by the Plan, the Claims Administrator or their representatives, or the Plan Administrator or its representatives.

The Plan may terminate your Plan participation and/or offset your future benefits in the event that you fail to provide the information, authorizations, or to otherwise cooperate in a manner that the Plan considers necessary to exercise its rights or privileges under the Plan. If the Plan must institute proceedings against you for not honoring the Plan's recovery rights under this section, you will be responsible for the costs of collection, including reasonable attorney's fees.

If you receive a subrogation request and have questions, please contact the Aetna Customer Service Line at 877-823-1770.

# Right of Reimbursement

In addition to its subrogation rights, the Plan is entitled to reimbursements from a covered person who receives compensation from any third parties (other than family members) for medical expenses that have been paid by the Plan. The following rules apply to the Plan's right of reimbursement:

- You must reimburse the Plan in first priority from any recovery from a third party for the full amount of the benefits the Plan paid on your behalf, regardless of whether you are fully compensated by the third party for your losses.
- Regardless of any allocation or designation of your recovery made in a settlement agreement or court order, the Plan shall have a right of full reimbursement, in first priority, from the recovery.
- You must hold in trust for the benefit of the Plan the gross proceeds of a recovery, to be paid to the Plan immediately upon your receipt of the recovery. You must reimburse the Plan, in first priority and without any set-off or reduction for attorney fees or other expenses. The "common fund" doctrine does not apply to any funds recovered by any attorney you retain, regardless of whether the funds recovered are used to repay benefits paid by the Plan.
- If you fail to reimburse the Plan, the Plan may deduct any unsatisfied portion of the amount of benefits the Plan has paid or the amount of your recovery from a third party, whichever is less, from future benefits payable under the Plan.

If you fail to disclose the amount of your recovery from a third party to the Plan, the Plan shall be entitled to deduct the full amount of the benefits the Plan paid on your behalf from any future benefits payable under the Plan.

# Recovery of Overpayment

If a benefit payment is made by the Plan, to or on your behalf, which exceeds the benefit amount that you are entitled to receive, the Plan has the right to require the return of the overpayment. One of the ways Aetna recovers overpayments is by reducing future payments to the provider by the amount of the overpayment. These future payments may involve this Plan or other health plans that are administered by Aetna. Aetna would then credit the recovered amount to the plan that overpaid the provider. Payments to providers under this Plan may be subject to this same process when Aetna recovers overpayments for other plans administered by Aetna.

This right does not affect any other right of recovery the Plan may have with respect to overpayments.

# Misstatements and Misrepresentations

In the event of a misstatement of any fact affecting your coverage under the Wellstar Employee Medical Plan, the true facts will be used to determine the coverage in force.

If you or your dependent(s) receive benefits under the Plan as a result of false, incomplete, or incorrect information or a misleading or fraudulent representation, you may be required to repay all amounts paid by the Plan and may be liable for all costs of collection, including attorney's fees and court costs. If you make any intentional misrepresentation or use fraudulent means concerning eligibility for coverage, changing your existent coverage, or benefits under the Plan, your coverage (and your dependents' coverage) may be terminated irrevocably (retroactively to the extent permitted by law), and could be grounds for discipline up to and including termination. Failure to provide timely notice of loss of eligibility will be considered intentional misrepresentation.

# Health Care Claims and Appeals

This section provides information about the claims and appeals process for questions relating to health care benefits provided by the Plan.

# Appealing a Denied Claim for Benefits

## Health Claims – Standard Appeals

As an individual enrolled in the Plan, you have the right to file an appeal from an Adverse Benefit Determination relating to service(s) you have received or could have received from your health care provider under the Plan.

An "Adverse Benefit Determination" is defined as a denial, reduction, termination of, or failure to, provide or make payment (in whole or in part) for a service, supply or benefit. Such Adverse Benefit Determination may be based on:

- Your eligibility for coverage, including a retrospective termination of coverage (whether or not there is an adverse effect on any benefit);
- Coverage determinations, including plan limitations or exclusions;
- The results of any Utilization Review activities;
- A decision that the service or supply is experimental or investigational; or
- A decision that the service or supply is not medically necessary.

A "Final Internal Adverse Benefit Determination" is defined as an Adverse Benefit Determination that has been upheld by the appropriate named fiduciary (Aetna) at the completion of the internal appeals process, or an Adverse Benefit Determination for which the internal appeals process has been exhausted.

### *Exhaustion of Internal Appeals Process*

Generally, you are required to complete all appeal processes of the Plan before being able to obtain External Review or bring an action in litigation. However, if Aetna, or the Plan or its designee, does not strictly adhere to all claim determination and appeal requirements under applicable federal law, you are considered to have exhausted the Plan's appeal requirements ("Deemed Exhaustion") and may proceed with External Review or may pursue any available remedies under §502(a) of ERISA or under state law, as applicable.

There is an exception to the Deemed Exhaustion rule. Your claim or internal appeal may not go straight to External Review if:

- A rule violation was minor and is not likely to influence a decision or harm you; and
- It was for a good cause or was beyond Aetna's or the Plan's or its designee's control; and
- It was part of an ongoing good faith exchange between you and Aetna or the Plan.

This exception is not available if the rule violation is part of a pattern or practice of violations by Aetna or the Plan.

You may request a written explanation of the violation from the Plan or Aetna, and the Plan or Aetna must provide such explanation within 10 days, including a specific description of its bases, if any, for asserting that the violation should not cause the internal claims and appeals process to be deemed exhausted. If an External Reviewer or a court rejects your request for immediate review on the basis that the Plan met the standards for the exception, you have the right to resubmit and pursue the internal appeal of the claim. In such a case, within a reasonable time after the External Reviewer or court rejects the claim for immediate review (not to exceed 10 days), you will receive notice of the opportunity to resubmit and pursue the internal appeal of the claim. Time periods for re-filing the claim shall begin to run upon your receipt of such notice.

### *Full and Fair Review of Claim Determinations and Appeals*

Aetna will provide you, free of charge, with any new or additional evidence considered, relied upon, or generated by Aetna (or at the direction of Aetna), or any new or additional rationale as soon as possible and sufficiently in advance of the date on which the notice of Final Internal Adverse Benefit Determination is provided, to give you a reasonable opportunity to respond prior to that date.

You may file an appeal in writing to Aetna at the address provided, or, if your appeal is of an urgent nature, you may call Aetna's Member Services Unit at the toll-free phone number on your ID card. Your request should include the group name (that is, your employer), your name, member ID or other identifying information shown on the front of the Explanation of Benefits form, your reasons for making the appeal, and any other comments, documents, records and other information you would like to have considered, whether or not submitted in connection with the initial claim.

Another person may submit an appeal for you, including a provider. That person is called an authorized representative. You must inform Aetna if you choose to have someone else appeal for you (even if it is your provider). You must fill out an authorized representative form, informing Aetna that you are allowing someone to appeal on your behalf. You may get this form by contacting Aetna.

An Aetna representative may call you or your health care provider to obtain medical records and/or other pertinent information to respond to your appeal.

You will have 180 days following receipt of an Adverse Benefit Determination to appeal the determination to Aetna. You will be notified of the decision not later than 15 days (for pre-service claims) or 30 days (for post-service claims) after the appeal is received. You may submit written comments, documents, records and other information relating to your claim, whether or not the comments, documents, records or other information were submitted about the initial claim. A copy of the specific rule, guideline or protocol relied upon in the Adverse Benefit Determination will be provided free of charge upon request by you or your Authorized Representative. You may also request that Aetna provide you, free of charge, copies of all documents, records and other information relevant to the claim.

If your claim involves urgent care, an expedited appeal may be initiated by a telephone call to the phone number included in your denial, or to Aetna's Member Services. Aetna's Member Services telephone number is on your Identification Card. You or your Authorized Representative may appeal urgent care claim denials either orally or in writing. All necessary information, including the appeal decision, will be communicated between you or your Authorized Representative and Aetna by telephone, facsimile, or other similar method. You will be notified of the decision not later than 36 hours after the appeal is received.

If you are dissatisfied with the appeal decision on an urgent care claim, you may file a second level appeal with Aetna. You will be notified of the decision not later than 36 hours after the appeal is received.

If you are dissatisfied with a pre-service or post-service appeal decision, you may file a second level appeal with Aetna within 60 days of receipt of the level one appeal decision. Aetna will notify you of the decision not later than 15 days (for pre-service claims) or 30 days (for post-service claims) after the appeal is received.

If you do not agree with the Final Internal Adverse Benefit Determination on review, you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

# Health Claims – Voluntary Appeals

## *External Review*

"External Review" is a review of an eligible Adverse Benefit Determination or a Final Internal Adverse Benefit Determination by an Independent Review Organization/External Review Organization (ERO).

A "Final External Review Decision" is a determination by an ERO after an External Review.

You have a right to external review only if:

- Aetna's claim decision involved medical judgement
- Aetna decided the service or supply is not medically necessary or not appropriate
- Aetna decided the service or supply is experimental or investigational
- You have received an adverse determination

You must complete all the levels (2) of standard appeal described above before you can request External Review, other than in a case of Deemed Exhaustion. Subject to verification procedures that the Plan may establish, your Authorized Representative may act on your behalf in filing and pursuing this voluntary appeal. You may file a voluntary appeal for External Review of any Adverse Benefit Determination or any Final Internal Adverse Benefit Determination that qualifies as set forth below.

The notice of Adverse Benefit Determination or Final Internal Adverse Benefit Determination that you receive from Aetna will describe the process to follow if you wish to pursue an External Review, and will include a copy of the Request for External Review Form.

You must submit the Request for External Review Form to Aetna within 123 calendar days of the date you received the Adverse Benefit Determination or Final Internal Adverse Benefit Determination notice. If the last filing date would fall on a Saturday, Sunday or Federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday or Federal holiday. You also must include a copy of the notice and all other pertinent information that supports your request.

If you file a voluntary appeal, any applicable statute of limitations will be tolled while the appeal is pending. The filing of a claim will have no effect on your rights to any other benefits under the Plan. However, the appeal is voluntary and you are not required to undertake it before pursuing legal action.

If you choose not to file for voluntary review, the Plan will not assert that you have failed to exhaust your administrative remedies because of that choice.

## *Request for External Review*

The External Review process under this Plan gives you the opportunity to receive review of an Adverse Benefit Determination (including a Final Internal Adverse Benefit Determination) conducted pursuant to applicable law. Your request will be eligible for External Review if the claim decision involves medical judgment and the following are satisfied:

- Aetna, or the Plan or its designee, does not strictly adhere to all claim determination and appeal requirements under federal law (except for minor violations); or
- the standard levels of appeal have been exhausted; or
- the appeal relates to a rescission, defined as a cancellation or discontinuance of coverage which has retroactive effect.

An Adverse Benefit Determination based upon your eligibility is not eligible for External Review.

If upon the final standard level of appeal, the coverage denial is upheld and it is determined that you are eligible for External Review, you will be informed in writing of the steps necessary to request an External Review.

An independent review organization refers the case for review by a neutral, independent clinical reviewer with appropriate expertise in the area in question. The decision of the independent external expert reviewer is binding on you, Aetna and the Plan unless otherwise allowed by law.

### *Preliminary Review*

Within five business days following the date of receipt of the request, Aetna must provide a preliminary review determining: you were covered under the Plan at the time the service was requested or provided, the determination does not relate to eligibility, you have exhausted the internal appeals process (unless Deemed Exhaustion applies), and you have provided all paperwork necessary to complete the External Review and you are eligible for external review.

Within one business day after completion of the preliminary review, Aetna must issue to you a notification in writing. If the request is complete but not eligible for External Review, such notification will include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration (toll-free number 866-444-EBSA (3272)). If the request is not complete, such notification will describe the information or materials needed to make the request complete and Aetna must allow you to perfect the request for External Review within the 123 calendar days filing period or within the 48-hour period following the receipt of the notification, whichever is later.

### *Referral to ERO*

Aetna will assign an ERO accredited as required under federal law, to conduct the External Review. The assigned ERO will timely notify you in writing of the request's eligibility and acceptance for External Review, and will provide an opportunity for you to submit in writing within 10 business days following the date of receipt, additional information that the ERO must consider when conducting the External Review. Within one (1) business day after making the decision, the ERO must notify you, Aetna and the Plan.

The ERO will review all the information and documents timely received. In reaching a decision, the assigned ERO will review the claim and not be bound by any decisions or conclusions reached during the Plan's internal claims and appeals process. In addition to the documents and information provided, the assigned ERO, to the extent the information or documents are available and the ERO considers them appropriate, will consider the following in reaching a decision:

Your medical records;

1. The attending health care professional's recommendation;
2. Reports from appropriate health care professionals and other documents submitted by the Plan or issuer, you, or your treating provider;
3. The terms of your Plan to ensure that the ERO's decision is not contrary to the terms of the Plan, unless the terms are inconsistent with applicable law;
4. Appropriate practice guidelines, which must include applicable evidence-based standards and may include any other practice guidelines developed by the Federal government, national or professional medical societies, boards, and associations;
5. Any applicable clinical review criteria developed and used by Aetna, unless the criteria are inconsistent with the terms of the Plan or with applicable law; and

6. The opinion of the ERO's clinical reviewer or reviewers after considering the information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider appropriate.

The assigned ERO must provide written notice of the Final External Review Decision within 45 days after the ERO receives the request for the External Review. The ERO must deliver the notice of Final External Review Decision to you, Aetna and the Plan.

After a Final External Review Decision, the ERO must maintain records of all claims and notices associated with the External Review process for six years. An ERO must make such records available for examination by the claimant, Plan, or State or Federal oversight agency upon request, except where such disclosure would violate State or Federal privacy laws.

Upon receipt of a notice of a Final External Review Decision reversing the Adverse Benefit Determination or Final Internal Adverse Benefit Determination, the Plan immediately must provide coverage or payment (including immediately authorizing or immediately paying benefits) for the claim.

### *Expedited External Review*

The Plan must allow you to request an expedited External Review at the time you receive:

A. An Adverse Benefit Determination if the Adverse Benefit Determination involves a medical condition for which the timeframe for completion of an expedited internal appeal would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and you have filed a request for an expedited internal appeal; or

B. A Final Internal Adverse Benefit Determination, if you have a medical condition where the timeframe for completion of a standard External Review would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function, or if the Final Internal Adverse Benefit Determination concerns an admission, availability of care, continued stay, or health care item or service for which you received emergency services, but have not been discharged from a facility.

Immediately upon receipt of the request for expedited External Review, Aetna will determine whether the request meets the reviewability requirements set forth above for standard External Review. Aetna must immediately send you a notice of its eligibility determination.

### *Referral of Expedited Review to ERO*

Upon a determination that a request is eligible for External Review following preliminary review, Aetna will assign an ERO. The ERO shall render a decision as expeditiously as your medical condition or circumstances require, but in no event, more than 72 hours after the ERO receives the request for an expedited External Review. If the notice is not in writing, within 48 hours after the date of providing that notice, the assigned ERO must provide written confirmation of the decision to you, Aetna and the Plan.

### *Appeal to the Plan*

If the denial is upheld in the second level of appeal Aetna will determine if the appeal is eligible for External Review Organization ("ERO"), as detailed above. If the appeal is eligible for ERO, then Aetna will inform the participant and beneficiary of their right to appeal to ERO. If the appeal is not eligible for ERO or if the ERO upholds the denial, then Aetna will inform the participant and beneficiary of their right to appeal to the Wellstar Health System Employee Medical Plan Appeals Committee for final review. The Committee shall be the "appropriate named fiduciary" of the Plan for the final appeal.

If you choose to appeal to the Plan or its designee following an adverse determination by External Review where applicable or an adverse determination at the final level of standard appeals, you must do so in writing, and you should send the following information:

- The specific reason(s) for the appeal;
- Copies of all past correspondence with Aetna or the ERO (including any EOBs); and
- Any applicable information that you have not yet sent to Aetna and the ERO.

If you file a voluntary appeal, you will be deemed to authorize the Plan or its designee to obtain information from Aetna relevant to your claim.

Mail your written appeal directly to:

Attn: Benefits Appeals
Human Resources – Benefits, 6th Floor
1800 Parkway Place
Marietta, GA 30067

The Plan or its designee will review your appeal. The reviewer will evaluate your claim within 60 days after you file your appeal and make a decision. If the reviewer needs more time, the reviewer may take an additional 60-day period. The reviewer, or their designee, will notify you in advance of this extension. The reviewer will follow relevant internal rules maintained by Aetna to the extent they do not conflict with the Plan's own internal guidelines.

The reviewer, or their designee, will notify you of the final decision on your appeal electronically or in writing. The written notice will give you the reason for the decision and what Plan provisions apply.

All decisions by the Plan or its designee with respect to your claim shall be final and binding.

# Administrative Information

This section of the guide provides you with important information as required by the Employee Retirement Income Security Act of 1974 (ERISA) about the Wellstar Employee Medical Plan, including how the Plan operates and what rights you have under the law regarding Plan benefits.

Copies of the WellStar Health System, Inc. Flexible Benefit Plan, which is referred to as the wrap plan document in which the WellStar Employee Medical Plan is a component benefit plan, are filed with the Plan Administrator (Wellstar) and are available upon request.

## *Contact Information*

*Please see the "Contacts" section on page 116 for instructions about where to call or how to access the appropriate web center for each benefit.*

# General Information

The following summarizes important administrative information about the Wellstar Employee Medical Plan governed by ERISA.

| | |
|---|---|
| **Plan Name/Number** | Wellstar Health Systems, Inc. Flexible Benefits Plan; Plan Number 505 |
| **Plan Sponsor** | Wellstar Health System, Inc.<br>793 Sawyer Road<br>Marietta GA 30062<br>Telephone Number: (470) 644-0100 |
| **Plan Year** | January 1 — December 31 |
| **Plan Administrator** | Wellstar Health System, Inc.<br>793 Sawyer Road<br>Marietta GA 30062<br>Telephone Number: (470) 644-0100 |
| **Claims Administrator and Type of Administrator** | Aetna Life Insurance Company<br>151 Farmington Avenue<br>Hartford, CT 06156<br>Medical benefits are self-insured. Benefits are paid out of a general fund of the Company and are not guaranteed under contract of insurance. The Claim Administrator does not have fiduciary authority for determining whether you are entitled to benefits and the authorized payment. |
| **COBRA Administrator** | COBRA questions and payments should be directed to:<br>WageWorks<br>**www.mybenefits.wageworks.com**<br>(888) 678-4881 |
| **Agent for Service of Legal Process** | General Counsel<br>Wellstar Health System, Inc.<br>793 Sawyer Road<br>Marietta, GA 30062<br>Service of legal process may also be made upon the Plan Administrator |
| **Employer Identification Number** | 58-1649541 |
| **Source of Contributions** | The cost of Medical coverage is shared by Wellstar and its team members enrolled in those coverages. Wellstar shall contribute the difference between the amount team members contribute and the amount required to pay benefits under the Plan. Wellstar will notify team members annually as to what the team member contribution rates will be.<br>Wellstar, in its sole and absolute discretion, shall determine the amount of any required contributions under the Plan and may increase or decrease the amount of the required contribution at any time. Any refund, rebate, dividend, experience adjustment, or other similar payment under a group insurance contract shall be applied first to reimburse Wellstar for their contributions, unless otherwise provided in that group insurance contract or required by applicable law. |
| **Plan Type** | Medical benefits and Health Reimbursement Account (HRA). The Health Savings Account (HSA) is described in this SPD, however, it is not an ERISA plan. |

# Your Rights Under ERISA

The Employee Retirement Income Security Act of 1974 (ERISA) gives you certain rights and protections while you are a participant in the Wellstar Employee Medical Plan described in this guide. It is important that you be aware of what they are.

ERISA provides that all plan participants are entitled to:

- Examine, without charge, at the office of the Plan Administrator, all plan documents including insurance contracts and copies of all documents filed by the Plans with the U.S. Department of Labor, such as detailed annual reports (Form 5500 Series).
- Obtain, upon written request to the Plan Administrator, copies of all plan documents and other plan information (for example, insurance contracts, Form 5500 Series, and updated Summary Plan Descriptions). The Plan Administrator may require reasonable charges for the copies.
- Receive a summary of the Plans' annual financial reports. (The Plan Administrator is required by law to furnish each participant with a copy of such reports.)
- Continue health care coverage for yourself, your spouse, or your eligible dependents if there is a loss of coverage under the Plan because of a qualifying event. You or your dependents may have to pay for such coverage. Review this Summary Plan Description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

## Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have the right to know why this was done, to obtain copies of documents relating to the decision free of charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance:

- If you request a copy of the Plan documents or the latest annual report from the Plan Administrator and do not receive it within 30 days, you may file suit in a U.S. federal court. In such a case, the court may require the Plan Administrator to provide the information and pay up to $110 a day until you receive the materials, unless they were not sent because of reasons beyond the control of the Plan Administrator.
- If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a U.S. state or federal court. In addition, if you disagree with the Plan's decision, or lack thereof, concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court.
- If it should happen that the Plan fiduciaries misuse the Plan money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a U.S. federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim to be frivolous.

***Keep Your Contact Information Current***

*Active participants are required to update their personal contact information, including mailing address, to receive benefits-related information and correspondence. You can make changes online via the MyBenefits Portal.*

# About Plan Fiduciaries

The plan "fiduciary" is the individual or organization responsible for plan administration (Wellstar), claims administration (Aetna), and managing plan assets (Wellstar). The plan fiduciary has a duty to administer the Plan prudently and in the best interest of all plan members and beneficiaries.

# Prudent Actions by Plan Fiduciaries

In addition to establishing the rights of plan participants, ERISA imposes duties upon the people who are responsible for the operation of the benefits plans. Certain individuals who are responsible for the Plans are called "fiduciaries," and they have a duty to administer the Plans prudently and in the interest of you, other plan members, and beneficiaries. While participation in these plans does not guarantee your right to continued employment, no one—including your employer or any other person—may terminate you or otherwise discriminate against you in any way to prevent you from obtaining your benefits or exercising your rights under ERISA.

## Health Care and Insurance Plans

The Plan Administrators delegate fiduciary responsibility for claims and appeals to the claims administrators and to the Wellstar Health System Employee Medical Plan Appeals Committee.

# Assistance with Your Questions

If you have any questions about the Wellstar Employee Medical Plan, you should contact Aetna. (See the "Contacts" section on page 116.) If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Regional Office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or:

Office of Outreach, Education and Assistance

Employee Benefits Security Administration
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration or by visiting **www.dol.gov/ebsa** via the internet.

You should also contact the Department of Labor if you need further assistance or information about your rights under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), with respect to health benefits that are offered through a group health plan, as well as the remedies available if a claim is denied in whole or in part.

# Defined Terms

As you read this SPD for the Wellstar Employee Medical Plan, you'll come across some important terms related to the Plan. To help you better understand the Plan, many of those important terms are defined here.

### Claims Administrator

The Claims Administrator is the company that provides certain claims administration services for the Plan. If you elect Medical Plan coverage, your claims administrator is Aetna Life Insurance Company.

### Coinsurance

Coinsurance is the way you and the Plan share costs for certain covered health care services, generally after you pay any applicable deductible under the Plan. The coinsurance percentage you pay depends on the type of covered service.

### COBRA

The Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA") is a federal law that allows you and/or your covered dependents to continue Medical Plan coverage on an after-tax basis (under certain circumstances) when coverage would otherwise end. The "When Your Coverage Ends" section starting on page *92* provides details on COBRA coverage.

### Coordination of Benefits

Coordination of benefits rules are the rules that determine how benefits are paid when a patient is covered by more than one group plan. Rules include:

- Which plan assumes primary liability;
- The obligations of the secondary claims administrator or claims payer; and
- How the two plans ensure that the patient is not reimbursed for more than the actual charges incurred.

In general, the following coordination of benefits rules apply:

- As a Wellstar team member, your Wellstar coverage is considered primary for you.
- For your spouse or child covered as an active team member and/or retiree of another employer, that employer's coverage is considered primary.
- For children covered as dependents under two plans, the primary plan is the plan of the parent whose birthday falls earlier in the year (based on month and day only, not year).

Specific rules may vary, depending on whether the patient is:

- A team member in active status (or the dependent of a team member).
- Covered by Medicare.

If you or a dependent are eligible for Medicare because of disability or end-stage renal disease, please see "Coordination with Medicare" on page 97 for more information.

### Covered Services

While the Plan provides coverage for numerous services and supplies, there are limitations on what's covered. For example, experimental treatments, most cosmetic surgery expenses, and inpatient private duty nursing are not covered under the Plan. Medical procedures are generally reimbursable by the Wellstar Employee Medical Plan only if they meet the definition of "Medically Necessary" (see the definition "Medically Necessary," below).

### Deductible

The deductible is the amount you pay up front each calendar year for covered expenses before the Plan generally begins to pay benefits for many expenses. There are separate in-network and out-of-network deductibles.

### Eligible Dependents

Under the Plan, your eligible dependents can include your spouse and your children. Please see the above definition of "Eligible Dependents" on page 10 for more information.

### Experimental, Investigational, or Unproven Services

Experimental, investigational, or unproven services are medical, surgical, diagnostic, psychiatric, mental health, substance abuse and addictive disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies or devices that, at the time the claims administrator makes a determination about coverage in a particular case, are determined to be:

- Not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use or not identified in the American Hospital Formulary Service or the United States Pharmacopoeia Dispensing Information as appropriate for the proposed use; or
- Subject to review and approval by any institutional review board for the proposed use; or
- The subject of an ongoing clinical trial that meets the definition of a Phase 1, 2 or 3 clinical trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight; or
- Not demonstrated through prevailing peer-reviewed medical literature to be safe and effective for treating or diagnosing the condition or illness for which its use is proposed.

The claims administrator, in its judgment, may determine an experimental, investigational or unproven service to be covered under the Plan for treating a "life-threatening" sickness or condition if the claims administrator determines that a service:

- Is safe with promising effectiveness;
- Is provided in a clinically controlled research setting; and
- Uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

**Please Note:** For the purpose of this definition, the term "life-threatening" is used to describe sicknesses or conditions that are more likely than not to cause death within one year of the date of the request for treatment.

If services are denied because they are deemed to be experimental, investigational, or unproven, and the service is then considered an approved service by the claims administrator within six months of the date of service, you may resubmit your claim for payment.

### Explanation of Benefits

An explanation of benefits (EOB) is a statement that the claims administrator prepares, which documents your claims and provides a description of benefits paid and not paid under the Plan and through any related Health Savings Account(s) (HSA), Health Reimbursement Account(s) (HRA) and Flexible Spending Account(s) (FSA).

### Home Health Care

Home health care is an alternative to inpatient hospitalization during a patient's recovery period. If the attending physician believes that part-time care will suffice in treating the sickness or injury, the physician can prescribe a schedule of services to be provided by a state-licensed home health care agency. This schedule may include administration of medication, a regimen of physical therapy, suctioning or cleansing of a surgical incision, or the supervision of intravenous therapy.

### Hospice Care Program

A hospice care program is a program that tends to the needs of a terminally ill patient as an alternative to traditional health care, while meeting medically necessary and acceptable standards of quality and sound principles of health care administration. The program must be a written plan of hospice care for a covered person, and it must be approved by the appropriate claims administrator.

### Hospital

A hospital is an institution legally licensed as a hospital—other than a facility owned or operated by the United States government—that's engaged primarily in providing bed patients with diagnosis and treatment under the supervision of licensed physicians. The hospital must have 24-hour-a-day registered graduate nursing services and facilities for major surgery. Institutions that don't meet this definition don't qualify as hospitals.

### In-Network

"In-network" describes a covered service that is performed by a physician, hospital, lab, or other health care professional who is part of a health care company's network and who has agreed to pre-negotiated fees. When a service is performed in-network, benefits are generally paid at a higher level than they are when a service is performed out-of-network.

### Medically Necessary

Medically necessary health care services and supplies are services or supplies that are determined by the claims administrator to be medically appropriate and:

- Necessary to meet the basic health needs of the covered person;
- Provided in the most cost-efficient manner and type of setting appropriate for the delivery of the service or supply;
- Consistent in type, frequency, and duration of treatment with scientifically based guidelines of national medical, research, or health care coverage organizations or governmental agencies that are accepted by the claims administrator;
- Consistent with the diagnosis of the condition;
- Required for reasons other than the convenience of the covered person or his or her physician; and
- Demonstrated through prevailing peer-reviewed medical literature to be either:
  - Safe and effective for treating or diagnosing the condition or sickness for which their use is proposed. or
  - Safe with promising effectiveness:
- For treating a life-threatening sickness or condition;
- In a clinically controlled research setting; and
- Using a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

### *Please Note*

*For the purpose of this definition, the term "life-threatening" is used to describe sicknesses or conditions that are more likely than not to cause death within one year of the date of the request for treatment.*

*The fact that a physician has performed or prescribed a procedure or treatment or the fact that it may be the only treatment for a particular injury, sickness, or condition does not mean that it is a medically necessary service or supply as defined above. The definition of "medically necessary" used here relates only to coverage, and may differ from the way in which a physician engaged in the practice of medicine may define "medically necessary."*

*Finally, to be considered necessary, a service or supply cannot be educational or experimental in nature in terms of generally accepted medical standards.*

### MEDICARE

Medicare is Health Insurance for the Aged and Disabled provisions of Title XVIII of the Social Security Act of the United States, as enacted or later amended. Coverage is available to most U.S. residents age 65 and older, those with a disability for at least 29 months, and those with end-stage renal disease (ESRD). Generally, Medicare is the primary coverage for individuals who are age 65 and older, unless those individuals are actively working.

### NON-DUPLICATION OF BENEFITS

Non-duplication of benefits is a provision that requires that the Plan does not allow for duplication of benefits. If you and your eligible dependents are covered under more than one group plan, the primary plan (the one responsible for paying benefits first) needs to be determined. You are entitled to receive benefits up to what you would have received under the Plan if it were your only source of coverage, but not in excess of that amount. If you have other coverage that is primary to the Plan, the claims administrator will reduce the amount of coverage that you would otherwise receive under this plan by any amount you receive from your primary coverage. Please see the definition of "Coordination of Benefits" in this section.

### OUT-OF-NETWORK

"Out-of-network" describes a covered service that is performed by a physician, hospital, lab, or other health care professional who is not part of a health care company's network and who has not agreed to pre-negotiated fees. When a service is performed out-of-network, benefits are generally paid at a lower level than they are when a service is performed in-network and are generally limited to reasonable and customary charges.

### OUT-OF-POCKET EXPENSE

An out-of-pocket expense is the amount you pay for eligible expenses when you receive treatment. This includes your deductible, coinsurance, and copayments.

### OUT-OF-POCKET MAXIMUM

After you reach the annual out-of-pocket maximum, the Plan takes over and pays 100 percent of covered, in-network expenses. For certain plans, there also is an embedded individual out-of-pocket in-network maximum. In these cases, once the individual in-network out-of-pocket maximum is satisfied, the Plan pays 100 percent of covered, in-network expenses, even if the overall maximum out-of-pocket limit is greater. For out-of-network expenses, you may be responsible for amounts above the "out-of-network rate."

### Pre-tax Contributions

Pre-tax contributions are contributions that are taken from your pay before federal (and, in most cases, state and local) taxes are withheld. Pre-tax dollars are also generally taken from your pay before Social Security taxes are withheld. This lowers your taxable income and your income tax liability.

Your Medical Plan payroll contributions are taken on a pre-tax basis.

### Primary Care Physician

A primary care physician ("PCP") is the network physician who provides or coordinates all the care you receive.

Primary care physicians include doctors who practice family medicine, internal medicine, obstetrics/gynecology, and pediatrics

### Primary Plan

The primary plan is the Plan that provides initial coverage to the participant. If the participant is covered under both a Wellstar Employee Medical Plan option and another plan, the rules of the primary plan govern when determining the coordination of benefits between the two plans.

Specific rules may vary, depending on whether the patient is:

- A team member in active status (or the dependent of a team member); or
- Covered by Medicare.

These rules do not apply to any private insurance you may have. Please see "If You Are Covered by More Than One Medical Plan" on page 96 for more information.

### Qualified Life Status Event

The Wellstar benefits you elect during Open Enrollment will stay in effect throughout the plan year, unless you experience a qualified life status event. You must notify Wellstar and enroll within 31 days of the qualifying event. Please see "Changing Your Coverage Midyear" for more information.

### Skilled Nursing Facility

A skilled nursing facility is an institution that primarily provides skilled nursing care and related services for people who require medical or nursing care, and that rehabilitates injured, disabled, or sick people. (This is not a Nursing Home.)

### Spouse

Your spouse is the person to whom you are legally married as recognized by U.S. federal law.

### Tobacco-User Surcharge

The tobacco-user surcharge refers to additional Medical Plan contribution costs for team members and covered spouses who use tobacco products. Eligible team members and covered spouses who do not use tobacco products pay less for coverage under the Plan than those who use tobacco products.

### Visit

A visit is an encounter with a provider involving direct patient contact. Some benefit provisions limit the number of covered visits. Unless a visit is defined for a particular benefit provision (such as home health care), each procedure code billed counts as a visit toward the limit. The length of a visit may vary by procedure code.

# Contacts

## *MyBenefits Portal for Online Info*

*In addition to the provider resources noted below, log on to the MyBenefits Portal for information about your benefits at* ***Wellstarmybenefits.org.***

| Issue/Benefit | Contact Information |
|---|---|
| **For questions about enrollment, eligibility, and COBRA** | **Wellstar MyBenefits Call Center**<br>**844-948-0484**<br>**Wellstar Benefits Communication Support Line**<br>888-926-2992<br>**COBRA Administrator**<br>WageWorks<br>888-678-4881<br>**www.mybenefits.wageworks.com**<br>**MyBenefits Portal**<br>▪ Log on to **Wellstarmybenefits.org** |
| **Medical** | **Aetna Life Insurance Company**<br>151 Farmington Avenue<br>Hartford, CT 06156<br>877-823-1770<br>**www.aetna.com** |